RICHARD P. SYBERT (SBN: 080731)
rsybert@grsm.com
HOLLY L.K. HEFFNER (SBN: 245384)
hheffner@grsm.com
YAN REN (SBN: 323200)
yren@grsm.com
GORDON REES SCULLY MANSUKHANI
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7474
Facsimile: (619) 696-7124

Attorneys for Defendants
DAVID MIKKELSON and BRAD WESTBROOK

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive,<br><br>Defendants,<br><br>and<br><br>SNOPES MEDIA GROUP, INC.,<br><br>Nominal Defendant. | CASE NO. 3:20-cv-01925-W-KSC<br><br>**DEFENDANTS MIKKELSON AND WESTBROOK'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>(Concurrently filed with Memorandum of Points and Authorities, Request for Judicial Notice)<br><br>Hearing Date: January 25, 2021<br>[NO ORAL ARGUMENT per Civil Local Rule 7.1(d)(1)]<br><br>District Judge: Thomas J. Whelan<br>Magistrate Judge: Karen S. Crawford<br><br>Complaint filed: September 25, 2020<br>FAC filed: December 2, 2020 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on January 25, 2021, or as soon thereafter as this matter may be heard, in Courtroom 3C of the above-captioned Court, located at 221 West Broadway, San Diego, CA 92101, Defendants David Mikkelson and Brad Westbrook (collectively, "Defendants") will and hereby do move this Court for an order dismissing Plaintiff Christopher Richmond's First Amended Complaint ("FAC") in its entirety.  Alternatively, if the Court is not inclined to grant Defendants' motion, Defendants move to stay the ruling on the motion and allow Defendants to conduct jurisdictional discovery.

This Motion is made pursuant to Rules 8, 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure on grounds of claim and issue preclusion, lack of standing, failure to state a claim upon which relief can be granted, and lack of jurisdiction.  This Motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, request for judicial notice and corresponding exhibits, all other papers on file in this action, and any further documentary evidence and oral argument the Court may receive.

Respectfully submitted,

Dated:  December 16, 2020        GORDON REES SCULLY
                                 MANSUKHANI

                                 By:  */s/ Holly L.K. Heffner*
                                      Richard P. Sybert
                                      Holly L.K. Heffner
                                      Yan Ren
                                      Attorneys for Defendants DAVID
                                      MIKKELSON and BRAD
                                      WESTBROOK

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101