RICHARD P. SYBERT (SBN: 080731)
rsybert@grsm.com
HOLLY L.K. HEFFNER (SBN: 245384)
hheffner@grsm.com
YAN REN (SBN: 323200)
yren@grsm.com
GORDON REES SCULLY MANSUKHANI
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7474
Facsimile: (619) 696-7124

Attorneys for Defendants
DAVID MIKKELSON and BRAD WESTBROOK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual,<br><br>      Plaintiff,<br><br> vs.<br><br>DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive,<br><br>      Defendants,<br><br>and<br><br>SNOPES MEDIA GROUP, INC.,<br><br>Nominal Defendant. | CASE NO. 3:20-cv-01925-W-KSC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MIKKELSON AND WESTBROOK MOTION TO DISMISS**<br><br>(Concurrently filed with Notice of Motion, Memorandum of Points and Authorities)<br><br>Hearing Date: January 25, 2021<br>[NO ORAL ARGUMENT per Civil Local Rule 7.1(d)(1)]<br><br>District Judge: Thomas J. Whelan<br>Magistrate Judge: Karen S. Crawford<br><br>Complaint filed: September 25, 2020<br>FAC filed: December 2, 2020 |

Defendants David Mikkelson and Brad Westbrook (collectively, "Defendants") will, and hereby do, request this Court's judicial notice of the below-listed documents in conjunction with their concurrently filed motion to dismiss the First Amended Complaint (ECF No. 9, "FAC").

The Court may take judicial notice of pleadings in another lawsuit. *Grant v. Bostwick*, 2016 U.S. Dist. LEXIS 96078, *9 (S.D. Cal. 2016). Each exhibit listed below, a true and correct copy of which is concurrently filed herewith, is a record of the Superior Court of California – County of San Diego in the matter of *Proper Media LLC et al v. Bardav Inc et al* (Case No. 37-2017-00016311), and consolidated Case No. 37-2018-00004335-CU-MC-CTL (Interpleader Action), and, thus, is properly subject to this Court's judicial notice.

Based on the foregoing, Defendants respectfully request that this Court grant judicial notice of Defendants' Exhibits 1 through 36 in conjunction with the consideration of their motion to dismiss the FAC under Rules 8, 9(b), 12(b)(1), and 12(b)(6).

| **Exhibit No.** | **Document Description** |
|---|---|
| 1 | Register of Actions ("ROA") |
| 2 | Third Amended Complaint |
| 3 | Mikkelson Judgment Against Proper Media |
| 4 | Snopes Media Group, Inc.'s anti-SLAPP Motion (collectively, the Notice and MPA) |
| 5 | David Mikkelson's anti-SLAPP Motion (collectively, the Notice and MPA) |
| 6 | Proper Media Opposition to SMG anti-SLAPP Motion (collectively, MPA, NOL, Richmond Decl., Schoentrup Decl.) |
| 7 | Richmond/Schoentrup Opposition to SMG anti-SLAPP Motion (collectively, MPA, NOL, Richmond Decl., Schoentrup Decl.) |
| 8 | SMG Reply in support of anti-SLAPP Motion (collectively, reply, Decl.) |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| **Exhibit No.** | **Document Description** |
|---|---|
| 9 | Opposition to Mikkelson's anti-SLAPP Motion (collectively, MPA, NOL, Richmond Decl., Schoentrup Decl.) |
| 10 | Mikkelson Reply in support of anti-SLAPP Motion (collectively, reply, Decl., statement re decision not to stipulate to additional briefing) |
| 11 | Order Granting SMG anti-SLAPP Motion |
| 12 | Order Granting Mikkelson's anti-SLAPP Motion |
| 13 | SMG Demurrer to Third Amended Complaint (collectively, Notice of Demurrer, MPA, Decl., RFJN, NOL) |
| 14 | Opposition to SMG Demurrer to TAC (collectively, MPA, Richmond Decl., Schoentrup Decl.) |
| 15 | SMG Reply in support of Demurrer to TAC (collectively, Reply and supplement RFJN) |
| 16 | Notice of Ruling on SMG Demurrer to TAC |
| 17 | David Mikkelson's Demurrer to TAC (collectively, Notice of Demurrer, MPA, Decl.) |
| 18 | Opposition to Mikkelson's Demurrer to TAC (collectively, MPA and Richmond Decl.) |
| 19 | Mikkelson Reply in support of Demurrer to TAC |
| 20 | Notice of Ruling on Mikkelson Demurrer to TAC |
| 21 | Notice of Appeal of Order Granting SMG anti-SLAPP Motion |
| 22 | Notice of Appeal of Order Granting Mikkelson anti-SLAPP Motion |
| 23 | Request for Dismissal of Appeal from Order Granting SMG anti-SLAPP Motion |
| 24 | Appellant's Opening Brief (Mikkelson's anti-SLAPP Motion) |
| 25 | Respondent's Brief (Mikkelson's anti-SLAPP Motion) |
| 26 | Appellant's Reply Brief (Mikkelson's anti-SLAPP Motion) |
| 27 | Stipulation to Stay Action Pending anti-SLAPP appeal |

| **Exhibit No.** | **Document Description** |
|---|---|
| 28 | Mikkelson Cross-Complaint for Declaratory Relief and Request for § 709 Hearing |
| 29 | Judgement on Mikkelson § 709 Cross-Complaint |
| 30 | 7/12/2017 TRO and OSC: Preliminary Inunction |
| 31 | 8/22/2017 Order Granting SMG Preliminary Injunction / Denying Plaintiffs' Preliminary Injunction |
| 32 | 9/7/17 Order Granting SMG Preliminary Injunction |
| 33 | 6/5/18 Order Granting SMG's OSC re Contempt |
| 34 | SMG Interpleader Complaint |
| 35 | Mikkelson Interpleader Cross-Complaint |
| 36 | Mikkelson Judgment on Interpleader Cross-Complaint |

Respectfully submitted,

Dated: December 16, 2020         GORDON REES SCULLY MANSUKHANI

By: */s/ Holly L.K. Heffner*
    Richard P. Sybert
    Holly L.K. Heffner
    Yan Ren
    Attorneys for Defendants DAVID MIKKELSON and BRAD WESTBROOK

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101