1  Paul A. Tyrell (Bar No. 193798)
   E-mail: paul.tyrell@procopio.com
2  Ryan C. Caplan (Bar No. 253037)
   E-mail: ryan.caplan@procopio.com
3  Jacob Kozaczuk (Bar No. 294734)
4  E-mail: jacob.kozaczuk@procopio.com
   PROCOPIO, CORY, HARGREAVES &
5    SAVITCH LLP
   525 B Street, Suite 2200
6  San Diego, CA 92101
7  Telephone: 619.238.1900
   Facsimile: 619.235.0398
8
9  Attorneys for Nominal Defendant Snopes Media Group, Inc.

10              UNITED STATES DISTRICT COURT
11          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12 CHRISTOPHER RICHMOND, an individual, | Case No. 3:20-CV-1925-W-KSC |
| 13 | |
| 14 Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT BY NOMINAL DEFENDANT SNOPES MEDIA GROUP, INC. |
| 15 v. | |
| 16 DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive, | |
| 17 | |
| 18 Defendants, | **NO ORAL ARGUMENT PURSUANT TO LOCAL RULE** |
| 19 and | |
| 20 SNOPES MEDIA GROUP, INC. | Date:  January 25, 2021<br>Dept:  3C Third Floor<br>Judge: Hon. Thomas J. Whelan |
| 21 | |
| 22 Nominal Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 25, 2021, in Courtroom 3C (3rd Floor Annex), at the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California 92101, Defendant Snopes Media Group, Inc. ("Snopes") will and hereby does move this Court, before the Honorable Thomas J. Whelan, United States District Judge, for an order dismissing Claims One, Two, Three, and Four in Plaintiff Christopher Richmond (Richmond)'s Verified First Amended Complaint.

Snopes brings this motion pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure based on the following, as more fully explained in the accompanying Memorandum of Points and Authorities:

1. Richmond failed to make a presuit demand on Snopes' Board or sufficiently establish that such a demand would have been futile.

2. The derivative claims are barred under the doctrines of claim and issue preclusion.

3. Richmond is unqualified to serve as Snopes' representative in a derivative suit under Federal Rule of Civil Procedure 23.1.

Snopes' motion is based on this notice and motion, the accompanying memorandum of points and authorities, the request for judicial notice filed in support of this motion, all filed concurrently or consecutively with this motion, all papers and pleadings on file in this action, Snopes' anticipated reply, and any argument or other evidence that may be presented on its behalf at a hearing on this matter.

DATED: December 16, 2020

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: */s/Jacob Kozaczuk*
Paul A. Tyrell
Ryan C. Caplan
Jacob Kozaczuk
Attorneys for Nominal Defendant
Snopes Media Group, Inc.