Paul A. Tyrell (Bar No. 193798)
E-mail:     paul.tyrell@procopio.com
Ryan C. Caplan (Bar No. 253037)
E-mail:     ryan.caplan@procopio.com
Jacob Kozaczuk (Bar No. 294734)
E-mail:     jacob.kozaczuk@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Nominal Defendant Snopes Media
Group, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive, <br><br> Defendants, <br><br> and <br><br> SNOPES MEDIA GROUP, INC. <br><br> Nominal Defendant. | Case No. 3:20-CV-1925-W-KSC <br><br> REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SNOPES MEDIA GROUP, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT <br><br> Date:      January 25, 2021 <br> Dept:     3C Third Floor <br> Judge:    Hon. Thomas J. Whelan |

# I. MATTERS SUBJECT TO REQUEST FOR JUDICIAL NOTICE

Under Federal Rule of Evidence 201 and related authorities, Nominal Defendant Snopes Media Group, Inc. (Snopes) requests that the Court take judicial notice of the filings, documents, records, orders and events occurring in the following matters as referenced in the papers filed in support of Snopes' motion to dismiss Claims One through Four of the First Amended Complaint (FAC):

A. *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego.

B. *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2018-00004335-CU-MC-CTL, in the Superior Court of the State of California for the County of San Diego (Consolidated with Case No. 37-2017-00016311-CU-BC-CTL).[1]

C. *Christopher Richmond, et al., v. David Mikkelson*, Case No. D076375, in the California Court of Appeal, Fourth Appellate District, Division One.

Defendants further request judicial notice be taken of the following, true and correct copies of which are attached hereto as Exhibits 1 through 35:

1.    The complaint filed by Plaintiff Chris Richmond (Richmond), Proper Media, LLC (Proper Media), and Drew Schoentrup (Schoentrup) on May 4, 2017 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the complaint is attached hereto as Exhibit 1.

2.    The minute order entered on September 7, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San

---

[1] Snopes was formerly known, and previously appeared in these actions as Bardav Inc. *See* Request for Judicial Notice No. 3 [reflecting name change from Bardav Inc. to Snopes Media Group, Inc.].

1

1    Diego. A true and correct copy of the minute order is attached hereto as Exhibit 2.

2        3.      Snopes' Amended and Restated Articles of Incorporation filed on

3    March 5, 2018 with the Secretary of State for the State of California. A true and

4    correct copy of the articles of incorporation, which is publicly accessible on the

5    California Secretary of State's website, is attached hereto as Exhibit 3.

6        4.      The cross-complaint filed by David Mikkelson (Mikkelson) on October

7    31, 2017 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*,

8    Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of

9    California for the County of San Diego. A true and correct copy of the cross-

10   complaint is attached hereto as Exhibit 4.

11       5.      The complaint in interpleader filed by Snopes on January 25, 2018 in

12   the matter of *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2018-00004335-CU-

13   MC-CTL, in the Superior Court of the State of California for the County of San

14   Diego. A true and correct copy of the complaint in interpleader is attached hereto as

15   Exhibit 5.

16       6.      The *ex parte* application of Richmond and Schoentrup for a temporary

17   restraining order and order to show cause re: preliminary injunction filed on January

18   9, 2019 in the matter of *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2017-

19   00016311-CU-BC-CTL, in the Superior Court of the State of California for the

20   County of San Diego. A true and correct copy of the application is attached hereto as

21   Exhibit 6.

22       7.      The memorandum of points and authorities in support of the *ex parte*

23   application of Richmond and Schoentrup for a temporary restraining order and order

24   to show cause re: preliminary injunction filed on January 9, 2019 in the matter of

25   *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2017-00016311-CU-BC-CTL, in the

26   Superior Court of the State of California for the County of San Diego. A true and

27   correct copy of the memorandum is attached hereto as Exhibit 7.

28       8.      The third amended complaint filed by Richmond, Proper Media, and

2

1 | Schoentrup on April 4, 2019 in the matter of *Proper Media, LLC v. Snopes Media*

2 | *Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court

3 | of the State of California for the County of San Diego. A true and correct copy of the

4 | third amended complaint is attached hereto as Exhibit 8.

5 |         9.     Richmond and Schoentrup's notice of motion and motion for

6 | preliminary injunction filed on April 18, 2019 in the matter of *Bardav, Inc. v.*

7 | *Schoentrup, et al.*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court

8 | of the State of California for the County of San Diego. A true and correct copy of the

9 | notice of motion and motion is attached hereto as Exhibit 9.

