# EXHIBIT INDEX TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SNOPES MEDIA GROUP, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12
### Case No. 3-20-CV-1925-W-KSC

| EX. | DESCRIPTION | PAGE |
|---|---|---|
| 1. | Complaint filed by Plaintiff Chris Richmond (Richmond), Proper Media, LLC (Proper Media), and Drew Schoentrup (Schoentrup), *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 7 |
| 2. | Minute order entered on September 7, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 23 |
| 3. | Snopes Media Group, Inc. (Snopes)'s Amended and Restated Articles of Incorporation filed on March 5, 2018 with the Secretary of State for the State of California. | 25 |
| 4. | Cross-complaint filed by David Mikkelson (Mikkelson) on October 31, 2017 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 27 |
| 5. | Complaint in interpleader filed by Snopes on January 25, 2018 in the matter of *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2018-00004335-CU-MC-CTL, in the Superior Court of the State of California for the County of San Diego. | 106 |
| 6. | *Ex parte* application of Richmond and Schoentrup for a temporary restraining order and order to show cause re: preliminary injunction filed on January 9, 2019 in the matter of *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 139 |
| 7. | Memorandum of points and authorities in support of the *ex parte* application of Richmond and Schoentrup for a | 144 |

|  |  |  |
|---|---|---|
|  | temporary restraining order and order to show cause re: preliminary injunction filed on January 9, 2019 in the matter of *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. |  |
| 8. | Third amended complaint filed by Richmond, Proper Media, and Schoentrup on April 4, 2019 in the matter of Proper Media, LLC v. Snopes Media Group, Inc., et al, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 164 |
| 9. | Third amended complaint filed by Richmond, Proper Media, and Schoentrup on April 4, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 333 |
| 10. | Richmond and Schoentrup's notice of motion and motion for preliminary injunction filed on April 18, 2019 in the matter of *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 337 |
| 11. | Snopes' opposition to Schoentrup's *ex parte* application for an order requiring Snopes to re-designate Slack messages filed on April 25, 2019 in the matter of *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 358 |
| 12. | Snopes' notice of demurrer and demurrer to the third amended complaint filed on May 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 367 |
| 13. | The memorandum of points and authorities in support of Snopes' demurrer to the third amended complaint filed on May 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 371 |

| | | |
|---|---|---|
| 14. | Mikkelson's notice of demurrer and demurrer to the third amended complaint filed on May 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 390 |
| 15. | The memorandum of points and authorities in support of Mikkelson's demurrer to the third amended complaint filed on May 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 395 |
| 16. | The amended minute order entered on May 22, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 417 |
| 17. | Snopes' notice of motion and special motion to strike the third amended complaint filed on June 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 418 |
| 18. | Memorandum of points and authorities in support of Snopes' special motion to strike the third amended complaint filed June 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 421 |
| 19. | Mikkelson's notice of motion and special motion to strike the third amended complaint filed on June 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 441 |
| 20. | Memorandum of points and authorities in support of Mikkelson's special motion to strike the third amended complaint filed on June 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. | 444 |

| | | |
|---|---|---|
| | 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | |
| 21. | Proper Media's memorandum of points and authorities in opposition to Snopes' special motion to strike the third amended complaint filed on July 29, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 461 |
| 22. | Reply brief in support of Snopes' special motion to strike the third amended complaint filed on August 2, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 480 |
| 23. | Richmond and Schoentrup's memorandum of points and authorities in opposition to Snopes' special motion to strike the third amended complaint filed on August 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 492 |
| 24. | Reply brief in support of Snopes' demurrer to the third amended complaint filed on August 9, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 508 |
| 25. | Richmond, Proper Media, and Schoentrup's memorandum of points and authorities in opposition to Mikkelson's special motion to strike the third amended complaint filed on August 13, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 519 |
| 26. | Reply brief in support of Mikkelson's special motion to strike the third amended complaint filed on August 19, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC- | 538 |

DOCS 125263-000006/4319072.1

| | | |
|---|---|---|
| | CTL, in the Superior Court of the State of California for the County of San Diego. | |
| 27. | Richmond, Proper Media, and Schoentrup's memorandum of points and authorities in opposition to Mikkelson's demurrer the third amended complaint filed on August 19, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 550 |
| 28. | Minute Order entered August 22, 2019 granting Snopes' special motion to strike the third amended complaint in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 570 |
| 29. | Reply brief in support of Mikkelson's demurrer to the third amended complaint filed on August 26, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 575 |
| 30. | The minute Order entered August 28, 2019 granting Mikkelson's special motion to strike the third amended complaint in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 586 |
| 31. | Notice of ruling on Snopes' demurrer to the third amended complaint filed on August 30, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 591 |
| 32. | Third amended and supplemental cross-complaint filed by Snopes on October 10, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. | 600 |

| | | |
|---|---|---|
| 33. | Order filed on January 22, 2020 dismissing appeal of trial court order granting Snopes' special motion to strike. | 649 |
| 34. | January 22, 2020 remittitur in the matter of Christopher Richmond, et al., v. David Mikkelson, Case No. D076375, in the California Court of Appeal, Fourth Appellate District, Division One. | 650 |
| 35. | Appellants' Opening Brief in the matter of *Christopher Richmond, et al., v. David Mikkelson*, Case No. D076375, in the California Court of Appeal, Fourth Appellate District, Division One. | 651 |