HRUTKAY LAW PC
MATTHEW HRUTKAY, Bar No. 297485
matt.hrutkay@hrutkaylaw.com
600 W. Broadway, Suite 700
San Diego, CA. 92101
Tel: (858) 868-0018

TENCER SHERMAN LLP
PHILIP C. TENCER, ESQ., Bar No. 173818
Phil@TencerSherman.com
12520 High Bluff Drive, Suite 230
San Diego, CA  92130
T: 858.408.6900
F:858.754.1260

*Attorneys for Plaintiff*
CHRISTOPHER RICHMOND

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual;<br><br>Plaintiff,<br><br>v.<br><br>DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive<br><br>Defendants,<br><br>and<br><br>SNOPES MEDIA GROUP, INC.<br><br>Nominal Defendant. | Case No:   3:20-cv-01925-W-KSC<br><br>**DECLARATION OF MATTHEW HRUTKAY IN SUPPORT OF PLAINTIFF'S OMNIBUS OPPOSITION TO MOTIONS TO DISMISS**<br><br>Date:           **January 25, 2021**<br>Dept:           **3C**<br>Judge:         **Hon. Thomas J. Whelan**<br>Magistrate<br>Judge:         **Hon. Karen S. Crawford** |

I, Matthew Hrutkay, declare as follows:

1. I am an attorney with and principal of Hrutkay Law, PC, counsel for Plaintiff Christopher Richmond in the above-captioned matter. I am admitted to the bar of the State of California. I am submitting this declaration in support of Plaintiff's Opposition to Motion to Dismiss. I have personal knowledge of the facts contained

in this declaration except for those matters stated on information and belief, as to which I believe to be true. If called upon as a witness, I could and would competently testify to the following facts based upon my own personal knowledge.

2. At 7:06 p.m. on January 1, 2021, I received an email from counsel for Nominal Defendant Snopes Media Group, Inc. threatening a motion for sanctions pursuant to Federal Rule of Civil Procedure 11 ("FRCP") against Plaintiff, me, and my law firm, "if the derivative claims set forth in the verified First Amended Complaint are not withdrawn within 21 days." Attached hereto as Exhibit 1 is a true and correct copy of this January 1, 2021 email.

3. At 11:55 p.m. on January 4, 2021, I received an email from counsel for Defendants Mikkelson and Westbrook threatening a motion for sanctions pursuant to FRCP 11 "if the First Amended Complaint is not dismissed in its entirety within twenty-one days." Attached hereto as Exhibit 2 is a true and correct copy of an email string from counsel for Defendants Mikkelson and Westbrook containing this January 4, 2020 communication.

4. Snopes' Request for Judicial Notice in support of its Motion to Dismiss sought judicial notice of 35 exhibits totaling 726 pages. (*See* ECF Nos. 12-4, 12-5, and 12-6.) Defendants Mikkelson's and Westbook's Request for Judicial Notice in support of their Motion to Dismiss sought judicial notice of 36 exhibits totaling 2,356 pages, according to Adobe Acrobat Pro software. (*See* ECF Nos 11-3 through 11-38 (Exhibits 1-36). Combined, Defendants' request judicial notice of 3,082 pages of exhibits, according to Adobe Acrobat Pro software's combined page count.

///
///
///
///
///
///

- 2 -

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on this 11th day of January, 2021, at Julian, California.

