| | |
|---|---|
| 1 | RICHARD P. SYBERT (SBN: 080731) |
| 2 | rsybert@grsm.com |
|   | HOLLY L.K. HEFFNER (SBN: 245384) |
| 3 | hheffner@grsm.com |
| 4 | YAN REN (SBN: 323200) |
|   | yren@grsm.com |
| 5 | GORDON REES SCULLY MANSUKHANI |
| 6 | 101 W. Broadway Suite 2000 |
|   | San Diego, CA 92101 |
| 7 | Telephone: (619) 230-7474 |
| 8 | Facsimile: (619) 696-7124 |
| 9 | Attorneys for Defendants |
| 10 | DAVID MIKKELSON and BRAD WESTBROOK |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual, | CASE NO. 3:20-cv-01925-W-KSC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | (Concurrently filed with Notice of Motion, Memorandum of Points and Authorities, Request for Judicial Notice) |
| DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive, | |
| Defendants, | Hearing Date: January 25, 2021 [NO ORAL ARGUMENT per Civil Local Rule 7.1(d)(1) |
| and | District Judge: Thomas J. Whelan Magistrate Judge: Karen S. Crawford |
| SNOPES MEDIA GROUP, INC., | Complaint filed: September 25, 2020 |
| Nominal Defendant. | FAC filed: December 2, 2020 |

-1-

CERTIFICATE OF SERVICE                                    Case No.3:20-cv-01925

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani 101 W. Broadway, Suite 2000, San Diego, CA 92101, my electronic mail address is hheffner@grsm.com. On January 19, 2021, I served the foregoing document entitled

    **1.    DEFENDANTS MIKKELSON AND WESTBROOK'S REPLY TO OPPOSITION IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

    **2.    DEFENDANTS MIKKELSON AND WESTBROOK'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE**

as follows:

☐ **BY ELECTRONIC MAIL** by transmitting via electronic mail the document(s) listed above to the address(es) listed below on this date pursuant to FRCP 5(b)(2)(E).

☐ **BY OVERNIGHT DELIVERY:** by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery **by Federal Express** as part of the ordinary business practices of Gordon & Rees LLP, addressed as set forth below.

☑ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

| Counsel for Plaintiff CHRISTOPHER RICHMOND: | Counsel for Plaintiff CHRISTOPHER RICHMOND: |
|---|---|
| Matthew Hrutkay<br>HRUTKAY LAW PC<br>600 W. Broadway, Suite 700<br>San Diego, CA 92101<br>Tel: (858) 868-0018<br>Matt.hrutkay@hrutkaylaw.com | Philip C. Tencer<br>TENCER SHERMAN LLP<br>12520 High Bluff Drive, Suite 230<br>San Diego, CA 92130<br>Tel: (858) 408-6900<br>Fax: (858) 754-1260<br>Phil@tensersherman.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 19, 2021 at San Diego, California.

*/s/ Holly L.K. Heffner*

Holly L.K. Heffner

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

MCEREZO/24077191

-3-

CERTIFICATE OF SERVICE                                   Case No.3:20-cv-01925