Paul A. Tyrell (Bar No. 193798)
Ryan C. Caplan (Bar No. 253037)
Jacob Kozaczuk (Bar No. 294734)
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
525 B Street, Suite 2200
San Diego, California 92101
Telephone:  619.238.1900
Facsimile:   619.235.0398
E-mail:       paul.tyrell@procopio.com
                  ryan.caplan@procopio.com
                  jacob.kozaczuk@procopio.com

Attorneys for Nominal Defendant,
SNOPES MEDIA GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual,<br><br>           Plaintiff,<br><br>v.<br><br>DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive,<br><br>           Defendants,<br><br>and<br><br>SNOPES MEDIA GROUP, INC.<br><br>Nominal Defendant. | Case No. 3:20-CV-1925-W-KSC<br><br>**NOTICE OF MOTION AND MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 11 BY NOMINAL DEFENDANT SNOPES MEDIA GROUP, INC.**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE**<br><br>Date:     March 1, 2021<br>Crtm:    3C (Third Floor)<br>Judge:   Hon. Thomas J. Whelan |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 1, 2021, in Courtroom 3C (3rd Floor Annex), at the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California 92101, Defendant Snopes Media Group, Inc. ("Snopes") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 11, for an order imposing sanctions upon Plaintiff Christopher Richmond ("Richmond"), and Plaintiff's counsel of record, Matthew Hrutkay and Hrutkay Law PC, for the filing of Counts One through Four of the verified First Amended Complaint ("FAC") in this action, including but not limited to an award to Snopes of its reasonable expenses and attorneys' fees incurred in defending the FAC and filing this motion.

The basis for this motion is that the derivative shareholder claims pleaded in the FAC—namely, Counts One through Four—violate Rule 11(b)(1) and (b)(2) in that they are not well grounded in law and were filed for an improper purpose. *See generally*, *Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1177 (9th Cir. 1996).

1. The derivative claims in the FAC lack any legal basis, and therefore violate Rule 11(b)(2), because each cause of action is barred by the final, non-appealable order entered against Richmond pursuant to California Code of Civil Procedure section 425.16 (the "anti-SLAPP order") by the California Superior Court in another pending action filed by Richmond. Richmond and Richmond's counsel, Matthew Hrutkay and Hrutkay Law PC, who is also representing Richmond in the pending state action and who filed Richmond's dismissal of his appeal challenging the anti-SLAPP order—should have known the derivative claims are barred in their entirely by the state court rulings under black letter law of res judicata.

2. The derivative claims also violate Rule 11(b)(1) because they were filed for an improper purpose—namely, to harass Snopes and the members of its board of directors, as well as to gain leverage in Richmond's personal litigation against Snopes' agents.

Snopes' motion is based on this notice and motion, the accompanying memorandum of points and authorities, the accompanying request for judicial notice, the accompanying Declaration of Jacob Kozaczuk, the previously-filed motion to dismiss pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure, all papers and pleadings on file in this action, Snopes' anticipated reply, any oral argument that may be heard by the Court, and any argument or other evidence that the Court may properly consider.

DATED: January 23, 2021

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: */s/Jacob Kozaczuk*
Paul A. Tyrell
Ryan C. Caplan
Jacob Kozaczuk
Attorneys for Nominal Defendant
SNOPES MEDIA GROUP, INC.