Paul A. Tyrell (Bar No. 193798)
E-mail: paul.tyrell@procopio.com
Ryan C. Caplan (Bar No. 253037)
E-mail: ryan.caplan@procopio.com
Jacob Kozaczuk (Bar No. 294734)
E-mail: jacob.kozaczuk@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Nominal Defendant Snopes Media Group, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive,<br><br>Defendants,<br><br>and<br><br>SNOPES MEDIA GROUP, INC.<br><br>Nominal Defendant. | Case No. 3:20-CV-1925-W-KSC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOMINAL DEFENDANT SNOPES MEDIA GROUP, INC.'S MOTION FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**<br><br>Date:   March 1, 2021<br>Dept:   3C Third Floor<br>Judge:  Hon. Thomas J. Whelan |

# I. MATTERS SUBJECT TO REQUEST FOR JUDICIAL NOTICE

Under Federal Rule of Evidence 201 and related authorities, Nominal Defendant Snopes Media Group, Inc. ("Snopes") requests that the Court take judicial notice of the filings, documents, records, orders and events occurring in the following matters as referenced in the papers filed in support of Snopes' motion to impose sanctions against Plaintiff Christopher Richmond ("Richmond"), and Richmond's counsel of record, Matthew Hrutkay and Hrutkay Law PC:

    A. *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego.

    B. *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2018-00004335-CU-MC-CTL, in the Superior Court of the State of California for the County of San Diego (Consolidated with Case No. 37-2017-00016311-CU-BC-CTL).[1]

    C. *Christopher Richmond, et al., v. David Mikkelson*, Case No. D076375, in the California Court of Appeal, Fourth Appellate District, Division One.

Defendants further request judicial notice be taken of the following, true and correct copies of which are attached hereto as Exhibits 1 through 42:

    1. The complaint filed by Richmond, Proper Media, LLC ("Proper Media"), and Drew Schoentrup ("Schoentrup") on May 4, 2017 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the complaint is attached hereto as Exhibit 1.

    2. The minute order entered on September 7, 2017 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-

---

[1] Snopes was formerly known, and previously appeared in these actions as Bardav Inc. *See* Request for Judicial Notice No. 3 [reflecting name change from Bardav Inc. to Snopes Media Group, Inc.].

BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the minute order is attached hereto as Exhibit 2.

    3.    Snopes' Amended and Restated Articles of Incorporation filed on March 5, 2018 with the Secretary of State for the State of California. A true and correct copy of the articles of incorporation, which is publicly accessible on the California Secretary of State's website, is attached hereto as Exhibit 3.

    4.    The cross-complaint filed by David Mikkelson ("Mikkelson") on October 31, 2017 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the cross-complaint is attached hereto as Exhibit 4.

    5.    The complaint in interpleader filed by Snopes on January 25, 2018 in the matter of *Bardav, Inc. v. Schoentrup, et al.*, Case No. 37-2018-00004335-CU-MC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the complaint in interpleader is attached hereto as Exhibit 5.

    6.    The *ex parte* application of Richmond and Schoentrup for a temporary restraining order and order to show cause re: preliminary injunction filed on January 9, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al.*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the application is attached hereto as Exhibit 6.

    7.    The memorandum of points and authorities in support of the *ex parte* application of Richmond and Schoentrup for a temporary restraining order and order to show cause re: preliminary injunction filed on January 9, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al.,* Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the memorandum is attached hereto

as Exhibit 7.

8. The third amended complaint filed by Richmond, Proper Media, and Schoentrup on April 4, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the third amended complaint is attached hereto as Exhibit 8.

9. Richmond and Schoentrup's notice of motion and motion for preliminary injunction filed on April 18, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al.,* Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the notice of motion and motion is attached hereto as Exhibit 9.

10. The redacted memorandum of points and authorities in support of Richmond and Schoentrup's motion for preliminary injunction filed on April 18, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al.,* Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the memorandum is attached hereto as Exhibit 10.

11. Snopes' opposition to Schoentrup's *ex parte* application for an order requiring Snopes to re-designate Slack messages filed on April 25, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al.,* Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the application is attached hereto as Exhibit 11.

12. Snopes' notice of demurrer and demurrer to the third amended complaint filed on May 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the notice of demurrer and demurrer is attached hereto as Exhibit 12.

13. The memorandum of points and authorities in support of Snopes' demurrer to the third amended complaint filed on May 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the memorandum of points and authorities is attached hereto as Exhibit 13.

14. Mikkelson's notice of demurrer and demurrer to the third amended complaint filed on May 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the notice of demurrer and demurrer is attached hereto as Exhibit 14.

