1  RICHARD P. SYBERT (SBN: 080731)
2  rsybert@grsm.com
   GORDON REES SCULLY MANSUKHANI
3  5901 Priestly Drive, Suite 308
4  Carlsbad, CA 92008
   Telephone: (619) 230-7768
5
6  HOLLY L.K. HEFFNER (SBN: 245384)
   hheffner@grsm.com
7  YAN REN (SBN: 323200)
8  yren@grsm.com
   GORDON REES SCULLY MANSUKHANI
9  101 W. Broadway Suite 2000
10 San Diego, CA 92101
   Telephone: (619) 230-7474; Facsimile: (619) 696-7124
11
12 Attorneys for Defendants DAVID MIKKELSON and BRAD WESTBROOK

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual, | CASE NO. 3:20-cv-01925-W-KSC |
| Plaintiff, | **DEFENDANTS MIKKELSON AND WESTBROOK'S NOTICE OF MOTION AND MOTION FOR SANCTIONS** |
| vs. | |
| DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive, | (Concurrently filed with Memorandum of Points and Authorities, Attorney Declaration) |
| Defendants, | Hearing Date: March 1, 2021 [NO ORAL ARGUMENT per Civil Local Rule 7.1(d)(1)] |
| and | District Judge: Thomas J. Whelan |
| SNOPES MEDIA GROUP, INC., | Magistrate Judge: Karen S. Crawford |
| Nominal Defendant. | Complaint filed: September 25, 2020<br>FAC filed: December 2, 2020 |

-1-

**TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, in Courtroom 3C of the above-captioned Court, located at 221 West Broadway, San Diego, CA 92101, Defendants David Mikkelson and Brad Westbrook (collectively, "Defendants") will and hereby do move this Court for an order sanctioning Plaintiff Christopher Richmond and his counsel, Matthew Hrutkay and Hrutkay Law PC, jointly and severally for the legal fees and costs incurred in defending the First Amended Complaint and the filing of this motion, the exact amount to be determined by separate memorandum.

This motion is made pursuant to Rule 11 of the Federal Rules of Civil Procedure on grounds that the First Amended Complaint, and the claims and legal contentions contained therein, are not warranted by existing law or by nonfrivolous argument for extending, modifying, or reversing existing law and are being presented for an improper purpose, including to harass, needlessly increase the cost of litigation, and to gain tactical advantage in another pending lawsuit.

This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the declaration of counsel, all other documents on file in this action including Defendants' motions to dismiss (ECF 11 and 12), and any further papers, documentary evidence, and oral argument the Court may receive.

Respectfully submitted,

Dated: January 26, 2021

GORDON REES SCULLY MANSUKHANI

By: */s/ Holly L.K. Heffner*
Richard P. Sybert
Holly L.K. Heffner
Yan Ren
Attorneys for Defendants DAVID MIKKELSON and BRAD WESTBROOK