RICHARD P. SYBERT (SBN: 080731)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
5901 Priestly Drive, Suite 308
Carlsbad, CA 92008
Telephone: (619) 230-7768

HOLLY L.K. HEFFNER (SBN: 245384)
hheffner@grsm.com
YAN REN (SBN: 323200)
yren@grsm.com
GORDON REES SCULLY MANSUKHANI
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7474; Facsimile: (619) 696-7124

Attorneys for Defendants DAVID MIKKELSON and BRAD WESTBROOK

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual,<br><br>                              Plaintiff,<br><br>     vs.<br><br>DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive,<br><br>                              Defendants,<br><br>and<br><br>SNOPES MEDIA GROUP, INC.,<br><br>Nominal Defendant. | CASE NO. 3:20-cv-01925-W-KSC<br><br>**DECLARATION OF HOLLY L.K. HEFFNER IN SUPPORT OF DEFENDANTS MIKKELSON AND WESTBROOK'S MOTION FOR SANCTIONS**<br><br>(Concurrently filed with Notice of Motion and Motion, Memorandum of Points and Authorities)<br><br>Hearing Date: March 1, 2021<br>[NO ORAL ARGUMENT per Civil Local Rule 7.1(d)(1)]<br><br>District Judge: Thomas J. Whelan<br>Magistrate Judge: Karen S. Crawford<br>Complaint filed: September 25, 2020<br>FAC filed: December 2, 2020 |

*Gordon Rees Scully Mansukhani, LLP*
*101 W. Broadway, Suite 2000*
*San Diego, CA 92101*

DECLARATION OF HOLLY L.K. HEFFNER                      Case No.3:20-cv-01925

I, Holly L.K. Heffner, declare:

1.      I am an attorney duly licensed to practice law before the Courts of the State of California and this District, and am a partner with the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys of record for defendants David Mikkelson and Brad Westbrook in the above-captioned matter.

2.      On January 4, 2021, I served via e-mail Plaintiff's counsel, Matthew Hrutkay, a copy of Defendants' Rule 11 motion for sanctions.

3.      At the time of filing the instant Rule 11 Motion, Plaintiff has not withdrawn his complaint.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.  Executed this 26th day of January, 2021, at San Diego, California.

*/s/ Holly L.K. Heffner*
Holly L.K. Heffner

**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Suite 2000
San Diego, CA  92101

1223480/55706612v.1