| | |
|---|---|
| 1 | RICHARD P. SYBERT (SBN: 080731) |
| 2 | rsybert@grsm.com |
|   | GORDON REES SCULLY MANSUKHANI |
| 3 | 5901 Priestly Drive, Suite 308 |
| 4 | Carlsbad, CA 92008 |
|   | Telephone: (619) 230-7768 |
| 5 | |
| 6 | HOLLY L.K. HEFFNER (SBN: 245384) |
|   | hheffner@grsm.com |
| 7 | YAN REN (SBN: 323200) |
| 8 | yren@grsm.com |
|   | GORDON REES SCULLY MANSUKHANI |
| 9 | 101 W. Broadway Suite 2000 |
| 10 | San Diego, CA 92101 |
|   | Telephone: (619) 230-7474; Facsimile: (619) 696-7124 |
| 11 | |
| 12 | Attorneys for Defendants |
|   | DAVID MIKKELSON and BRAD WESTBROOK |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual, | CASE NO. 3:20-cv-01925-W-KSC |
|  | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| vs. | District Judge: Thomas J. Whelan |
|  | Magistrate Judge: Karen S. Crawford |
| DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive, | Complaint filed: September 25, 2020 |
|  | FAC filed: December 2, 2020 |
| Defendants, | |
| and | |
| SNOPES MEDIA GROUP, INC., | |
| Nominal Defendant. | |

*Gordon Rees Scully Mansukhani, LLP*
*101 W. Broadway, Suite 2000*
*San Diego, CA 92101*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani 101 W. Broadway, Suite 2000, San Diego, CA 92101, my electronic mail address is sdaubert@grsm.com. On **January 26, 2021**, I served the foregoing document entitled:

**1. DEFENDANTS DAVID MIKKELSON AND BRAD WESTBROOK'S NOTICE OF MOTION AND MOTION FOR SANCTIONS**

**2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DAVID MIKKELSON AND BRAD WESTBROOK'S MOTION FOR SANCTIONS**

**3. DECLARATION OF HOLLY L.K. HEFFNER IN SUPPORT OF DEFENDANTS DAVID MIKKELSON AND BRAD WESTBROOK'S MOTION FOR SANCTIONS**

as follows:

☐ **BY ELECTRONIC MAIL** by transmitting via electronic mail the document(s) listed above to the address(es) listed below on this date pursuant to FRCP 5(b)(2)(E).

☐ **BY OVERNIGHT DELIVERY:** by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery **by Federal Express** as part of the ordinary business practices of Gordon & Rees LLP, addressed as set forth below.

☑ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

| Counsel for Plaintiff CHRISTOPHER RICHMOND: | Counsel for Plaintiff CHRISTOPHER RICHMOND: |
|---|---|
| Matthew Hrutkay<br>HRUTKAY LAW PC<br>600 W. Broadway, Suite 700<br>San Diego, CA 92101<br>Tel: (858) 868-0018<br>Matt.hrutkay@hrutkaylaw.com | Philip C. Tencer<br>TENCER SHERMAN LLP<br>12520 High Bluff Drive, Suite 230<br>San Diego, CA 92130<br>Tel: (858) 408-6900<br>Fax: (858) 754-1260<br>Phil@tencersherman.com |

-2-

CERTIFICATE OF SERVICE                              Case No.3:20-cv-01925

Counsel for Nominal Defendant
SNOPES MEDIA GROUP, INC.

Paul A. Tyrell
Ryan C. Caplan
Jacob Kozaczuk
William C. Belanger
PROCOPIO CORY HARGREAVES
& SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA  92101
Tel: 619-238-1900
Fax: 619-235-0398
Paul.tyrell@procopio.com
Ryan.caplan@procopio.com
Jacob.kozaczuk@procopio.com
Bill.belanger@procopio.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 26, 2021** at San Diego, California.

_Sharon Daubert_ (signature)

Sharon Daubert