# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND,<br><br>                              Plaintiff,<br><br> v.<br><br> DAVID MIKKELSON, et al.,<br><br>                              Defendants. | Case No.:  20-cv-1925 W (KSC)<br><br>**ORDER GRANTING JOINT MOTION [DOC. 27] TO CONTINUE HEARING AND BRIEFING ON MOTIONS FOR SANCTIONS** |

Pending before the Court is the parties' joint motion to continue the hearing and briefing on Defendants' pending motions for sanctions under Federal Rule of Civil Procedure 11.  Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the joint motion [Doc. 27] and continues the hearing to **April 1, 2021**.  The deadline for the parties' oppositions and replies is based on the new hearing date.  Upon submission of the oppositions and replies, the matter shall be deemed under submission. Civ.L.R. 7.1d1.

**IT IS SO ORDERED**.

Dated:  February 16, 2021

_____
Hon. Thomas J. Whelan
United States District Judge

1

20-cv-1925 W (KSC)