1  Paul A. Tyrell (Bar No. 193798)
   E-mail:      paul.tyrell@procopio.com
2  Ryan C. Caplan (Bar No. 253037)
   E-mail:      ryan.caplan@procopio.com
3  Jacob Kozaczuk (Bar No. 294734)
4  E-mail:      jacob.kozaczuk@procopio.com
   PROCOPIO, CORY, HARGREAVES &
5     SAVITCH LLP
   525 B Street, Suite 2200
6  San Diego, CA 92101
7  Telephone: 619.238.1900
   Facsimile: 619.235.0398
8
   Attorneys for Nominal Defendant Snopes Media
9  Group, Inc.

10                 **UNITED STATES DISTRICT COURT**

11             **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

12 | CHRISTOPHER RICHMOND, an | Case No. 3:20-CV-1925-W-KSC |
13 | individual, | |
   | | **NOTICE OF WITHDRAWAL** |
14 | Plaintiff, | |
15 | v. | |
16 | DAVID MIKKELSON, an individual; | |
   | BRAD WESTBROOK, an individual; and | |
17 | DOE DEFENDANTS 1-10, inclusive, | Dept:   3C Third Floor |
18 | Defendants, | Judge:  Hon. Thomas J. Whelan |
19 | and | |
20 | SNOPES MEDIA GROUP, INC. | |
21 | | |
22 | Nominal Defendant. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Ryan C. Caplan of Procopio, Cory, Hargreaves & Savitch LLP hereby withdraws as an attorney of record for Nominal Defendant Snopes Media Group, Inc.

Effective this date, Ryan C. Caplan is no longer associated with this case and should not receive any further communications or Notices of Electronic Filings relating to the activity in this case.

DATED: March 30, 2021

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: *s/ Ryan C. Caplan*
Paul A. Tyrell
Ryan C. Caplan
Jacob Kozaczuk
Attorneys for Nominal Defendant
Snopes Media Group, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing. Paper copies have been or promptly will be served personally on all parties not registered, and those indicated as non-registered participants.

*s/Ryan C. Caplan*
Ryan C. Caplan