

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Richmond, an individual<br><br>                               **Plaintiff,**<br>V.<br>David Mikkelson, an individual; Brad Westbrook, an individual; Snopes Media Group, Inc.; and Doe Defendants 1-10, inclusive<br>                               **Defendant.** | Civil Action No.  3:20-cv-01925-W-KSC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court grants the requests for judicial notice, grants the motions to file under seal, and grants Defendants' motions to dismiss the First Amended Complaint without leave to amend.

Date:   9/29/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Mueller
                              J. Mueller, Deputy