Matthew Hrutkay (SBN 297485)
matt.hrutkay@hrutkaylaw.com
HRUTKAY LAW PC
600 W Broadway, Suite 700
San Diego, California  92101
T:      858-868-0018

Philip C. Tencer (SBN 173818)
phil@tencersherman.com
TENCER SHERMAN LLP
12520 High Bluff Drive, Suite 230
San Diego, California  92130
T:      858-408-6900

*Attorneys for Plaintiff Christopher Richmond*

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual,<br>              Plaintiff,<br>     v.<br>DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive,<br>              Defendants,<br>and<br>SNOPES MEDIA GROUP, INC.<br>              Nominal Defendant. | Case No.: 3:20-cv-01925-W-KSC<br><br>**PLAINTIFF'S COUNSEL'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

1

# NOTICE OF APPEAL

**PLEASE TAKE NOTICE THAT** Plaintiff's counsel, Matthew Hrutkay, appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered September 29, 2021 in the above-entitled matter, granting defendants' motions to impose sanctions on plaintiff's counsel pursuant to Federal Rule of Civil Procedure 11.

Dated: October 29, 2021     HRUTKAY LAW PC

By:   /s/ Matthew Hrutkay
      Matthew Hrutkay

       And

       TENCER SHERMAN LLP
       Philip C. Tencer

       *Attorneys for Plaintiff Christopher Richmond*

## REPRESENTATION STATEMENT

The undersigned counsel represent Plaintiff Christopher Richmond. The following is a list of all parties to the action and information regarding their counsel, as required, including appellate counsel for Plaintiff and Plaintiff's counsel, who has not appeared in the District Court. *See* Fed. R. App. P. 12(b); Ninth Cir. Rule 3-2(b).

1. **DEFENDANTS DAVID MIKKELSON AND BRAD WESTBROOK**

   RICHARD P. SYBERT (SBN 080731); rsybert@grsm.com
   GORDON REES SCULLY MANSUKHANI, LLP
   5901 Priestly Drive, Suite 308
   Carlsbad, California  92008
   Tel: (619) 230-7768

   HOLLY L.K. HEFFNER (SBN 245384); hheffner@grsm.com
   YAN REN (SBN 323200); yren@grsm.com
   GORDON REES SCULLY MANSUKHANI, LLP
   101 W. Broadway, Suite 2000
   San Diego, California  92101
   Tel: (619) 230-7474

   **TRIAL COUNSEL FOR DEFENDANTS
   DAVID MIKKELSON AND BRAD WESTBROOK**

2. **NOMINAL DEFENDANT SNOPES MEDIA GROUP, INC.**

   PAUL A. TYRELL (SBN 193798); paul.tyrell@procopio.com
   JACOB KOZACZUK (SBN 294734); jacob.kozaczuk@procopio.com
   PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   525 B Street, Suite 2200
   San Diego, California  92101
   Tel: (619) 238-1900

   **TRIAL COUNSEL FOR NOMINAL DEFENDANT
   SNOPES MEDIA GROUP, INC.**

3. **PLAINTIFF CHRISTOPHER RICHMOND**

PHILIP C. TENCER, ESQ (SBN 173818); phil@tencersherman.com
TENCER SHERMAN LLP
12520 High Bluff Drive, Suite 230
San Diego, California 92130
Tel: (858) 408-6900

MATTHEW HRUTKAY (SBN 297485); matt.hrutkay@hrutkaylaw.com
HRUTKAY LAW PC
600 W. Broadway, Suite 700
San Diego, California 92101
Tel: (858) 868-0018

**TRIAL COUNSEL FOR PLAINTIFF**

RUPA G. SINGH (SBN 214542); rsingh@appealfirm.com
NIDDRIE | ADDAMS | FULLER | SINGH LLP
225 Broadway, 21st Floor
San Diego, CA 92101
Tel: (858) 699-7278

**APPELLATE COUNSEL FOR PLAINTIFF**

4. **PLAINTIFF'S COUNSEL AND APPELLANT MATTHEW HRUTKAY**

RUPA G. SINGH (SBN 214542); rsingh@appealfirm.com
NIDDRIE | ADDAMS | FULLER | SINGH LLP
225 Broadway, 21st Floor
San Diego, CA 92101
Tel: (858) 699-7278

**APPELLATE COUNSEL FOR PLAINTIFF'S COUNSEL**

| | | |
|---|---|---|
| Dated: October 29, 2021 | | HRUTKAY LAW PC |
| | By: | /s/ Matthew Hrutkay |
| | | Matthew Hrutkay |
| | | And |
| | | TENCER SHERMAN LLP |
| | | Philip C. Tencer |
| | | *Attorneys for Plaintiff Christopher Richmond* |

5

NOTICE OF APPEAL
Case No. 3:20-cv-01925-W-KSC