1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER RICHMOND,

Plaintiff,

v.

DAVID MIKKELSON, et al.,

Defendants.

Case No.:  20-CV-1925 W (KSC)

**ORDER TERMINATING MOTION FOR ATTORNEYS' FEES [DOC. 43] PENDING APPEAL**

On September 29, 2021, this Court issued an order granting Defendants' motions to dismiss without leave to amend and motions for sanctions (the "Order").  (*See Order* [Doc. 38].)  To determine the appropriate sanction, the Court ordered the parties to provide additional briefing regarding Defendants' attorneys' fees and costs.  (*Id.* 20:1–6.)

On October 29, 2021, Plaintiff filed a Notice of Appeal of the Order.  (*See Notice of Appeal* [Doc. 46].)  In light of the appeal, the hearing on the motion for attorneys' fees [Doc. 43] is terminated pending resolution of the appeal.

**IT IS SO ORDERED**.

Dated:  November 1, 2021

Hon. Thomas J. Whelan
United States District Judge

1

20-CV-1925 W (KSC)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

20-CV-1925 W (KSC)