Matthew Hrutkay (SBN 297485)
HRUTKAY LAW PC
600 W. Broadway, Suite 700
San Diego, CA  92101
matt.hrutkay@hrutkaylaw.com; (858) 868-0018

TENCER SHERMAN LLP
PHILIP C. TENCER (SBN 173818)
12520 High Bluff Drive, Suite 230
San Diego, CA  92130
Phil@TencerSherman.com; 858.408.6900

Attorneys for the PLAINTIFF

Richard P. Sybert (SBN 80731)
Holly L. K. Hefner (SBN 245384)
GORDON REES SCULLY MANSUKHANI, LLP
101 W Broadway Suite 2000, San Diego, CA 92101-8221
rsybert@grsm.com; hheffner@grsm.com; 619-230-7454

Attorneys for Defendants MIKKELSON and WESTBROOK

Paul A. Tyrell (SBN 193798)
PROCOPIO, CORY HARGREAVES & SAVITCH LLP
525 B Street Ste 2200, San Diego, CA 92101-4474
paul.tyrell@procopio.com; 619-238-1900;

Attorneys for Nominal Defendant SNOPES MEDIA GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MIKKELSON, et al.,<br>Defendants,<br>and<br><br>SNOPES MEDIA GROUP, INC.<br><br>Nominal Defendant. | Case No. 3:20-CV-1925-W-KSC<br><br>**JOINT MOTION TO REINSTATE BRIEFING ON DEFENDANTS' MOTIONS FOR SANCTIONS**<br><br>**NO ORAL ARGUMENT PER LOCAL RULE**<br><br>Crtm:    3C (Third Floor)<br>Judge:   Hon. Thomas J. Whelan |

## JOINT MOTION

Per Civil Local Rule 7.2, Plaintiff Christopher Richmond ("Richmond") and his attorney Matthew Hrutkay (Mr. Hrutkay) (collectively "Appellants") on the one hand, and Nominal Defendant Snopes Media Group, Inc. ("Snopes"), Defendants David Mikkelson ("Mikkelson") and Brad Westbrook ("Westbrook) on the other hand (collectively the "Defendants") jointly request that this Court reinstate the briefing on Defendants' Motion for Sanctions under Rule 11 of the Federal Rule of Civil Procedure ("Rule 11"). As the Court is aware, Appellants filed notices of appeal from the final judgment, dismissing the underlying action and imposing Rule 11 sanctions on October 29, 2021, their jurisdictional deadline to appeal from the judgment. Fed. R. App. P. 4(a). However, the portion of the Court's order concluding that Rule 11 sanctions are warranted without deciding the amount of sanctions is not appealable. *See Jensen Elec. Co. v. Moore, Caldwell, Rowland & Dodd, Inc.*, 873 F.2d 1327 (9th Cir. 1989) ("an order finding appellant liable for attorney's fees and costs but without determining the specific amount of that award is not a final and appealable order."); *Rachel v. Banana Republic, Inc.*, 831 F.2d 1503, 1508 fn. 5 (9th Cir. 1987) ("An order imposing sanctions upon counsel, a nonparty, is final and appealable by the person sanctioned upon imposition of the sanction.").

As a result, this Court's recent order dated November 1, 2011, terminating the hearing on the motion for attorneys' fees pending resolution of the appeal, will result in piecemeal appeals, first from the dismissal of the underlying action on res judicata grounds, and, possibly several years later, on the imposition of Rule 11 sanctions. (ECF 48.) The parties agree that this is inefficient for them, this Court, and the Ninth Circuit, and therefore, request that the Court withdraw its order terminating the Rule 11 sanctions motion and reinstate the hearing with the following briefing schedule that accommodates all parties' other deadlines as well as the intervening Thanksgiving holiday:

///

- Plaintiff Richmond and Mr. Hrutkay's opposition to the moving papers filed by defendants on October 22, 2021 will be due on or before November 15, 2021;
- Defendants' reply briefs will be due on or before December 3, 2021.

Additionally, plaintiff Richmond and Mr. Hrutkay request that, given the seriousness of the imposition of Rule 11 sanctions, including but not limited to Mr. Hrutkay's pursuit of his profession, the Court schedule a hearing on the motion and allow oral argument. Defendants neither join nor oppose this request. The parties also plan to seek a 90-day stay of the appeals from the Ninth Circuit, allowing the parties to move forward once this Court has had time to issue its ruling in this matter.

DATED: November 5, 2021   HRUTKAY LAW PC

By: /s/ *Matthew Hrutkay*
Matthew Hrutkay

Attorney for Plaintiff
CHRISTOPHER RICHMOND

DATED: November 5, 2021   GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Holly Heffner*
Richard P. Sybert
Holly L.K. Heffner

Attorneys for Defendants
DAVID MIKKELSON and
BRAD WESTBROOK

DATED: November 5, 2021   PROCOPIO, CORY HARGREAVES & SAVITCH LLP

By: /s/ *Paul A. Tyrell*
Paul A. Tyrell

Attorneys for Nominal Defendant
SNOPES MEDIA GROUP, INC.