**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER RICHMOND,<br><br>                                    Plaintiffs,<br><br>v.<br><br>DAVID MIKKELSON, et al.,<br><br>                                    Defendants. | Case No.:  20-CV-1925 W (KSC)<br><br>**ORDER GRANTING IN PART JOINT MOTION RE. ATTORNEYS' FEES [DOC. 53]** |

Pending before the Court is the parties' joint motion to reinstate the briefing on the Defendants' attorneys' fees.  Good cause appearing, the Court **GRANTS** the joint motion [Doc. 53] and **ORDERS** as follows:

- Plaintiff Richmond and Mr. Hrutkay's opposition to the moving papers filed by Defendants on October 22, 2021 will be due on or before **November 15, 2021**;
- Defendants' reply briefs will be due on or before **December 3, 2021**.

Plaintiff's and Mr. Hrutkay's request for oral argument is **DENIED**.  Any objections / opposition to Defendants' attorneys' fees must be included in the opposition.

1

1   If after reviewing the briefs it appears that oral argument will be beneficial to resolution
2   of the motion, the Court will contact the parties before scheduling a hearing.
3   **IT IS SO ORDERED**.
4   Dated:  November 5, 2021

_____
Hon. Thomas J. Whelan
United States District Judge