# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MIKKELSON, et al.,<br><br>Defendants. | Case No.: 20-CV-1925 W (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND PLAINTIFF'S DEADLINE FOR FILING OPPOSITION [DOC. 55]** |

Pending before the Court is a joint motion to amend the scheduling order on Defendants' motion for sanctions. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 55] and **ORDERS** Plaintiff's opposition to the motion due on or before **Tuesday, November 16, 2021**. Defendants' reply is due on or before **Friday, December 3, 2021**.

**IT IS SO ORDERED**.

Dated: November 10, 2021

Hon. Thomas J. Whelan
United States District Judge

1

20-CV-1925 W (KSC)