10 |        10.    The redacted memorandum of points and authorities in support of

11 | Richmond and Schoentrup's motion for preliminary injunction filed on April 18,

12 | 2019 in the matter of *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2017-

13 | 00016311-CU-BC-CTL, in the Superior Court of the State of California for the

14 | County of San Diego. A true and correct copy of the memorandum is attached hereto

15 | as Exhibit 10.

16 |        11.    Snopes' opposition to Schoentrup's *ex parte* application for an order

17 | requiring Snopes to re-designate Slack messages filed on April 25, 2019 in the

18 | matter of *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2017-00016311-CU-BC-

19 | CTL, in the Superior Court of the State of California for the County of San Diego. A

20 | true and correct copy of the application is attached hereto as Exhibit 11.

21 |        12.    Snopes' notice of demurrer and demurrer to the third amended

22 | complaint filed on May 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media*

23 | *Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court

24 | of the State of California for the County of San Diego. A true and correct copy of the

25 | notice of demurrer and demurrer is attached hereto as Exhibit 12.

26 |        13.    The memorandum of points and authorities in support of Snopes'

27 | demurrer to the third amended complaint filed on May 5, 2019 in the matter of

28 | *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-

1    00016311-CU-BC-CTL, in the Superior Court of the State of California for the

2    County of San Diego. A true and correct copy of the memorandum of points and

3    authorities is attached hereto as Exhibit 13.

4        14.    Mikkelson's notice of demurrer and demurrer to the third amended

5    complaint filed on May 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media*

6    *Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court

7    of the State of California for the County of San Diego. A true and correct copy of the

8    notice of demurrer and demurrer is attached hereto as Exhibit 14.

9        15.    The memorandum of points and authorities in support of Mikkelson's

10   demurrer to the third amended complaint filed on May 5, 2019 in the matter of

11   *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-

12   00016311-CU-BC-CTL, in the Superior Court of the State of California for the

13   County of San Diego. A true and correct copy of the memorandum of points and

14   authorities is attached hereto as Exhibit 15.

15       16.    The amended minute order entered on May 22, 2019 in the matter of

16   *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-

17   00016311-CU-BC-CTL, in the Superior Court of the State of California for the

18   County of San Diego. A true and correct copy of the minute order is attached hereto

19   as Exhibit 16.

20       17.    Snopes' notice of motion and special motion to strike the third amended

21   complaint filed on June 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media*

22   *Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court

23   of the State of California for the County of San Diego. A true and correct copy of the

24   notice of motion and special motion to strike is attached hereto as Exhibit 17.

25       18.    The memorandum of points and authorities in support of Snopes'

26   special motion to strike the third amended complaint filed June 5, 2019 in the matter

27   of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-

28   00016311-CU-BC-CTL, in the Superior Court of the State of California for the

4

1  County of San Diego. A true and correct copy of the memorandum of points and
2  authorities is attached hereto as Exhibit 18.

3       19.    Mikkelson's notice of motion and special motion to strike the third
4  amended complaint filed on June 5, 2019 in the matter of *Proper Media, LLC v.*
5  *Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the
6  Superior Court of the State of California for the County of San Diego. A true and
7  correct copy of the notice of motion and motion is attached hereto as Exhibit 19.

8       20.    The memorandum of points and authorities in support of Mikkelson's
9  special motion to strike the third amended complaint filed on June 5, 2019 in the
10  matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-
11  00016311-CU-BC-CTL, in the Superior Court of the State of California for the
12  County of San Diego. A true and correct copy of the memorandum of points and
13  authorities is attached hereto as Exhibit 20.

14      21.    Proper Media's memorandum of points and authorities in opposition to
15  Snopes' special motion to strike the third amended complaint filed on July 29, 2019
16  in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-
17  2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the
18  County of San Diego. A true and correct copy of the memorandum of points and
19  authorities is attached hereto as Exhibit 21.

20      22.    The reply brief in support of Snopes' special motion to strike the third
21  amended complaint filed on August 2, 2019 in the matter of *Proper Media, LLC v.*
22  *Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the
23  Superior Court of the State of California for the County of San Diego. A true and
24  correct copy of the reply brief is attached hereto as Exhibit 22.