By: 
MATTHEW HRUTKAY

**EXHIBIT 1**

| | |
|---|---|
| **Subject:** | Richmond v. Mikkelson, S.D. Cal. Case No. 3:20-cv-01925-W-KSC |
| **Date:** | Friday, January 1, 2021 at 7:06:29 PM Pacific Standard Time |
| **From:** | Kozaczuk, Jacob |
| **To:** | Matt Hrutkay, Philip Tencer |
| **CC:** | Tyrell, Paul A., Caplan, Ryan C., Holly Heffner, Richard Sybert, Kimberly Howatt |
| **Attachments:** | image001.jpg, Snopes - Notice of Motion and Motion for Sanctions (Rule 11).pdf, Snopes - Memorandum of Points and Authorities ISO Motion for Sanctions.pdf, Snopes - Declaration in support of Motion for Sanctions.pdf, Snopes - Request for Judicial Notice.pdf |

Counsel,

Attached please find Snopes Media Group Inc.'s motion for an order imposing sanctions against Plaintiff Christopher Richmond and his counsel, Matthew Hrutkay and Hrutkay Law PC, pursuant to Federal Rule of Civil Procedure 11, and supporting papers.  Consistent with the 21-day safe harbor provision set forth under Rule 11(c)(2), Snopes intends to file these papers with the Court if the derivative claims set forth in the verified First Amended Complaint are not withdrawn within 21 days.

Please use the secure ShareFile link below to download Exhibits 1-42 to the Request for Judicial Notice:
https://procopio.sharefile.com/d-s3c6a616491754e4a9ac3e69483139da6

Best regards,

**JACOB KOZACZUK**

P. 619.906.5625 | C. 650.303.1881 | jacob.kozaczuk@procopio.com
525 B STREET, SUITE 2200, SAN DIEGO, CA 92101
**procopio.com**



Fri Jan 01 2021 19:06:36

This is an email from Procopio, Cory, Hargreaves & Savitch LLP, Attorneys at Law. This email and any attachments hereto may contain information that is confidential and/or protected by the attorney-client privilege and attorney work product doctrine. This email is not intended for transmission to, or receipt by, any unauthorized persons. Inadvertent disclosure of the contents of this email or its attachments to unintended recipients is not intended to and does not constitute a waiver of attorney-client privilege or attorney work product protections. If you have received this email in error, immediately notify the sender of the erroneous receipt and destroy this email, any attachments, and all copies of same, either electronic or printed. Any disclosure, copying, distribution, or use of the contents or information received in error is strictly prohibited.

**EXHIBIT 2**

**Subject:** RE: Richmond v. Mikkelson, Case No. 3:20-cv-01925-W-KSC | Rule 11 Motion
**Date:** Tuesday, January 5, 2021 at 6:30:44 PM Pacific Standard Time
**From:** Holly Heffner
**To:** Matt Hrutkay, 'Philip Tencer'
**CC:** 'Tyrell, Paul A.', 'Caplan, Ryan C.', 'Kozaczuk, Jacob', Richard Sybert, Yan Ren

Counsel:

Please note that, at page 6, line 26 of the memorandum served yesterday, the "not" is missing from the following: "he admittedly did not make demand…" We will revise accordingly prior to filing.

Sincerely,
Holly

---

**From:** Holly Heffner
**Sent:** Monday, January 4, 2021 11:55 PM
**To:** Matt Hrutkay <matt.hrutkay@hrutkaylaw.com>; Philip Tencer <Phil@tencersherman.com>
**Cc:** 'Tyrell, Paul A.' <paul.tyrell@procopio.com>; Caplan, Ryan C. <ryan.caplan@procopio.com>; 'Kozaczuk, Jacob' <Jacob.Kozaczuk@procopio.com>; Richard Sybert <rsybert@grsm.com>; Yan Ren <yren@grsm.com>
**Subject:** Richmond v. Mikkelson, Case No. 3:20-cv-01925-W-KSC | Rule 11 Motion

Counsel:

Attached and served herewith is Messrs. Mikkelson and Westbrook's Rule 11 sanctions motion against Plaintiff and his counsel. Defendants intend to file the attached motion if the First Amended Complaint is not dismissed in its entirety within twenty-one days.

Sincerely,

---

**HOLLY L.K. HEFFNER** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

101 W. Broadway, Suite 2000
San Diego, CA 92101
D: 619-230-7474 | hheffner@grsm.com

www.grsm.com

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com