15. The memorandum of points and authorities in support of Mikkelson's demurrer to the third amended complaint filed on May 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the memorandum of points and authorities is attached hereto as Exhibit 15.

16. The amended minute order entered on May 22, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the minute order is attached hereto as Exhibit 16.

17. Snopes' notice of motion and special motion to strike the third amended complaint filed on June 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the notice of motion and special motion to strike is attached hereto as Exhibit 17.

18. The memorandum of points and authorities in support of Snopes'

special motion to strike the third amended complaint filed June 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the memorandum of points and authorities is attached hereto as Exhibit 18.

19. Mikkelson's notice of motion and special motion to strike the third amended complaint filed on June 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the notice of motion and motion is attached hereto as Exhibit 19.

20. The memorandum of points and authorities in support of Mikkelson's special motion to strike the third amended complaint filed on June 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the memorandum of points and authorities is attached hereto as Exhibit 20.

21. Richmond and Schoentrup's notice of motion and motion for reconsideration of the motion for preliminary injunction filed on June 10, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al.,* Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the notice of motion and motion is attached hereto as Exhibit 21.

22. The memorandum of points and authorities in support of Richmond and Schoentrup's motion for reconsideration of the motion for preliminary injunction filed on June 10, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al.,* Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the memorandum of points and authorities is attached hereto as Exhibit 22.

23. The declaration of Richmond in support of Richmond and Schoentrup's motion for reconsideration of the motion for preliminary injunction filed on June 10, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al.,* Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the declaration is attached hereto as Exhibit 23.

24. Proper Media's memorandum of points and authorities in opposition to Snopes' special motion to strike the third amended complaint filed on July 29, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the memorandum of points and authorities is attached hereto as Exhibit 24.

25. The reply brief in support of Snopes' special motion to strike the third amended complaint filed on August 2, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the reply brief is attached hereto as Exhibit 25.

26. Richmond and Schoentrup's memorandum of points and authorities in opposition to Snopes' special motion to strike the third amended complaint filed on August 5, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the memorandum of points and authorities is attached hereto as Exhibit 26.

27. The reply brief in support of Snopes' demurrer to the third amended complaint filed on August 9, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of reply brief is attached hereto as Exhibit 27.

28. Richmond, Proper Media, and Schoentrup's memorandum of points and authorities in opposition to Mikkelson's special motion to strike the third amended complaint filed on August 13, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the memorandum of points and authorities is attached hereto as Exhibit 28.

29. The reply brief in support of Mikkelson's special motion to strike the third amended complaint filed on August 19, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the reply brief is attached hereto as Exhibit 29.

30. Richmond, Proper Media, and Schoentrup's memorandum of points and authorities in opposition to Mikkelson's demurrer the third amended complaint filed on August 19, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the memorandum of points and authorities is attached hereto as Exhibit 30.

31. The minute order entered August 22, 2019 granting Snopes' special motion to strike the third amended complaint in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the minute order is attached hereto as Exhibit 31.

32. The reply brief in support of Mikkelson's demurrer to the third amended complaint filed on August 26, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the reply brief is attached hereto as Exhibit 32.

33. The minute order entered August 28, 2019 granting Mikkelson's special

motion to strike the third amended complaint in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the minute order is attached hereto as Exhibit 33.

34. The notice of ruling on Snopes' demurrer to the third amended complaint filed on August 30, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the notice of ruling is attached hereto as Exhibit 34.

35. The notice of appearance for Matthew J. Hrutkay, of Hrutkay Law PC, filed on September 12, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al.,* Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the notice of appearance is attached hereto as Exhibit 35.

36. The third amended and supplemental cross-complaint filed by Snopes on October 10, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al*, Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the third amended and supplemental cross-complaint is attached hereto as Exhibit 36.

37. The notice of appeal of order granting Defendant Snopes' special motion to strike filed on October 22, 2019 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al.,* Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the notice of appeal is attached hereto as Exhibit 37.

38. The request for dismissal of appeal filed on January 21, 2020 in the matter of *Christopher Richmond, et al., v. David Mikkelson*, Case No. D076375, in the California Court of Appeal, Fourth Appellate District, Division One. A true and correct copy of the request for dismissal is attached hereto as Exhibit 38.

39. The order filed on January 22, 2020 dismissing appeal of the trial court order granting Snopes' special motion to strike in the matter of *Christopher Richmond, et al., v. David Mikkelson*, Case No. D076375, in the California Court of Appeal, Fourth Appellate District, Division One. A true and correct copy of the order is attached hereto as Exhibit 39.