25      23.    Richmond and Schoentrup's memorandum of points and authorities in
26  opposition to Snopes' special motion to strike the third amended complaint filed on
27  August 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et*
28  *al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of

REQUEST FOR JUDICIAL NOTICE
CASE NO. 20-CV-1925-W-KSC

1    California for the County of San Diego. A true and correct copy of the memorandum

2    of points and authorities is attached hereto as Exhibit 23.

3         24.    The reply brief in support of Snopes' demurrer to the third amended

4    complaint filed on August 9, 2019 in the matter of *Proper Media, LLC v. Snopes*

5    *Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior

6    Court of the State of California for the County of San Diego. A true and correct copy

7    of reply brief is attached hereto as Exhibit 24.

8         25.    Richmond, Proper Media, and Schoentrup's memorandum of points and

9    authorities in opposition to Mikkelson's special motion to strike the third amended

10   complaint filed on August 13, 2019 in the matter of *Proper Media, LLC v. Snopes*

11   *Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior

12   Court of the State of California for the County of San Diego. A true and correct copy

13   of the memorandum of points and authorities is attached hereto as Exhibit 25.

14        26.    The reply brief in support of Mikkelson's special motion to strike the

15   third amended complaint filed on August 19, 2019 in the matter of *Proper Media,*

16   *LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL,

17   in the Superior Court of the State of California for the County of San Diego. A true

18   and correct copy of the reply brief is attached hereto as Exhibit 26.

19        27.    Richmond, Proper Media, and Schoentrup's memorandum of points and

20   authorities in opposition to Mikkelson's demurrer the third amended complaint filed

21   on August 19, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group,*

22   *Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the

23   State of California for the County of San Diego. A true and correct copy of the

24   memorandum of points and authorities is attached hereto as Exhibit 27.

25        28.    The Minute Order entered August 22, 2019 granting Snopes' special

26   motion to strike the third amended complaint in the matter of *Proper Media, LLC v.*

27   *Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the

28   Superior Court of the State of California for the County of San Diego. A true and

REQUEST FOR JUDICIAL NOTICE
CASE NO. 20-CV-1925-W-KSC

1    correct copy of the minute order is attached hereto as Exhibit 28.

2        29.    The reply brief in support of Mikkelson's demurrer to the third amended

3    complaint filed on August 26, 2019 in the matter of *Proper Media, LLC v. Snopes*

4    *Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior

5    Court of the State of California for the County of San Diego. A true and correct copy

6    of the reply brief is attached hereto as Exhibit 29.

7        30.    The minute order entered August 28, 2019 granting Mikkelson's special

8    motion to strike the third amended complaint in the matter of *Proper Media, LLC v.*

9    *Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the

10   Superior Court of the State of California for the County of San Diego. A true and

11   correct copy of the minute order is attached hereto as Exhibit 30.

12       31.    The notice of ruling on Snopes' demurrer to the third amended

13   complaint filed on August 30, 2019 in the matter of *Proper Media, LLC v. Snopes*

14   *Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior

15   Court of the State of California for the County of San Diego. A true and correct copy

16   of the notice of ruling is attached hereto as Exhibit 31.

17       32.    The third amended and supplemental cross-complaint filed by Snopes

18   on October 10, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group,*

19   *Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the

20   State of California for the County of San Diego. A true and correct copy of the third

21   amended and supplemental cross-complaint is attached hereto as Exhibit 32.

22       33.    The order filed on January 22, 2020 dismissing appeal of trial court

23   order granting Snopes' special motion to strike in the matter of *Christopher*

24   *Richmond, et al., v. David Mikkelson*, Case No. D076375, in the California Court of

25   Appeal, Fourth Appellate District, Division One. A true and correct copy of the order

26   is attached hereto as Exhibit 33.

27       34.    The January 22, 2020 remittitur in the matter of *Christopher Richmond,*

28   *et al., v. David Mikkelson*, Case No. D076375, in the California Court of Appeal,

1   Fourth Appellate District, Division One. A true and correct copy of the remittitur is

2   attached hereto as Exhibit 34.

3        35.    Appellants' Opening Brief in the matter of *Christopher Richmond, et*

4   *al., v. David Mikkelson*, Case No. D076375, in the California Court of Appeal,

5   Fourth Appellate District, Division One. A true and correct copy of the opening brief

6   is attached hereto as Exhibit 35.