40. The January 22, 2020 remittitur in the matter of *Christopher Richmond, et al., v. David Mikkelson*, Case No. D076375, in the California Court of Appeal, Fourth Appellate District, Division One. A true and correct copy of the remittitur is attached hereto as Exhibit 40.

41. Appellants' Opening Brief in the matter of *Christopher Richmond, et al., v. David Mikkelson*, Case No. D076375, in the California Court of Appeal, Fourth Appellate District, Division One. A true and correct copy of the opening brief is attached hereto as Exhibit 41.

42. Register of Actions as of November 20, 2020 in the matter of *Proper Media, LLC v. Snopes Media Group, Inc., et al.,* Case No. 37-2017-00016311-CU-BC-CTL, in the Superior Court of the State of California for the County of San Diego. A true and correct copy of the register of actions as of November 20, 2020 is attached hereto as Exhibit 42.

## II. THE COURT IS AUTHORIZED TO TAKE JUDICIAL NOTICE OF THESE MATTERS

A court may, pursuant to Federal Rule of Evidence 201, take judicial notice of matters of public record, including pleadings, orders, and other papers filed with the court or records of administrative bodies. *Mack v. South Bay Beer Distrib.*, 798 F.2d 1279, 1282 (9th Cir. 1986); *Coinstar, Inc. v. Coinbank Automated Sys., Inc.*, 998 F.Supp. 1109, 1114 (N.D. Cal. 1998).

Federal Rule of Evidence 201, entitled "Judicial Notice of Adjudicative Facts," provides, in part, that the "court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial

court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

"The most frequent use of judicial notice of ascertainable facts is in noticing the contents of court records." 21 Charles Alan Wright & Kenneth W. Graham, Jr., Federal Practice & Procedure: Evidence § 5106, at 505 (1st ed. 1977 & Supp. 1997). *See United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) (stating that a court may take judicial notice of court records in another case); *United States v. Raygoza-Garcia*, 902 F.3d 994, 1001 (9th Cir. 2018) ("A court may take judicial notice of undisputed matters of public record, which may include court records available through PACER."). District courts may take judicial notice of court records, including pleadings and transcripts of trial testimony in state and federal courts. *See Patton v. Experian Data Corp.*, No. SACV151871JVSPLAX, 2016 WL 2626801, at *1 (C.D. Cal. May 6, 2016) (Taking judicial notice of transcripts of trial testimony and pleadings filed in other cases); *DeGroot v. United States*, 786 F. App'x 638, 642 (9th Cir. 2019) (taking judicial notice of criminal trial transcripts); *Employers Ins. Co. of Wausau v. Lexington Ins. Co.*, No. EDCV 10-00810 VAP, 2014 WL 4187842, at *3 (C.D. Cal. Aug. 19, 2014), *aff'd*, 671 F. App'x 552 (9th Cir. 2016) (Granting request for judicial notice for "various court documents, including filings, court orders, discovery, documents introduced at trial, and transcripts of trial testimony from the two state court actions and this action.").

"[I]t is proper for the district court to 'take judicial notice of matters of public record outside the pleadings' and consider them for purposes of the motion to dismiss." *Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988). Moreover, a federal court may "[take] judicial notice of a state court decision and the briefs filed in that court to determine if an issue was raised and decided by the state court for res judicata purposes." *Manufactured Home Cmtys. Inc. v. City of San Jose*,

420 F.3d 1022, 1037 (9th Cir.2005). Such materials are "'helpful for examining the claims litigated in state court,' *Manufactured Home Cmtys. Inc.*, 420 F.3d at 1037, and are essential for the court to make a reasoned judgment about the claim-preclusive effects of [a] plaintiff's state case." *Adams v. Trimble*, No. 11-cv-01360-KJM, 2012 WL 260160, at *3 (E.D. Cal. Jan. 27, 2012). The Court may take judicial notice of a corporation's articles of incorporation. *Coal. for a Sustainable Delta v. F.E.M.A.*, 711 F. Supp. 2d 1152, 1170 n.5 (E.D. Cal. 2010).

Snopes requests that the court take judicial notice of the materials identified above and the records of judicial proceedings identified above, which are properly subject to judicial notice under Federal Rule of Evidence 201 and related authorities. Each case listed is a matter of public record. The records are easily verifiable with the records maintained by the courts in which they were filed.

Respectfully submitted,

DATED: January 23, 2021         PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: */s/Jacob Kozaczuk*
Paul A. Tyrell
Ryan C. Caplan
Jacob Kozaczuk
Attorneys for Nominal Defendant
Snopes Media Group, Inc.