7   **II. THE COURT IS AUTHORIZED TO TAKE JUDICIAL NOTICE OF**

8   **THESE MATTERS**

9        A court may, pursuant to Federal Rule of Evidence 201, take judicial notice of

10  matters of public record, including pleadings, orders, and other papers filed with the

11  court or records of administrative bodies. *Mack v. South Bay Beer Distrib*., 798 F.2d

12  1279, 1282 (9th Cir. 1986); *Coinstar, Inc. v. Coinbank Automated Sys., Inc*., 998

13  F.Supp. 1109, 1114 (N.D. Cal. 1998).

14       Federal Rule of Evidence 201, entitled "Judicial Notice of Adjudicative

15  Facts," provides, in part, that the "court may judicially notice a fact that is not

16  subject to reasonable dispute because it: (1) is generally known within the trial

17  court's territorial jurisdiction; or (2) can be accurately and readily determined from

18  sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The

19  court "must take judicial notice if a party requests it and the court is supplied with

20  the necessary information." Fed. R. Evid. 201(c)(2).

21       "The most frequent use of judicial notice of ascertainable facts is in noticing

22  the contents of court records." 21 Charles Alan Wright & Kenneth W. Graham, Jr.,

23  Federal Practice & Procedure: Evidence § 5106, at 505 (1st ed. 1977 & Supp. 1997).

24  *See United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) (stating that a court

25  may take judicial notice of court records in another case); *United States v. Raygoza-*

26  *Garcia*, 902 F.3d 994, 1001 (9th Cir. 2018) ("A court may take judicial notice of

27  undisputed matters of public record, which may include court records available

28  through PACER."). District courts may take judicial notice of court records,

8

1   including pleadings and transcripts of trial testimony in state and federal courts. *See*

2   *Patton v. Experian Data Corp.*, No. SACV151871JVSPLAX, 2016 WL 2626801, at

3   *1 (C.D. Cal. May 6, 2016) (Taking judicial notice of transcripts of trial testimony

4   and pleadings filed in other cases); *DeGroot v. United States*, 786 F. App'x 638, 642

5   (9th Cir. 2019) (taking judicial notice of criminal trial transcripts); *Employers Ins.*

6   *Co. of Wausau v. Lexington Ins. Co.*, No. EDCV 10-00810 VAP, 2014 WL 4187842,

7   at *3 (C.D. Cal. Aug. 19, 2014), *aff'd*, 671 F. App'x 552 (9th Cir. 2016) (Granting

8   request for judicial notice for "various court documents, including filings, court

9   orders, discovery, documents introduced at trial, and transcripts of trial testimony

10  from the two state court actions and this action.").

11  　　　"[I]t is proper for the district court to 'take judicial notice of matters of public

12  record outside the pleadings' and consider them for purposes of the motion to

13  dismiss." *Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988).

14  Moreover, a federal court may "[take] judicial notice of a state court decision and the

15  briefs filed in that court to determine if an issue was raised and decided by the state

16  court for res judicata purposes." *Manufactured Home Cmtys. Inc. v. City of San Jose*,

17  420 F.3d 1022, 1037 (9th Cir.2005). Such materials are "'helpful for examining the

18  claims litigated in state court,' *Manufactured Home Cmtys. Inc.*, 420 F.3d at 1037,

19  and are essential for the court to make a reasoned judgment about the claim-

20  preclusive effects of [a] plaintiff's state case." *Adams v. Trimble*, No. 11-cv-01360-

21  KJM, 2012 WL 260160, at *3 (E.D. Cal. Jan. 27, 2012). The Court may take judicial

22  notice of a corporation's articles of incorporation. *Coal. for a Sustainable Delta v.*

23  *F.E.M.A., 711 F. Supp. 2d 1152, 1170 n.5 (E.D. Cal. 2010).*

24  　　　Snopes requests that the court take judicial notice of the materials identified

25  above and the records of judicial proceedings identified above, which are properly

26  subject to judicial notice under Federal Rule of Evidence 201 and related authorities.

27  Each case listed is a matter of public record. The records are easily verifiable with

28  the records maintained by the courts in which they were filed.

9

1      Respectfully submitted,

2      DATED: December 16, 2020      PROCOPIO, CORY, HARGREAVES &
3                                    SAVITCH LLP

4

5                         By:   */s/Jacob Kozaczuk*
                                Paul A. Tyrell
6                                 Ryan C. Caplan
                                Jacob Kozaczuk
7                                 Attorneys for Nominal Defendant
                                Snopes Media Group, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE
CASE NO. 20-CV-1925-W-KSC