Matthew Hrutkay (SBN 297485)
HRUTKAY LAW PC
600 W. Broadway, Suite 700
San Diego, CA. 92101
matt.hrutkay@hrutkaylaw.com; 858.868.0018

Philip C. Tencer (SBN 173818)
TENCER SHERMAN LLP
12520 High Bluff Drive, Suite 230
San Diego, CA  92130
Phil@TencerSherman.com; 858.408.6900

Attorneys for Plaintiff
CHRISTOPHER RICHMOND

# UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>DAVID MIKKELSON, an individual; BRAD WESTBROOK, an individual; and DOE DEFENDANTS 1-10, inclusive,<br>              Defendants,<br><br>and<br><br>SNOPES MEDIA GROUP, INC.<br>              Nominal Defendant. | Case No:   3:20-cv-01925-W-KSC<br><br>**DECLARATION OF ALAN K. BRUBAKER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUESTS FOR ATTORNEYS' FEES PURSUANT TO ECF 38**<br><br><br>Judge:        Hon. Thomas J. Whelan<br>Dept.:         3C<br>Mag. Judge:   Hon. Karen S. Crawford<br>Action filed:  September 25, 2020 |

- 1 -

I, Alan K. Brubaker, declare:

1.      I am an attorney duly admitted to practice before all courts of this State and the Southern District of California. I am a partner in Wingert Grebing Brubaker & Juskie LLP. I know of the facts stated in this declaration and, if called as a witness, could and would competently testify to such facts.

**Biography and Resume**

2.      Attached as **Exhibit 1** is a true copy of my professional resume.

3.      I have been a licensed attorney in the State of California since 1976. In my nearly five decades of practice, have tried over sixty cases in federal and state courts. My practice areas include complex civil litigation, intellectual property disputes and defense of catastrophic injury claims. I have received an AV© Preeminent© rating (highest legal competence) from Martindale-Hubbell and have been listed in the Best Lawyers in America© for nearly 20 years. I am a member of the American College of Trial Lawyers, an invitation-only association of lawyers and judges experienced in the trial of cases dedicated to the improvement of the standards of trial practice; an invitation only organization. I am also a past president of CAL-ABOTA, the California regional chapter of the American Board of Trial Advocates, the premier association of American trial lawyers. I am also a Fellow in the International Society of Barristers, admission to which is by invitation only.

4.      I have received an AV© Preeminent© rating (highest legal competence) from Martindale-Hubbell and have been listed in the Best Lawyers in America© for 20 years. I have also been recognized in each edition of San Diego Super Lawyers®.  In 2015, I received the Daniel T. Broderick III Professionalism and Civility Award, which recognizes a San Diego attorney who demonstrates the highest levels of civility, integrity and professionalism.

5.      Since I began my work as a lawyer in San Diego in 1976, I have litigated numerous matters in the San Diego Superior Court, the United States District Court for the Southern District of California and in Superior Courts in other

- 2 -

counties in California. During that time, I have had the opportunity to work with and against hundreds of attorneys in complex litigation, intellectual property disputes, litigation involving business transactions, and the sequela to those transactions, including malpractice and fee disputes. I have been retained as a fee expert in approximately three cases pending in state and federal courts.

**Scope of Retention and Review**

6.     I have been retained by counsel for Plaintiff CHRISTOPHER RICHMOND to review various historical pleadings and to opine regarding the reasonableness of the rates charged, hours billed, and attorneys' fees sought by counsel for Defendants DAVID MIKKELSON and BRAD WESTBROOK in their Motion for Attorneys' Fees Under Code of Civil Procedure Sections 425.16(c)(l) and 128.5 and their Brief in Support of Request for Attorneys' Fees and by counsel for Defendant SNOPES MEDIAL GROUP, INC.'s Motion for Sanctions Under Federal Rule of Civil Procedure 11.

7.     I have been provided and have reviewed case documents numbered ECF 9, 11-1, 12-1, 17, 18, 23, 25-1, 26-1, 29, 31, 35, 36, 38, 40, 42, 42-1, 43, 43-3.

8.     I have also reviewed and analyzed the specific fee requests evidenced in "Exhibit B," document ECF 43-3 and in document ECF 42-1.

9.     **Exhibit 2** is a true and correct copy of a spreadsheet populated using the billing entries from Procopio found in Exhibits 1-8 of the Declaration of Paul A Tyrell in Support of Brief of Snopes Media Group, Inc. in Support of Sanctions Award (ECF 42-1) (Tyrell Declaration). This spreadsheet has been sorted to show the entries from earliest at the top to the most recent entries at the bottom.

10.    **Exhibit 3** is a true and correct copy of a spreadsheet populated using the billing entries from Gordon Rees found in Exhibit B of the Declaration of Holly L.K. Heffner in Support of Defendants David Mikkelson and Brad Westbrook's Request for Attorneys' Fees, Pursuant to ECF 38 (Rule 11 Order) (Heffner Declaration). This spreadsheet has been sorted to show the entries from earliest

entries at the top to the most recent entries at the bottom. There is a slight discrepancy in the numbers reflected on the spreadsheet, which indicate 225.7 hours for a total of $108,812.50, in comparison with the 227.8 hours for $109,990.00 claimed by the Individual Defendants. Though I did not personally verify or compare this spreadsheet with Gordon Rees billing entries, an administrative assistant reviewed these numbers and corresponding descriptions twice to verify their accuracy against the billing entries in Gordon Rees' invoices.

11.     **Exhibit 4** is a true and correct copy of a spreadsheet populated by combining the billing entries from Procopio in Exhibits 1-8 of the Tyrell Declaration with the billing entries from Gordon Rees in Exhibit B of the Heffner Declaration. This spreadsheet has been sorted to show the entries from earliest entries at the top to the most recent at the bottom.

12.     **Exhibit 5** is a true and correct copy of a printout of William Belanger's biography from Procopio's website.

13.     **Exhibit 6** is a true and correct copy of a spreadsheet showing all time billed by Procopio attorney William Belanger, populated using the billing entries from Procopio using Exhibits 1-8 of the Tyrell Declaration. This spreadsheet has been sorted to show the earliest entries at the top to the most recent at the bottom.

14.     **Exhibit 7** is a true and correct copy of a spreadsheet showing all time billed by Procopio attorney Ryan Caplan, populated using the billing entries from Procopio using Exhibits 1-8 of the Tyrell Declaration. This spreadsheet has been sorted to show the earliest entries at the top to the most recent at the bottom.

15.     **Exhibit 8** is a true and correct copy of a spreadsheet showing all time billed by Procopio paralegal Erin Alcantara, populated using the billing entries from Procopio using Exhibits 1-8 of the Tyrell Declaration. This spreadsheet has been sorted to show the earliest entries at the top to the most recent at the bottom.

16.     **Exhibit 9** is a true and correct copy of a spreadsheet showing all time billed by Gordon Rees attorney Richard Sybert, populated using the billing entries

from Gordon Rees in Exhibit B to the Heffner Declaration. This spreadsheet has been sorted to show the earliest entries at the top to the most recent at the bottom.

17.     **Exhibit 10** is a true and correct copy of two spreadsheets showing all time billed by Procopio partner Tyrell and associate Kozaczuk, populated using the billing entries from Procopio using Exhibits 1-8 to the Tyrell Declaration. This spreadsheet has been sorted to show the earliest entries at the top to the most recent at the bottom.

18.     **Exhibit 11** is a true and correct three spreadsheets showing all time billed by Gordon Rees partner Heffner and associates Ren and Brown, populated using the billing entries from Gordon Rees in Exhibit B to the Heffner Declaration. This spreadsheet has been sorted to show the earliest entries at the top to the most recent at the bottom.

19.     **Exhibit 12** is a true and correct copy of relevant excerpts of the "2020 Real Rate Report," published by Wolters Kluwer, which is the most recent report available and includes data through 2019. In its Data Methodology Appendix, the report states that the rate data in it "were taken from invoice line items contained in invoices received and approved by participating companies." This information includes law firm, timekeeper ID, timekeepers' role (partner, associate, paralegal), uniform task codes, date of service, hours, billed, hourly rate billed, and fees billed.

## Applicable Standards

20.     In the Ninth Circuit, courts calculate an award of attorneys' fees using the lodestar method, multiplying "the number of hours the prevailing party reasonably expended on the litigation by a reasonable hourly rate." *Camacho v. Bridgeport Fin., Inc*., 523 F.3d 973, 978 (9th Cir. 2008) (citation omitted); *see also McGrath v. Cty. of Nevada*, 67 F.3d 248, 252 (9th Cir. 1995) (explaining that awards of attorney's fees are calculated by the Lodestar method of multiplying the reasonable number of hours necessary to the success of the action by the reasonable hourly prevailing market rate for the particular legal work performed).

21.     The burden is on the fee applicant to demonstrate that the number of hours spent were "reasonably expended" and that counsel made a "good faith effort to exclude from [the] fee request hours that are excessive, redundant, or otherwise unnecessary[.]" *Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983). This Court has broad discretion in determining the reasonableness of attorney's fees. *See Gates v. Deukmejian*, 987 F.2d 1392, 1398 (9th Cir. 1992).

22.     In applying these standards here, I note my great respect for Procopio and for Gordon Rees. Though I have not met and do not know the attorneys involved, I have worked with several attorneys affiliated with each firm, and have found them to be competent, diligent and ethical. One of my former colleagues from Wingert Grebing is a partner at Gordon Rees whom I highly respect.

**Opinion 1: Duplicative Billing and Overbilling Related to Conferences**

23.     I note that Snopes and the Individual Defendants filed substantially similar briefs supporting their nearly identical motions to dismiss (ECF 11-1, 11-2, 23, 24), and in support of their motions for Rule 11 sanctions (ECF 25-1, 26-1, 35, 36). They relied on nearly identical principles of law as that argued in their motions to dismiss. However, instead of filing one motion with a joinder by the other, they filed two nearly identical sets of motions.

24.     I also note in the billing evidence that the two defendants' firms regularly called, corresponded, conferred, and reviewed one another's pleadings and motions. It appears they regularly shared strategy in their joint efforts to defeat Plaintiff's claims and impose sanctions. For example, on October 5, 2020, there was a joint call between the two firms attended by Tyrell, Belanger, and Sybert, the three highest billing attorneys on this matter. (*See* Ex. 4, at 10/5/2020.) Defendants seek monetary sanctions for time incurred by all three attorneys. This is but a single example of similar billing entries found throughout the evidence submitted by defendants. The firms each also claim fees for correspondence between Sybert and Tyrell that same day.

- 6 -

25.     Another example can be found in a conference between Procopio attorney Kozaczuk and Gordon Rees attorney Heffner on December 15, 2020, shortly before the filing of defendants' motions to dismiss. Heffner billed 1.8 hours to the conference, and Kozaczuk billed. 1.4 hours. (*See* Ex. 4 at 12/15/20.) This also happened on December 21 and 28, 2020. (*See id*. at 12/21/20, 12/28/20.)

26.     This multi-brief approach also resulted in duplication of effort and fees in each party's review of the other's respective briefing. For example, on January 1, 2021, Gordon Rees attorneys Sybert, Heffner and Brown each billed time to review Snopes' Rule 11 motion, and seek fees for all three reviews in monetary sanctions. I can see no distinct contribution from each attorney to this, or similar reviews that took place when Snopes' reviewed the Individual Defendants' briefing.

27.     Based on this review of the evidence submitted by defendants supporting their requests for monetary sanctions, it is my opinion there was a significant duplication of effort in the work performed by Procopio and Gordon Rees to dismiss the complaint and obtain sanctions. Accordingly, the time incurred by both defendants was unreasonable and excessive. *See ACLU of Georgia v. Barnes*, 168 F.3d 423, 428–29 (11th Cir. 1999) (explaining that attorneys are ethically required to use good "billing judgment," which makes it unreasonable to bill a client for hours that are "excessive, redundant, or otherwise unnecessary.") (citing *Hensley*, 461 U.S. at 434).

### **Opinion 2: Unreasonableness of Procopio's Hours**

28.     Procopio identifies six categories of work related to the hours billed on behalf of Snopes: "[1] Analyzing the Complaint and FAC; [2] Evaluating options for responding to Richmond's claims and conducting legal research regarding different options; [3] Drafting Snopes motion to dismiss, including legal research; [4] Drafting Snopes Rule 11 motion for sanctions, including legal research; [5] Reviewing pleadings, motions, orders and other materials from the state action in connection with the motion to dismiss and for sanctions; [and] [6] Analyzing

Richmond's oppositions to the motion to dismiss and motion for sanctions and documents filed in support thereof, conducting further legal research and review of exhibits and other documents, and preparing replies." (ECF 43-1, ¶14.) The total amount requested by Snopes also includes $7,800 attributable to the drafting of Snopes Fee Brief itself, for which exact figures were unavailable. (Id., ¶16.)

29.     In my review of the Tyrell Declaration, Procopio's billing entries, and the spreadsheet populated with those entries (Ex. 2), I note that William Belanger was not referenced in the Tyrell Declaration. In reviewing his biography on Procopio's website, I noted that he appears to be a transactional attorney focused on mergers and acquisitions. Mr. Tyrell provides no discussion of what role Mr. Belanger played in the litigation of this Action, and Mr. Belanger's billing entries appear to be boilerplate review of pleadings, communications with other attorneys and clients. He played no active role.

30.     Based on the billing entries in Exhibit 6, it is my opinion Mr. Belanger's assistance in this Action was unnecessary, that it appears he may have been simply keeping track of the matter in his role as a corporate attorney (since he seems to have no litigation background or experience), and I cannot identify a distinct contribution made by him. Accordingly, any monetary sanctions that may be awarded should exclude $5,131.00 for Mr. Belanger's 7.6 hours of work claimed by Snopes. This time appears to have been unnecessary to obtain dismissal of the claims and unreasonably incurred.

31.     I also noted that a Procopio attorney Ryan Caplan appeared to have regularly vaguely described work performed. These descriptions provide no understanding of what specific task Mr. Caplan performed or how that task advanced Snopes' efforts.

32.     For example, Mr. Caplan's entries for December 2, 3, 9, 15 and 16, 2020 are substantively identical, describing vague assistance, research, analysis, review and evaluation of the complaint and motion to dismiss. (*See* Ex. 7.) These

- 8 -

entries also appear to be for minimal amounts of time, most less than 1 hour, and it is difficult to understand how Mr. Caplan's work was reasonable or necessary to Snopes' successful dismissal of the complaint.

33.     Based on these billing descriptions, it is my opinion Mr. Caplan's assistance was unnecessary and duplicative of work performed by other attorneys supporting Snopes' efforts, and I cannot identify a distinct contribution made by him. Accordingly, any monetary sanctions that may be awarded should exclude the $10,152.50 for Mr. Caplan's 19 hours of work claimed by Snopes. This time appears to have been unreasonably incurred.

34.     I also note that Snopes sought a rate of $300 per hour for work performed by paralegal Erin Alcantara, which appeared to me to be extremely high, even for a paralegal of 10-years' experience. In reviewing Ms. Alcantara's billing entries, the work performed by her was administrative (such as updating chronology, preparing documents, and reviews), and not properly awarded as monetary sanctions.

35.     Based on these billing descriptions, it is my opinion that Ms. Alcantara's time billed to Snopes was for administrative tasks and clerical work that should not be reasonably billed as part of legal fees, and I cannot identify a distinct contribution made by her to Snopes' legal success. (*See* Ex. 8); *see also Pierce v. Cnty. of Orange*, 905 F.Supp.2d 1017, 1031 (2012) (clerical work not properly billed to the client) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n.10 (1989)); *In re North (Bush Fee App.)*, 313 U.S.App.D.C. 188, 195 (D.C. Cir. 1995) "work of a predominantly secretarial nature …is thus properly included in the office overhead rather than as a separate charge."); *Keith v. Volpe*, 644 F.Supp. 1317 at 1323 (C.D. Cal. 1986) (disallowing hours claimed for such items as "pickup copies," "Xerox/distribute memo," "tag exhibits," "file review," "organize files," and "reproduce documents" because "such routine work" should be reflected as overhead and not billed to clients on an hourly basis); *cf. also Hensley*, 461 U.S.

- 9 -

at 434 ("Hours that are not properly billed to one's client also are not properly billed to one's adversary pursuant to statutory authority."). Accordingly, any monetary sanctions that may be awarded should exclude the $960.00 for Ms. Alcantara's 3.2 hours of work claimed by Snopes.

### Opinion 3: Unreasonableness of Gordon Rees Hours

36.   Unlike Procopio, Gordon Rees identifies no specific categories of work performed. However, it is reasonable to believe that Gordon Rees performed similar functions, even if they may be categorized slightly differently. (ECF 43-1.) I conclude the fee requests are not reasonable, evidencing internal redundancy, excessive time invested and a duplication of efforts between the defense firms, Gordon & Rees and Procopio. Significant modifications must be made to the total number of hours billed and the applicable hourly rates to arrive at a reasonable award of attorney's fees, should the Court decide to impose monetary sanctions. I noticed similar overbilling in evidence submitted by the Individual Defendants. For example, many of Gordon Rees attorney Richard Sybert's entries show no contribution to any dismissal efforts, and simply reflect correspondence, conferences and other similar work. (*See* Ex. 9).

37.   His entries also reflected case initiation work, such as case initiation and conversations about potential representation (*id*. at 10/8/20, 10/27/20), conflict waivers; (*id*. at 11/22/20, 12/15/20); obtaining payment for his clients from Snopes (11/25/20); and other tasks traditionally not properly billed to clients, and which are not considered reasonably necessary to a client's success in an action.

38.   It appears Gordon Rees partner Holly Heffner, who has been litigating in California for over 15 years, performed the majority of the substantive work relating to drafting the motion to dismiss and the Rule 11 motion. (*See* Ex. 11.) As a result, it is unclear what distinct role Mr. Sybert performed beyond multiple calls and correspondences, mostly appearing to have been with Mr. Mikkelson.

39.     Based on these billing descriptions, it is my opinion Mr. Sybert's assistance in this action was unnecessary and duplicative of work performed by other attorneys supporting Snopes' efforts. I cannot identify a distinct contribution made by him. Accordingly, any monetary sanctions that may be awarded should exclude the $15,582.50 for Mr. Sybert's 27.1 hours of work claimed by Snopes. This time appears to have been unreasonably incurred.

### Opinion 4: Reduction of Hours to Avoid Duplication

40.     Although it is not necessarily uncommon or unethical to bill for multiple attorneys on a single matter, reasonable billing practices include ensuring each attorney staffed and billing on a particular matter provides a distinct contribution demonstrated by evidence. *See ACLU of Georgia*, 168 F.3d at 428–29 (11th Cir. 1999). Reasonable fees do not include time billed that identifies no specific contribution to an action or the success of a party in an action. Id. As noted, several attorneys from Procopio and Gordon Rees billed time I cannot see as having provided a demonstrably specific and unique contribution.

41.     The difficulty comes in quantifying this duplication. A reasonable number of hours would be derived by combining the total time spent by the two firms, (reducing that number by the time incurred by Belanger (7.6 hours), Caplan (19.0 hours), Alcantara (3.2 hours), and Sybert (27.1), and dividing the resulting hours spent by two to account for duplication by the two firms. This exercise is reflected in the following table:

| | |
|---|---|
| Collective hours claimed by Snopes and Individual Defendants | 532.4 |
| (minus) Belanger hours billed | 7.6 |
| (minus) Caplan hours billed | 19 |
| (minus) Alcantara hours billed | 3.2 |
| (minus) Sybert hours billed | 27.1 |

- 11 -

| Collective hours after unnecessary work | 475.5 |
| Divided by two | 237.75 hours[1] |

42.     I believe the resulting 237.75 hours is a reasonable amount of time necessary for defendants collectively to succeed on their motions to dismiss and for sanctions. This opinion is further supported by my understanding from defendants' briefing they have claimed to have significant experience litigating the 2017 State Action based on substantially similar facts and circumstances against same parties for nearly four years, and that efficiencies should have been gained from such longstanding and continued representation of a party throughout that litigation which is not reflected in the hours billed. (ECF 11-1, 12-1, 23, 25-1, 26-1, 35, and 36.)

**Opinion 5: Unreasonableness of Procopio and Gordon Rees Rates**

43.     Reasonable rates for attorneys' fees recoveries are calculated according to prevailing market rates in the community where the work is performed and by attorneys of comparable skill, experience, and reputation. *Blum v. Stenson*, 465 U.S. 886, 893, 895 n. 11 (1984).

44.     Before identifying the reasonable hourly rate to be applied to the 237.75 hours of total work performed (based on the calculations above), it is necessary to distinguish between work done by associates and work by partners, which traditionally carry significantly different hourly rates.

45.     In looking at a reasonable balance between associate/partner time, it seems Procopio and Gordon Rees took different approaches. Procopio's lowest-billing associate billed 257.7 hours, while Mr. Tyrell, the litigation partner on the matter, charged a mere 19.2 hours. (*See* Ex. 10.)

---

[1] This represents time *actually incurred* as shown in defendants' billing statements, and does not include time for drafting the fee briefs themselves. I address the reasonable time for the fee briefing itself below.

46.     Gordon Rees partner Ms. Heffner billed 118.6 hours compared with the 80 hours of associate time billed by Mr. Ren (62.2 hours) and Mr. Brown (17.8 hours). (*See* Ex. 11.)

47.     Collectively, excluding unnecessary work identified above, defendants incurred 137.8 hours of partner billable time (19.2 hours by Mr. Tyrell + 118.6 hours by Heffner).

48.     Similarly, defendants collectively incurred (excluding unnecessary work) 337.7 hours of associate billable time (257.7 hours by Mr. Kozaczuk + 62.2 hours by Mr. Ren + 17.8 hours by Mr. Brown).

49.     Comparing the collective partner time against the collective associate time indicates the appropriate allocation to apply to the 237.75 hours of time I identified above as representing a reasonable, non-duplicative effort necessary to the defendants collective success. Here, comparing the collective partner time billed to this matter (137.8 hours) with the collective associate time billed to this matter (337.7 hours) yields a ratio of approximately 40.8 partner hours for every 59.2 associate hours (137.8 divided by 337.8 = 0.408 x 100).

50.     Based on my experience as a litigator and a fee expert, this ratio of partner to associate billing, derived from defendants' own billing evidence and data, is inefficient and unreasonable as matters should be staffed to push much more work to the lowest billing attorney. Also, in my opinion, given the 237.75 hours of reasonable work identified above, the reasonable allocation of billable time in this matter should be 97 hours of partner time (237.75 hours x 0.408 ratio = 97.02 hours) and 140.75 hours of associate time (237.75 associate hours – 97 partner hours = 140.75 hours).

51.     To arrive at an appropriate lodestar figure, this number of reasonable hours must be multiplied by a reasonable hourly rate for partners and associates in the San Diego area.

52.     Here, Procopio and Gordon Rees each claim their hourly rates are comparable with San Diego prevailing market rates, although each firm charges substantially different rates, instead of relying on reports or other facts showing rates charged by attorneys of similar experience at comparable San Diego firms, or citing cases in which such rates have been deemed reasonable for these or other attorneys in the San Diego market.

53.     For example, Procopio claims hourly rates of $425 to $760 per hour in 2020 and $460 to $785 per hour in 2021 are comparable to their San Diego peer firms, but provides no information beyond Tyrell's own personal experience to justify this claim. (ECF 42-1, ¶¶6–7.) Gordon Rees claims that its rates, $350 per hour for an associate and $550 per hour for Ms. Heffner's work as a partner are reasonable, but as with Procopio, Ms. Heffner provides no basis for this statement beyond her personal knowledge and experience. (ECF 43-1, ¶¶8–9.)

54.     The problem with these statements is that they represent a subjective value judgment, not an objective assessment of the "prevailing market rate" for comparable lawyers at similar firms. For example, neither Procopio nor Gordon Rees identifies the firms they understand to be their "peer firms" or the rates charged by attorneys of similar skill and experience at those firms.

55.     Given the divergent opinions between defendants regarding the prevailing market rates, and the lack of objective evidence from defendants supporting their motions, I sought objective data concerning relevant rates in the San Diego region to opine on a reasonable rate to apply to the reasonable number of hours identified above – the 2020 Real Rate Report, page 31 of which provides a table showing 2019 Real Rates for Partners and Associates in San Diego, breaking down hourly rates by litigation/non-litigation, partner/associate, and first quartile/median/third-quartile. (*See* Ex. 12 at 31.)

56.     Even accounting for the fact the Rate Report includes data through 2019, San Diego third-quartile rates of $605 for litigation partners, and $295 for

- 14 -

litigation associates are, in my experience, reasonable hourly rate for firms such as Procopio and Gordon Rees in 2020 and 2021. (Ex. 12 at 31.) This is because the rates provided for 2017, 2018 and 2019 show no discernable trend of substantial increases, and I believe pandemic-related market pressures have limited even modest increases that could be expected in a given year. In my opinion, these rates recognize that Procopio and Gordon Rees are relatively large, full-service law firms with extensive geographic reach and relatively sophisticated practices, but there is a lower market rate traditionally applied to work in state and federal courts in San Diego, in comparison with rates in larger markets such as Los Angeles, San Francisco, New York, or Washington, D.C.

57.     In my experience, hourly rates of $780, such as those charged by Paul Tyrell, are excessive compared to the prevailing market rates for similarly experienced attorneys in San Diego with complex commercial litigation practices in state and federal court. For example, I note that Gordon Rees attorney Richard Sybert, with similar experience to Mr. Tyrell, charges $575 per hour, which I view as much more in line with the prevailing market rates for attorneys with similar experience and skill to Messrs. Tyrell and Sybert on commercial litigation matters.

58.     Applying the reasonable San Diego partner rate of $605 per hour to the 97.0 hours of partner time reasonably necessary to defendants' success on dismissal and sanctions, I believe the lodestar total of $58,685.00 (97.0 hours x $605 per hour) is a reasonable amount of fees incurred by defendants in time billed by partners.

59.     Applying the reasonable San Diego associate rate of $295 hour to the 140.75 hours of associate time reasonably necessary to defendants' success on dismissal and sanctions, I believe the lodestar total of $41,521.25 (140.75 hours x $295 per hour) is a reasonable amount of fees incurred by defendants in time billed by associates.

60.     My opinion is that the lodestar figure of $100,206.25 ($58,685.00 + $41,521.25) is the amount of attorneys' fees reasonably necessary for defendants to succeed in dismissing plaintiff's action and obtaining sanctions. This amount does not include the time spent on the fee briefing itself (ECF 42-1 and 43-1), which I discuss next.

## Opinion 6: Reasonable Fees for Fee Briefing

61.     The amounts discussed above do not include legal fees incurred in briefing attorneys' fees pursuant as directed in ECF 38. Both defendants estimate the time spent on fee briefing, with Tyrell estimating 10 hours of partner time (ECF 42-1, ¶¶16–17, and Heffner estimating 17 hours of partner time (ECF 43-1, ¶17). Collectively, this amounts to 27 hours of attorney time.

62.     The duplicative nature of defendants' briefing noted above was the sole cause for the need for duplicative briefing on attorneys' fees. The principles applicable to the fees incurred in defendants' motions to dismiss and for sanctions equally apply to the fee briefing requested by this Court.

63.     50% of the 27 hours charged by counsel, or 13.5 hours, are reasonable for defendants' fee briefing since the supporting evidence consists of billing invoices in each firms' possession and the subjective experiences and beliefs of senior attorneys at each firm regarding the reasonableness of their rates.

64.     Similarly, although both firms had partners drafting the fee briefing, there is no reason the partner to associate ratio of 0.408 calculated above would not equally apply to defendants' fee briefing. Applying this ratio to the 13.5 hours of reasonable time, I believe the fee briefing reasonably necessitated 5.5 hours of partner time (13.5 x. .408 = 5.508) and 8 hours of associate time (13.5 – 5.5 = 8.).

65.     Applying the reasonable San Diego market partner rate ($605 per hour) and associate rate ($295 per hour) discussed above to these reasonable hours yields a total reasonable fee of $5,687.8, as shown in the table below:

| Partner Lodestar (5.5 hours x $605 per hour) | $3,327.50 |
| Associate Lodestar (8.0 hours x $295 per hour) | $2,360.00 |
| Total reasonable fee | $5,687.50 |

### Conclusion

66.    Based on the information and assessments noted above, it is my opinion that should the Court decide monetary sanctions are necessary, the total fees reasonably incurred by defendants collectively in succeeding in dismissing plaintiff's actions and seeking Rule 11 sanctions are $105,893.75, as summarized in the table below:

| Motion to dismiss and sanctions motions lodestar | $100,206.25 |
| Fee briefing lodestar | $5,687.50 |
| Total reasonable award | $105,893.75 |

67.    Based on the evidence submitted by defendants, and because their effort to dismiss plaintiff's action and seek sanctions was fully aligned and mutually beneficial, I see no reason this award should not be allocated equally between the respective parties, with $52,946.875 to Snopes and $52,946.875 to the Individual Defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This Declaration is signed on November 16, 2021 in San Diego, California.

_____
Alan K. Brubaker

BRUBAKER DECL RE OPP TO D'S ATTYS' FEES MOT. *et al.*          CASE NO. 3:20-CV-01925-W-KSC

EXHIBIT 1

# ALAN K. BRUBAKER

ONE AMERICA PLAZA, 600 WEST BROADWAY, SUITE 1200, SAN DIEGO, CALIFORNIA 92101-3370
PHONE (619) 232-8151 ·E-MAIL ABRUBAKER@WINGERTLAW.COM

## EDUCATION

| | | |
|---|---|---|
| 1973 – 1976 | University of San Diego, School of Law<br>*Juris Doctorate* | San Diego, CA |
| 1969 – 1973 | University of California, Riverside<br>*Bachelor of Arts, Political Science, with High Honors* | Riverside, CA |

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 1976 – Present | Wingert Grebing Brubaker & Juskie LLP<br>*Partner; Managing Partner (1997, 1998)* | San Diego, CA |

## PROFESSIONAL MEMBERSHIP & AFFILIATIONS

| | |
|---|---|
| 1992 – Present | American Board of Trial Advocates, San Diego Chapter, *President (2005)*<br>*President of CAL-ABOTA (2010), Advocate (2019)* |
| 2007 – Present | American College of Trial Lawyers -- *Fellow* |
| 2015 – Present | International Society of Barristers -- *Fellow* |
| 1995 – Present | Noted in *The Best Lawyers in America* and *The Best Lawyers in San Diego* |
| 1999 – Present | Association of Business Trial Lawyers of San Diego – *Member* |
| 2006 – Present | Lawyers' Mutual Insurance Company Board of Directors |
| 1998 | Special Counsel to the San Diego County Grand Jury |
| 1997 – 1999 | San Diego County Bar Association *Director* |
| 1994 – Present | American Inns of Court, Louis M. Welsh Chapter – *Senior Master* |
| 1993 – 1996 | San Diego County Bar Foundation – *Director* |
| 1992 – Present | University of San Diego, Law School Alumni Association<br>*Board of Directors; President (1998-1999); Recognized as Distinguished Alumnus of the Year 2004* |
| 1989 – Present | University of San Diego, Law School – *Board of Visitors, currently serving as Chair since 2004* |
| 1986 – Present | San Diego Superior Court<br>*Arbitrator; Judge Pro Tem* |
| 1984 – 1992 | National Institute of Trial Advocacy – *Instructor* |
| 1976 – Present | San Diego Defense Lawyers Association<br>*Director (1988-1989)* |

| 1976 – Present | San Diego County Bar Association<br>*Director (1994-1996); Vice President (1996)* |
| 1976 – Present | Association of Southern California Defense Counsel – *Member* |
| 1976 – Present | American Bar Association – *Member* |
| 1976 – 1992 | San Diego County Barristers Club – *President (1982)* |

## RECOGNITION

| 2015 | Recipient of the Daniel T. Broderick III Professionalism and Civility Award |
| 1995 – Present | Included in *The Best Lawyers in America*© |
| 1980 - Present | Martindale-Hubbell, AV© Preeiminent© rating.  This rating reflects a determination the attorney so recognized has demonstrated the highest legal competence. |
| 2005 – Present | San Diego Magazine "Best Lawyers in San Diego" |
| 2007 – Present | Editions of *San Diego Super Lawyers*® |
| 2011 | Best Lawyers, San Diego Defense Lawyer of the Year |
| 2014 | San Diego County Top Attorneys - Corporate Litigation |
| 2015 | Litigation Counsel of America – *Fellow Emeritus 2021* |
| 2018 | Litigation Counsel of America Peter Perlman Service Award |
| 2018 | Recipient of the Hughes/McClenahan Civility Award presented by the San Diego Chapter of the American Board of Trial Advocates |

## LECTURER

Continuing Education of the Bar Programs

American Board of Trial Advocates

University of San Diego School of Law

National Institute of Trial Advocacy

American Inns of Court, Louis M. Welsh Chapter

San Diego County Bar Association

EXHIBIT 2

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 09/25/20 | Tyrell | 0.2 | Review notice of new federal court action filed by Richmond today; emails to Mr. Mikkelson and team re same | $745.00 | $149.00 |
| 09/27/20 | Tyrell | 1.4 | Review and analysis of new action filed by Richmond; legal research regarding defenses to be raised by Snopes Media Group; correspondence re new actoin | $745.00 | $1,043.00 |
| 09/28/20 | Belanger | 1.3 | Attention to new federal court complaint and review of realted internal legal team correspondence regarding same; analyze and respond to [REDACTED] related to same | $670.00 | $871.00 |
| 09/28/20 | Tyrell | 0.6 | Correspondence re new federal case filed by Richmond, [REDACTED] and related issues | $745.00 | $447.00 |
| 09/28/20 | Tyrell | 0.3 | Telephone conference with J Kozaczuk re research regarding newly filed federal court action and strategy for motion to dismiss | $745.00 | $223.50 |
| 09/28/20 | Kozaczuk | 0.2 | Confer with P. Tyrell regarding C. Richmond's federal complaint, including issues related to [REDACTED] | $425.00 | $85.00 |
| 09/28/20 | Kozaczuk | 5.2 | Initial analysis of federal complaint filed by C. Richmond; cross-reference with file and consider potential pleading challenges; analysis of case law relating to [REDACTED] causes of action, including applicable [REDACTED] for claims in federal court and recent California and Delaware cases addressing [REDACTED]; analyze [REDACTED] prepare memorandum regarding case law reelevant to motion to dismiss on grounds of [REDACTED], including analysis of [REDACTED]. | $425.00 | $2,210.00 |
| 09/28/20 | Caplan | 0.3 | Continue research and analysis regarding new federal action filed by Richmond, implications of the same, and next steps | $525.00 | $157.50 |
| 10/05/20 | Belanger | 1.2 | Attend all-hands call regarding new federal action, response to same; correspondence with Mr. Tyrell regarding [REDACTED]; review and analyze same | $670.00 | $804.00 |
| 10/05/20 | Tyrell | 0.8 | Strategy call re new actions; follow up with W Belanger re same | $745.00 | $596.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 10/05/20 | Kozaczuk | 1.4 | Review federal complaint filed by C. Richmond, consider pleading challenges to plaintiff's claims, and confer with R. Caplan regarding the same; analysis of [REDACTED]; review legal authority addressing consideration of [REDACTED] in connection with anticipated motion to dismiss | $425.00 | $595.00 |
| 10/23/20 | Tyrell | 0.2 | Follow up re timing of response to new action | $745.00 | $149.00 |
| 10/23/20 | Kozaczuk | 0.4 | Review of file regarding [REDACTED] in preparation for motion to dismiss federal claims, including Snopes' [REDACTED] | $425.00 | $170.00 |
| 10/26/20 | Kozaczuk | 2.5 | Evaluate potential Rule 11 motion for sanctions in federal action, including review of file and analyze pertinent legal authority; analyze [REDACTED] and related cases addressing propriety of Rule 11 sanctions where claims are [REDACTED] | $425.00 | $1,062.50 |
| 10/26/20 | Alcantara (paralegal) | 1.6 | Confer with J. Kozaczuk regardign key documents and progress regarding case going forward; prepare documents in regard to same; update to chronology in regard to Richmond Answer. | $300.00 | $480.00 |
| 10/27/20 | Kozaczuk | 1.8 | Analysis of case law regarding standards for Rule 11 motions and the [REDACTED], including analysis of [REDACTED], and related cases; prepare memorandum regarding pertinent legal authority for potential Rule 11 sanctions motion in the federal action. | $425.00 | $765.00 |
| 10/27/20 | Kozaczuk | 0.2 | Confer with R. Caplan regarding potential Rule 11 motion for sanctions in the federal action. | $425.00 | $85.00 |
| 10/30/20 | Tyrell | 0.3 | Telephone call with J Kozaczuk regarding motion to dismiss and possible Rule 11 motion. | $745.00 | $223.50 |
| 10/30/20 | Kozaczuk | 6.7 | Begin preparation of motion to dismiss C. Richmond's federal complaint; review of file including prior pleadings, claims, and allegations asserted by plaintiffs in state court action for purposes of preparing same. | $425.00 | $2,847.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 10/30/20 | Kozaczuk | 0.4 | Review docket for federal action and consider next steps (.2); confer with P. Tyrell regarding federal action, including Rule 11 motion for sanctions and [REDACTED] (.2). | $425.00 | $170.00 |
| 10/30/20 | Kozaczuk | 1 | Prepare memorandum regarding relevant case law for seeking Rule 11 sanctions in federal action in preparation for Rule 11 motion. | $425.00 | $425.00 |
| 10/31/20 | Kozaczuk | 4.2 | Analyze whether Richmond's federal claims are barred by the [REDACTED] for purposes of client's motion to dismiss C. Richmond's federal complaint including review of [REDACTED], and cases addressing claims [REDACTED]; analyze [REDACTED], and their progeny regarding application of [REDACTED] and related cases addressing the [REDACTED]; prepare memorandum regarding pertinent case law and application to C. Richmond's claims. | $425.00 | $1,785.00 |
| 11/03/20 | Kozaczuk | 7.3 | Alanyze case law regarding [REDACTED] for purposes of seeking dismissal of the federal action under Rule 12(b)(1) and prepare memorandum analyzing application of [REDACTED] to plaintiff's federal causes of action; review recent decisions including [REDACTED] and evaluate whether [REDACTED] analyze civil actions implicating [REDACTED]. | $425.00 | $3,102.50 |
| 11/03/20 | Kozaczuk | 3.2 | Continue preparation of motion to stay federal procexeding, including discussion regarding claims, pleadings, and adjudicated issues in state court action and related judicial findings; review of file in connection with same | $425.00 | $1,360.00 |
| 11/04/20 | Kozaczuk | 1.6 | Continue preparation of memorandum analyzing key issues for seeking stay or dismissal under [REDACTED] and review of file in connection with same. | $425.00 | $680.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 11/04/20 | Kozaczuk | 8.2 | Prepare motion to dismiss derivative shareholder claims pursuant to Rule 12(b)(6) and Rule 23.1; continue preparation of memorandum analyzing pertinent legal authority for motion to dismiss; analysis of case law regarding [REDACTED] applicable to Richmond's shareholder derivative claims; review federal cases addressing [REDACTED] | $425.00 | $3,485.00 |
| 11/05/20 | Caplan | 0.5 | Research and analysis regarding case status and next steps. | $525.00 | $262.50 |
| 11/11/20 | Kozaczuk | 0.6 | Evaluate [REDACTED] with respect to shareholder derivative claims for purposes of [REDACTED]; review legal authority regarding same, including [REDACTED]. | $425.00 | $255.00 |
| 11/16/20 | Tyrell | 1.1 | Review research and upates re motion to dismiss, motion to stay, and Rule 11 motion; draft [REDACTED]; follow up with team re motions. | $745.00 | $819.50 |
| 11/01/20 | Kozaczuk | 5.3 | Extensive analysis of Ninth Circuit jurisprudence regading application of [REDACTED] for purposes of Snopes' motion to dismiss the federal complaint, including [REDACTED], and other decisions analyzing [REDACTED]; begin preparation of Snopes' motion to dismiss the federal complaint. | $425.00 | $2,252.50 |
| 11/02/20 | Kozaczuk | 6 | Prepare motion to stay federal action pending adjudication of state action and continue preparation of Rule 12(b)(6) motion to dismiss; review legal authority regarding [REDACTED], including [REDACTED] and subsequent cases. | $425.00 | $2,550.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 11/02/20 | Kozaczuk | 4.8 | Analysis of case law and state and federal pleadings for purposes of evaluating [REDACTED]; analyze [REDACTED] and its progeny regarding [REDACTED]; review case law including [REDACTED] addressoing applicable legal standards for challenging [REDACTED]; analyze [REDACTED] and other cases regarding [REDACTED] for purposes of evaluating dismissal [REDACTED]; prepare memorandum analyzing legal authority relevant to dismissal of Richmond's claims on grounds of [REDACTED]; confer with R. Caplan regarding the same. | $425.00 | $2,040.00 |
| 11/02/20 | Caplan | 1 | Research and analysis regarding response to Richmond action. | $525.00 | $525.00 |
| 11/03/20 | Tyrell | 0.9 | Telephone call with J. Kozaczuk regarding arguments and strategy for motion to dismiss and possible motion to stay. | $745.00 | $670.50 |
| 11/04/20 | Caplan | 0.3 | Prepare acknowledgement of receipt of complaint/summons on behalf of Snopes. | $525.00 | $157.50 |
| 11/05/20 | Kozaczuk | 0.4 | Confer with R. Caplan regarding seeking stay or dismissal under [REDACTED] | $425.00 | $170.00 |
| 11/05/20 | Kozaczuk | 5.9 | Evaluate dismissal of Richmond's claims under [REDACTED] extensive review of federal cases applying the [REDACTED] and decisions addressing the [REDACTED]; prepare memorandum analyzing pertinent case law [REDACTED] dismissal of C. Richmond's federal claims under [REDACTED]. | $425.00 | $2,507.50 |
| 11/05/20 | Caplan | 1 | Research and analysis regarding challenges to lawsuit and next steps. | $525.00 | $525.00 |
| 11/06/20 | Tyrell | 0.2 | Review research notes re motions to dismiss; preliminary draft of litigation update. | $745.00 | $149.00 |
| 11/06/20 | Kozaczuk | 1.4 | Review case law regarding application of the [REDACTED], and other district court decisions applying [REDACTED] and addressing persuasive holdings of other circuits; prepare discussion regarding pertinent legal authority in memorandum [REDACTED]. | $425.00 | $595.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 11/09/20 | Kozaczuk | 4.7 | Analyze case law addressing stay or dismissal [REDACTED], and cases addressing [REDACTED]; prepare discussion in memorandum applying pertinent case law to claims at bar in the federal action and consider next steps re: pleading challenges. | $425.00 | $1,997.50 |
| 11/10/20 | Kozaczuk | 5 | Analysis of pertinent case law regarding [REDACTED] for purposes of raising preclusion defenses in client's motion to dismiss, and prepare memorandum analyzing relevant legal authority; extensive analysis of [REDACTED]; review [REDACTED], and other federal cases applying [REDACTED]; review California federal and state court cases analyzing [REDACTED]. | $425.00 | $2,125.00 |
| 11/10/20 | Kozaczuk | 2.6 | Review legal authority relevant to seeking [REDACTED]; analyze district and circuit court decisions applying [REDACTED]; continue preparation of memorandum analysing potential issue and [REDACTED] and germane legal authority in preparation for motion to dismiss. | $425.00 | $1,105.00 |
| 11/10/20 | Caplan | 0.3 | Research and analysis regarding response to complaint; confer with J. Kozaczuk regarding the same. | $525.00 | $157.50 |
| 11/11/20 | Tyrell | 0.4 | Telephone conference with J Kozaczuk re new argument for motion to dismiss based on lack of verification. | $745.00 | $298.00 |
| 11/11/20 | Kozaczuk | 0.1 | Confer with P. Tyrell regarding C. Richmond's failure to verify the federal complaint. | $425.00 | $42.50 |
| 11/11/20 | Kozaczuk | 1.4 | Confer with R. Caplan regarding challenges to C. Richmond's federal complaint including discussion of [REDACTED]. | $425.00 | $595.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 11/11/20 | Kozaczuk | 4.6 | Continue preparation of client's motion to dismiss; analyze [REDACTED] and subsequent cases addressing Ninth Circuit [REDACTED]; analyze case law regarding [REDACTED]; review [REDACTED] and other cases addressing pleadings [REDACTED], and continue preparation of memorandum addressing pertinent legal authority for motion to dismiss pursuant to Rule 12(b)(6). | $425.00 | $1,955.00 |
| 11/11/20 | Kozaczuk | 1.9 | Evaluate plaintiff's compliance with pleading requirements under [REDACTED]; analysis of [REDACTED] and its progeny regarding [REDACTED] and appropriate remedits; consider next steps and prepare discussion regarding same in client's motion to dismiss. | $425.00 | $807.50 |
| 11/11/20 | Caplan | 1.4 | Continue research and analysis regarding pleading challenges to complaint; confer with J. Kozaczuk regarding the same. | $525.00 | $735.00 |
| 11/16/20 | Kozaczuk | 0.2 | Correspondence with P. Tyrell re: moving for sanctions under Rule 11. | $425.00 | $85.00 |
| 11/17/20 | Tyrell | 0.8 | Telephone conference with R Caplan and J Kozaczuk re motions to dismiss; review legal research regarding same. | $745.00 | $596.00 |
| 11/17/20 | Kozaczuk | 0.3 | Review of file and Rule 23.1 in preparation for meet and confer with opposing counsel; call with plaintiff's counsel to discuss unverified complaint. | $425.00 | $127.50 |
| 11/17/20 | Caplan | 0.8 | Continue research and analysis regarding status of lawsuits, upcoming pleadings, and next steps. | $525.00 | $420.00 |
| 11/18/20 | Kozaczuk | 6.3 | Continue preparation of motion to dismiss Richmond's derivative shareholder claims. | $425.00 | $2,677.50 |
| 11/19/20 | Tyrell | 0.4 | Telephone conference with J Kozaczuk re motion to dismiss and strategy; correspondence with counsel re same | $745.00 | $298.00 |
| 11/25/20 | Kozaczuk | 0.1 | Call with plaintiff's counsel regarding filing of amended complaint. | $425.00 | $42.50 |
| 11/30/20 | Tyrell | 0.2 | Review correspondence regarding anticipated amended complaint; [REDACTED]. | $745.00 | $149.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 11/30/20 | Kozaczuk | 0.2 | Confer with R. Caplan regarding Richmnond's [REDACTED] and potential [REDACTED]. | $425.00 | $85.00 |
| 11/30/20 | Kozaczuk | 9.3 | Continue preparation of motion to dismiss the federal complaint including discussion regarding res judicata effect of the anti-SLAPP order and application of the primary rights theory; review [REDACTED] and related cases regarding [REDACTED], and prepare discussion in client's motion to dismiss regarding prior litigation of pertinent elements and alleged issues in the state action. | $425.00 | $3,952.50 |
| 11/30/20 | Kozaczuk | 0.1 | Review and reply to correspondence from plaintiff's counsel regarding filing of the amended complaint; interoffice correspondence regarding the same. | $425.00 | $42.50 |
| 11/30/20 | Caplan | 0.7 | Research and analysis regarding potential [REDACTED] Richmond complaint; confer with J. Kozaczuk regarding the same. | $525.00 | $367.50 |
| 12/01/20 | Kozaczuk | 5.2 | Continue preparation of motion to dismiss derivative suit; analyze [REDACTED] and other case law regarding [REDACTED]. | $425.00 | $2,210.00 |
| 12/01/20 | Kozaczuk | 1.5 | Analysis of [REDACTED] and its progeny and evaluate filing [REDACTED] in the federal action; review case law regarding [REDACTED]. | $425.00 | $637.50 |
| 12/02/20 | Tyrell | 0.3 | Preliminary review of verified cross-complaint; correspondence re same. | $745.00 | $223.50 |
| 12/02/20 | Kozaczuk | 0.5 | Review verified first amended complaint and cross-reference with original complaint; review legal authority addressing sufficiency of [REDACTED]. | $425.00 | $212.50 |
| 12/02/20 | Kozaczuk | 5.6 | Review of file and identify pleadings relevant to responsive motions for client's request for judicial notice; continue preparation of memorandum of points and authorities in support of client's motion to dismiss the C. Richmond's derivative claims. | $425.00 | $2,380.00 |
| 12/02/20 | Caplan | 0.2 | Review and evaluate verified first amended complaint. | $525.00 | $105.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 12/03/20 | Tyrell | 0.2 | Correspondence re acceptance of service; follow up re timing for filing motion to dismiss. | $745.00 | $149.00 |
| 12/03/20 | Kozaczuk | 4.8 | Continue preparation of motion to dismiss C. Richmond's shareholder derivative claims. | $425.00 | $2,040.00 |
| 12/03/20 | Caplan | 0.2 | Research and analysis regarding response to amended complaint. | $525.00 | $105.00 |
| 12/09/20 | Caplan | 0.3 | Research and analysis regarding response to Richmond complaint. | $525.00 | $157.50 |
| 12/09/20 | Alcantara (paralegal) | 0.8 | Update case chronology. | $300.00 | $240.00 |
| 12/12/20 | Kozaczuk | 2.8 | Prepare client's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1. | $425.00 | $1,190.00 |
| 12/13/20 | Kozaczuk | 8.4 | Continue preparation of motino to dismiss the First Amended Complaint; analyze case law [REDACTED] for procedural and substantive aspects of [REDACTED] analysis; review case law addressing [REDACTED] and prepare discussion regarding the same in the memorandum of points and authorities. | $425.00 | $3,570.00 |
| 12/14/20 | Kozaczuk | 1.6 | Analyze case law regarding [REDACTED] prepare memorandum addressing the same in anticipation of opposition arguments from plaintiff. | $425.00 | $680.00 |
| 12/14/20 | Kozaczuk | 7.7 | Analyze case law regarding [REDACTED] including [REDACTED]; continue preparation of memorandum of points and authorities in support of motion to dismiss including discussion of inadequate representation and application of res judicata to derivative shareholder claims. | $425.00 | $3,272.50 |
| 12/15/20 | Tyrell | 0.7 | Review and provide preliminary comments on motion to dismiss. | $745.00 | $521.50 |
| 12/15/20 | Kozaczuk | 1.4 | Call with counsel regarding motions to dismiss the C. Richmond's federal claims; coordinate and discusss arguments and supporting legal authority. | $425.00 | $595.00 |
| 12/15/20 | Kozaczuk | 0.4 | Confer with R. Caplan regarding motion to dismiss and potential requests for stay of action. | $425.00 | $170.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 12/15/20 | Kozaczuk | 7.1 | Continue preparation of motion to dismiss [REDACTED]; review of file and identify pertinent records for judicial notice in support of motion to dismiss. | $425.00 | $3,017.50 |
| 12/15/20 | Caplan | 3.2 | Assist with preparation of motion to dismiss First Amended Complaint. | $525.00 | $1,680.00 |
| 12/16/20 | Tyrell | 3.3 | Review draft memorandum of points and authorities in support of Snopes Media Group's motion to dismiss; telephone conferrences with J Kozaczuk re arguments and moving papers; legal research regarding [REDACTED] and other issues; revise moving papers. | $745.00 | $2,458.50 |
| 12/16/20 | Kozaczuk | 0.8 | Call with counsel to discuss overlapping legal arguments and authority for motions to dismiss the federal claims. | $425.00 | $340.00 |
| 12/16/20 | Kozaczuk | 6.9 | Prepare request for judicial notice; continue review of file for identification of pertinent records for judicial notice in support of preclusion, demand futility, and inadequate representation arguments; review legal authority addressing use of judicial notice to establish re judicata and demand futility for purposes of citing the same in request for judicial notice; revise and finalize motion to dismiss the First Amended Complaint. | $425.00 | $2,932.50 |
| 12/16/20 | Caplan | 0.4 | Continue assisting with motion to dismiss. | $525.00 | $210.00 |
| 12/16/20 | Alcantara (paralegal) | 0.5 | Review and analysis of new case developments; update to chronology in regard to same. | $300.00 | $150.00 |
| 12/17/20 | Belanger | 1.9 | Review Richmond Complaint and Motion to Dismiss. | $670.00 | $1,273.00 |
| 12/17/20 | Tyrell | 0.8 | Correspondence and telephone conference with J Kozaczuk re Motion to Dismiss Richmond Federal Action | $745.00 | $596.00 |
| 12/17/20 | Kozaczuk | 0.1 | Call with department clerk regarding motion to dismiss and hearing date. | $425.00 | $42.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 12/17/20 | Kozaczuk | 0.5 | Review [REDACTED], and related cases [REDACTED] regarding [REDACTED] of Rule 11 motions in connection with dispositive motions; interoffice correspondence regarding the same for purposes of preparing Rule 11 motion seeking sanctions. | $425.00 | $212.50 |
| 12/17/20 | Caplan | 0.3 | Review and evaluate motions to dismiss; prepare notices of appearance. | $525.00 | $157.50 |
| 12/17/20 | Alcantara (paralegal) | 0.3 | Review of motion to dismiss and case status in regard to same. | $300.00 | $90.00 |
| 12/18/20 | Caplan | 0.2 | Research ana analysis regarding possible Rule 11 motion. | $525.00 | $105.00 |
| 12/21/20 | Kozaczuk | 0.3 | Call with counsel regarding motions to dismiss and anticipated reply briefs. | $425.00 | $127.50 |
| 12/23/20 | Belanger | 0.6 | Review litigation status correspondence. | $670.00 | $402.00 |
| 12/23/20 | Kozaczuk | 7.5 | Prepare Rule 11 motion for sanctions; review [REDACTED], and other California, Ninth Circuit, and out-of-district decisions imposing sanctions under Rule 11 [REDACTED] for purposes of referencing the same in memorandum of points and authorities. | $425.00 | $3,187.50 |
| 12/27/20 | Kozaczuk | 4.1 | Continue preparation of memorandum of points and authorities in support of request for sanctions pursuant to Rule 11; analyze federal cases addressing requests for sanctions in shareholder derivative suits. | $425.00 | $1,742.50 |
| 12/28/20 | Kozaczuk | 0.4 | Call with counsel regarding motions for sanctions. | $425.00 | $170.00 |
| 12/28/20 | Kozaczuk | 4.3 | Continue preparation of motion for sanctions pursuant to Federal Rule of Civil Procedure 11 including discussion of Mr. Hrutkay's knowledge or presumed knowledge over Rule 11 violations, and review of file regarding records evidencing the same. | $425.00 | $1,827.50 |
| 12/29/20 | Kozaczuk | 0.3 | Confer with R. Caplan regarding Rule 11 motion for sanctions. | $425.00 | $127.50 |
| 12/29/20 | Kozaczuk | 4 | Continue preparation of memorandum of points and authorities in support of Rule 11 motion; review case law regarding [REDACTED] for purposes of citing same in moving papers. | $425.00 | $1,700.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 12/29/20 | Caplan | 0.5 | Research and analysis regarding Rule 11 motion. | $525.00 | $262.50 |
| 12/30/20 | Kozaczuk | 6.3 | Prepare motion for sanctions pursuant to Rule 11; review of file regarding pertinent background for Rule 11 motion and identify relevant records for judicial notice; prepare request for judicial notice. | $425.00 | $2,677.50 |
| 12/30/20 | Caplan | 0.3 | Continue research and analysis regarding Rule 11 motion. | $525.00 | $157.50 |
| 12/31/20 | Kozaczuk | 0.3 | Confer with R. Caplan regarding service of Rule 11 motion and next steps. | $425.00 | $127.50 |
| 12/31/20 | Kozaczuk | 4.6 | prepare and revise moving papers seeking Rule 11 sanctions; review revisions by R. Caplan and continue preparation of memorandum of points and authorities; analyze [REDACTED] and its progeny regarding [REDACTED], for purposes of seeking sanctions against C. Richmond in the motion for sanctions. | $425.00 | $1,955.00 |
| 12/31/20 | Kozaczuk | 0.2 | Review newly published decision [REDACTED] for potential impact on pending motion to dismiss. | $425.00 | $85.00 |
| 12/31/20 | Kozaczuk | 0.3 | Confer with R. Caplan regarding arguments in Rule 11 motion, including seeking sanctions as to C. Richmond and asserting Rule 11 violations for lack of evidentiary support. | $425.00 | $127.50 |
| 01/01/21 | Kozaczuk | 4.3 | Prepare attorney declaration and finalize motion for sanctions and supporting papers; correspondence with R. Caplan regarding revisions to moving papers; prepare correspondence to counsel serving motion for sanctions pursuant to Federal Rule of Civil Procedure Rule 11. | $460.00 | $1,978.00 |
| 01/01/21 | Caplan | 3.7 | Continue preparing Rule 11 motion; continue research and analysis regarding the same. | $550.00 | $2,035.00 |
| 01/04/21 | Belanger | 0.9 | Review summary of federal litigation matters, correspondence from Mr. Tyrell regarding same; review draft Rule 11 motion for sanctions regarding same. | $685.00 | $616.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/05/21 | Kozaczuk | 0.3 | Review Mikkelson and Werstbrook's motion for sanctions. | $460.00 | $138.00 |
| 01/06/21 | Belanger | 0.4 | Review correspondence regarding motion for sanctions. | $685.00 | $274.00 |
| 01/06/21 | Tyrell | 0.3 | Review motion for sanctions filed by individual defendants. | $780.00 | $234.00 |
| 01/07/21 | Tyrell | 0.1 | Telephone call with defense counsel. | $780.00 | $78.00 |
| 01/07/21 | Tyrell | 0.2 | Review motions filed by individual defendants. | $780.00 | $156.00 |
| 01/12/21 | Tyrell | 0.6 | Review and comment on Richmond's opposition to motion to dismiss. | $780.00 | $468.00 |
| 0/12/21 | Kozaczuk | 0.4 | Call with counsel to discuss opposition papers and plaintiff's anticipated ex parte application. | $460.00 | $184.00 |
| 01/12/21 | Kozaczuk | 1.8 | Initial review of opposition papers to the motions to dismiss Richmond's claims; confer with R. Caplan regarding same in preparation for reply. | $460.00 | $828.00 |
| 01/12/21 | Caplan | 0.7 | Research and analysis regarding plaintiffs' opposition to motions to dismiss, proposed extension request, response to Rule 11 motion, and next steps. | $550.00 | $385.00 |
| 01/13/21 | Belanger | 0.5 | Brief review of opposition to Motion to Dismiss and related correspondnce. | $685.00 | $342.50 |
| 01/13/21 | Kozaczuk | 0.3 | Confer with counsel regarding arguments raised in plaintiff's opposition to the motions to dismiss; review of file in connection with the same. | $460.00 | $138.00 |
| 01/13/21 | Kozaczuk | 0.1 | Review plaintiff's ex parte application and supporting declaration. | $460.00 | $46.00 |
| 01/13/21 | Caplan | 0.1 | Review and evaluate ex parte application from Richmond requesting briefing extension. | $550.00 | $55.00 |
| 01/14/21 | Belanger | 0.3 | Telephone conference with Mr. Kozaczuk regarding status of pending litigation matters, motion to stay action. | $685.00 | $205.50 |
| 01/15/21 | Kozaczuk | 0.2 | Telephone conference with counsel regarding reply briefs in support of motions to dismiss. | $460.00 | $92.00 |
| 01/15/21 | Caplan | 0.2 | Review and evaluate court order on MTD briefing. | $550.00 | $110.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/17/21 | Kozaczuk | 4.2 | Preparation of reply brief in support of motion to dismiss derivative claims; analyze cases addressing [REDACTED], and prepare analysis regarding the same for purposes of rebutting arguments raised in plaintiff's opposition papers. | $460.00 | $1,932.00 |
| 01/19/21 | Tyrell | 1.6 | Review and revise reply in support of motion to dismiss; review reply in support of Mikkelson motion; follow up with J Kozaczuk re suggestions for particular arguments. | $780.00 | $1,248.00 |
| 01/19/21 | Kozaczuk | 10.6 | Prepare and finalize reply brief in support of motion to dismiss C. Richmond's derivative claims; analyze case law cited in plaintiff's opposition papers, review related decisions, and address plaintiff's arguments relating to the same in reply brief with reference to pertinent legal authority; analyze [REDACTED], and prepare discussion addressing same in reply brief. | $460.00 | $4,876.00 |
| 01/19/21 | Caplan | 0.7 | Research and analysis regarding reply brief in support of motion to dismiss; confer with J. Kozaczuk regarding the same. | $550.00 | $385.00 |
| 01/22/21 | Belanger | 0.3 | Brief review of replies in furtherance of Motion to Dismiss. | $685.00 | $205.50 |
| 01/22/21 | Kozaczuk | 0.1 | Call with clerk regarding client's motion for sanctions pursuant to Federal Rule of Civil Procedure 11. | $460.00 | $46.00 |
| 01/22/21 | Kozaczuk | 0.3 | Confer with counsel regarding Rule 11 motions seeking sanctions. | $460.00 | $138.00 |
| 01/22/21 | Kozaczuk | 0.3 | Draft correspondence to opposing counsel regarding Rule 11 motion for sanctions; confer with R. Caplan regarding the same. | $460.00 | $138.00 |
| 01/22/21 | Kozaczuk | 0.3 | Review cases addressing [REDACTED] for purposes of timing filing of motion for sanctions. | $460.00 | $138.00 |
| 01/22/21 | Kozaczuk | 1.4 | Review and finalize moving papers and exhibits for motion for sanctions pursuant to Federal Rule of Civil Procedure 11. | $460.00 | $644.00 |
| 01/22/21 | Caplan | 0.3 | Research and analysis regarding filing of Rule 11 motion. | $550.00 | $165.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 01/24/21 | Kozaczuk | 0.3 | Revise supporting exhibits in support of Rule 11 sanctions for filing. | $460.00 | $138.00 |
| 01/25/21 | Tyrell | 0.2 | Telephone call from Attorney Hrutkay re briefing schedule for sanctions motion; follow up re same. | $780.00 | $156.00 |
| 01/25/21 | Kozaczuk | 0.1 | Call with counsel regarding stipulation to extend time to oppose motion for sanctions. | $460.00 | $46.00 |
| 01/25/21 | Caplan | 0.2 | Research and analysis regarding filed Rule 11 motion and next steps. | $550.00 | $110.00 |
| 01/26/21 | Caplan | 0.2 | Review and evaluate Rule 11 motion filed by Mikkelson | $550.00 | $110.00 |
| 02/01/21 | Kozaczuk | 0.1 | Call with M. Hrutkay regarding joint motionto continue hearings on Rule 11 motions for sanctions. | $460.00 | $46.00 |
| 02/02/21 | Kozaczuk | 0.7 | Prepare and revise joint motion for continuance of motion for sanctions and proposed order. | $460.00 | $322.00 |
| 02/03/21 | Kozaczuk | 0.3 | Review newly-published [REDACTED] decision regarding [REDACTED] for purposes of evaluating potential persuasive authority for pending motion to dismiss; correspondence with R. Caplan regarding the same. | $460.00 | $138.00 |
| 02/03/21 | Caplan | 0.2 | Research and analysis regarding new caselaw concerning [REDACTED]. | $550.00 | $110.00 |
| 02/05/21 | Kozaczuk | 0.4 | Review correspondence from M. Hrutkay, revise joint stipulation and proposed order, and prepare reply correspondence to M. Hrutkay; review and reply to correspondence from defendants' counsel regarding the same. | $460.00 | $184.00 |
| 02/05/21 | Kozaczuk | 0.3 | Review proposed revisions to joint motion; interoffice correspondence and prepare response to M. Hrutkay regarding the same; provide instruction for filing. | $460.00 | $138.00 |
| 02/05/21 | Caplan | 0.2 | Review and evaluate joint mouton [sic] regarding Rule 11 briefing. | $550.00 | $110.00 |
| 02/08/21 | Caplan | 0.2 | Review and evaluate filed joint motion to continue Rule 11 briefing. | $550.00 | $110.00 |
| 02/16/21 | Caplan | 0.2 | Review and evaluate order granting joint motion on Rule 11 briefing. | $550.00 | $110.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 02/25/21 | Caplan | 0.2 | Research and analysis regarding new caselaw addressing [REDACTED], as applicable to pending MTD briefing. | $550.00 | $110.00 |
| 03/19/21 | Tyrell | 0.3 | Review opposition papers re motion for sanctions. | $780.00 | $234.00 |
| 03/22/21 | Belanger | 0.2 | Review correspondence regarding responsive motions with respect to sanctions. | $685.00 | $137.00 |
| 03/22/21 | Kozaczuk | 0.2 | Call with H. Heffner regarding oppositions to the Rule 11 sanctions motions. | $460.00 | $92.00 |
| 03/22/21 | Kozaczuk | 0.2 | Confer with P. Tyrell regarding reply brief in support of motion for sanctions. | $460.00 | $92.00 |
| 03/22/21 | Kozaczuk | 4.7 | Analyze opposition papers filed in response to Snopes' and defendants' motions for sanctions, including supporting declarations and exhibits, and motions to file under seal; review authorities cited by plaintiff, cross-reference with authority and arguments in underlying motions, and consider appropriate arguments for reply; consider next steps re: opposition to plaintiff's request for sanctions. | $460.00 | $2,162.00 |
| 03/23/21 | Tyrell | 0.6 | Correspondence re [REDACTED] | $780.00 | $468.00 |
| 03/23/21 | Tyrell | 1 | Review Plaintiff's opposition to motion for sanctions; emails to J Kozaczuk re strategy for reply brief. | $780.00 | $780.00 |
| 03/23/21 | Kozaczuk | 2.7 | Prepare reply brief re: Rule 11 motion for sanctions; analyze opposition arguments regarding [REDACTED] required under Rule 11 including [REDACTED] review case law including [REDACTED]. | $460.00 | $1,242.00 |
| 03/23/21 | Kozaczuk | 6.5 | Begin preparation of reply brief in support of sanctions motion; analyze case law [REDACTED] including analysis of [REDACTED] and related cases addressing [REDACTED] analysis; review legal authority [REDACTED] and additional legal theories [REDACTED], and prepare discussion regarding the same in reply brief. | $460.00 | $2,990.00 |
| 03/24/21 | Kozaczuk | 0.6 | Call with H. Heffner regarding opposition papers and reply briefs for pending motions for Rule 11 sanctions. | $460.00 | $276.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 03/24/21 | Kozaczuk | 10.4 | Continue preparation of reply to plaintiff's opposition to sanctions motion; analyze [REDACTED] including federal cases addressing the same for purposes of rebutting plaintiff's arguments [REDACTED]; prepare discussion addressing [REDACTED], including discussion regarding [REDACTED]; review authority addressing plaintiff's argument re: [REDACTED]. | $460.00 | $4,784.00 |
| 03/25/21 | Tyrell | 1.2 | Review and revise Reply in support of Rule 11 motion; telephone conference with J Kozaczuk re same. | $780.00 | $936.00 |
| 03/25/21 | Kozaczuk | 0.2 | Call with H. Heffner re: arguments raised in plaintiff's opposition papers to the Rule 11 motions. | $460.00 | $92.00 |
| 03/25/21 | Kozaczuk | 0.4 | Call with H. Heffner regarding legal authority relevant to reply briefs and evidence submitted in opposition to the Rule 11 motions | $460.00 | $184.00 |
| 03/25/21 | Kozaczuk | 7.9 | Further preparation of reply brief re: Rule 11 sanctions; prepare discussion regarding timing and appropriateness of motion with reference to supporting authority; consider [REDACTED] submitted in opposition to sanctions motions; review of file regarding evidence [REDACTED]; prepare discussoin regarding Snopes right to challenge derivative claims and discussion analyzing and applying objective standard for assessing frivolous filing and claims filed for an improper purposes. | $460.00 | $3,634.00 |
| 03/25/21 | Kozaczuk | 3.4 | Revise and finalize reply brief in support of motion for Rule 11 sanctions against plaintiff and his counsel. | $460.00 | $1,564.00 |
| 03/26/21 | Kozaczuk | 0.3 | Review defendants' objections and reply briefs in support of Rule 11 sanctions. | $460.00 | $138.00 |
|  | TOTAL | 306.7 |  | **TOTAL** | **$142,534.00** |
|  | Total Reported | 306.7 |  | **Total reported** |  |

EXHIBIT 3

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 10/03/20 | Sybert | 0.2 | corresponded David re [REDACTED] | $575.00 | $115.00 |
| 10/05/20 | Heffner | 0.3 | Action on opening matter and calendaring responsive pleading deadline; confer with attorney Sybert re attorney handling | $550.00 | $165.00 |
| 10/05/20 | Sybert | 0.8 | prep and conference call with Snopes counsel re deadling with new Chris Richmond federal suit | $575.00 | $460.00 |
| 10/05/20 | Sybert | 0.5 | corresponded David re [REDACTED] followed up re same | $575.00 | $287.50 |
| 10/05/20 | Sybert | 0.6 | corresponded Richmond counsel re acceptance of Waiver of Service, reviewed and revised same | $575.00 | $345.00 |
| 10/05/20 | Sybert | 0.4 | corresponded ProCopio re [REDACTED] reviewed same | $575.00 | $230.00 |
| 10/05/20 | Sybert | 0.2 | corresponded Tyrell re [REDACTED] | $575.00 | $115.00 |
| 10/07/20 | Sybert | 0.3 | conferred re Westbrook, reviewed [REDACTED] | $575.00 | $172.50 |
| 10/07/20 | Sybert | 0.2 | corresponded David re [REDACTED] | $575.00 | $115.00 |
| 10/08/20 | Sybert | 0.3 | correspond, phone Brad Westbrook re representation in new Chris Richmond suit | $575.00 | $172.50 |
| 10/09/20 | Sybert | 0.4 | corresponded David with analysis of grounds of oppositionto new Chris Richmond federal suit | $575.00 | $230.00 |
| 10/16/20 | Sybert | 0.2 | conferred with Bill Belanger re [REDACTED] | $575.00 | $115.00 |
| 10/26/20 | Sybert | 0.2 | conferred, corresponded Belanger, David re [REDACTED] | $575.00 | $115.00 |
| 10/27/20 | Sybert | 0.3 | corresponded Westbrook, David, Belanger re representation in new suit | $575.00 | $172.50 |
| 10/30/20 | Heffner | 1.1 | Draft demand to SMG for indemnification and/or advancement of litigation fees and costs | $550.00 | $605.00 |
| 11/03/20 | Heffner | 0.2 | Review waiver of service; actoin on calendar and file | $550.00 | $110.00 |
| 11/03/20 | Sybert | 0.1 | reviewed response date to complaint | $575.00 | $57.50 |
| 11/17/20 | Ren | 3.9 | Review and analyze the complaint in the federal action and relevant pleadings in the state court proceeding to prepare drafting the motion to dismiss | $350.00 | $1,365.00 |
| 11/18/20 | Ren | 1.5 | Draft the legal standard for motion to dismiss under 12(b)(1) and 12(b)(6) | $350.00 | $525.00 |
| 11/18/20 | Ren | 2.5 | Draft the factual and proedural background for the motion to dismiss | $350.00 | $875.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 11/18/20 | Ren | 0.8 | Draft the notice to motion to dismiss and motion to dismiss | $350.00 | $280.00 |
| 11/18/20 | Ren | 2.5 | Research and investigate Plaintiff's state citizenship information in public record database to help form arguments regarding diversity jurisdiction | $350.00 | $875.00 |
| 11/19/20 | Ren | 1.5 | Continued drafting the factual and procedural background | $350.00 | $525.00 |
| 11/19/20 | Ren | 2 | Review and analyze legal authorities regarding the res judicata and collateral estoppel to help form arguments in the motion to dismiss | $350.00 | $700.00 |
| 11/19/20 | Sybert | 0.3 | corresponded plaintiff's counsel re service, response date for Westbrook | $575.00 | $172.50 |
| 11/20/20 | Ren | 2.2 | Review and analyze legal authorities regarding the court's [REDACTED] | $350.00 | $770.00 |
| 11/20/20 | Ren | 2.6 | Draft the arguments regarding the res judicata and collateral estoppel for the motion to dismiss | $350.00 | $910.00 |
| 11/21/20 | Ren | 2.9 | Draft the arguments regarding [REDACTED] for the motion to dismiss | $350.00 | $1,015.00 |
| 11/21/20 | Ren | 1.5 | Review and analyze legal authorities regarding establishing diversity jurisdiction | $350.00 | $525.00 |
| 11/21/20 | Ren | 1.8 | Draft the arguments regarding the lack of diversity jurisdiction | $350.00 | $630.00 |
| 11/22/20 | Sybert | 0.2 | reviewed and conferred re conflicts waiver for Brad Westbrook | $575.00 | $115.00 |
| 11/23/20 | Heffner | 0.7 | Review docket and proof of service of complaint on Westbrook; review local rules relative to extending responsive pleading deadline and confer with attorney Sybert; correspond with plaintiff's counsel re stipulation | $550.00 | $385.00 |
| 11/23/20 | Heffner | 0.8 | Prepare legal service agreement and conflict waiver | $550.00 | $440.00 |
| 11/23/20 | Ren | 3 | Review and analyze legal authorities regarding [REDACTED] to determine whether it applies to the motion, revise the MPA in support of the motion to dismiss | $350.00 | $1,050.00 |
| 11/23/20 | Sybert | 0.2 | reviewed and corresponded David re filing a challenge based on [REDACTED] | $575.00 | $115.00 |
| 11/24/20 | Heffner | 0.2 | Correspond with plaintiff's counsel re Westbrook responsive pleading | $550.00 | $110.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 11/24/20 | Sybert | 0.3 | reviewed and conferred re representation of Westbrook, stipulation with opposing counsel re response | $575.00 | $172.50 |
| 11/24/20 | Sybert | 0.4 | reviewed application of [REDACTED] doctrine to Richmond complaint, corresponded Paul Tyrell re same | $575.00 | $230.00 |
| 11/25/20 | Sybert | 0.3 | reviewed and conferred, corresponded Bill Belanger, re corporate reimbursement of Westbrook | $575.00 | $172.50 |
| 11/28/20 | Heffner | 3.7 | Review draft motion to dismiss; revise and further draft; identify issues for further development and confer with attorney Ren re same | $550.00 | $2,035.00 |
| 11/29/20 | Sybert | 0.5 | reviewed notes on first draft response to new Richmond complaint | $575.00 | $287.50 |
| 11/30/20 | Heffner | 0.3 | Correspond with plaintiff's counsel re first amended complaint and responsive pleading | $550.00 | $165.00 |
| 11/30/20 | Ren | 1.5 | Revise the factual and proedural background in the motion to dismiss | $350.00 | $525.00 |
| 11/30/20 | Ren | 1.9 | Review and analyze legal authorities regarding the finality of a judgment on the merit when the appeal is pending | $350.00 | $665.00 |
| 11/30/20 | Sybert | 0.2 | correspond Hrutkay re stipulation for unified response date to verified amended complaint | $575.00 | $115.00 |
| 12/01/20 | Heffner | 0.2 | Correspond with Procopio re anticipated first amended complaint | $550.00 | $110.00 |
| 12/01/20 | Ren | 2 | Make further revisions to the MPA in support of the motion to dismiss Plaintiff's complaint | $350.00 | $700.00 |
| 12/02/20 | Heffner | 0.8 | Status and strategy re pleading challenges and anticipated first amended complaint; confer with attorneys Sybert and Ren re same | $550.00 | $440.00 |
| 12/02/20 | Ren | 0.3 | Receive and review the first amended complaint, determine the responsive due date to the amended complaint with opposing counsel's email | $350.00 | $105.00 |
| 12/02/20 | Ren | 1.1 | Revise the MPA in support of the motion to dismiss the complaint | $350.00 | $385.00 |
| 12/02/20 | Sybert | 0.7 | reviewed Verified First Amended Complaint, corresponded David re [REDACTED] | $575.00 | $402.50 |
| 12/02/20 | Sybert | 1.1 | reviewed first draft motion to dismiss complaint | $575.00 | $632.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 12/02/20 | Sybert | 0.4 | reviewed corresponded Richmond counsel re application of Rule 15 to bar stipulation, necessity to revise response date, directed re preparation of necessary court papers | $575.00 | $230.00 |
| 12/03/20 | Sybert | 0.2 | Corresponded Matt Hrutkay re Rule 15, electronic service | $575.00 | $115.00 |
| 12/03/20 | Sybert | 0.4 | reviewed and conferred re any derivative nature of surviving claims, reviewed correspondence re same | $575.00 | $230.00 |
| 12/07/20 | Ren | 0.8 | Draft and revise Defendant's motion to dismiss and MPA in support of the motion to dismiss plaintiff's First Amended Complaint | $350.00 | $280.00 |
| 12/08/20 | Ren | 0.9 | Draft and revise the request for judicial notice in support of the motion to dismiss Plaintiff's first amended complaint | $350.00 | $315.00 |
| 12/09/20 | Heffner | 0.2 | Review correspondence and certificate of service from plaintiff's counsel; ation on file and calendar; confer with attorney Sybert | $550.00 | $110.00 |
| 12/09/20 | Heffner | 1.2 | Analyze derivative claims for additional pleading challenges including review of SMG and client demurrers in state court action and order on same, Dunn's state court complaint and demurrer thereto | $550.00 | $660.00 |
| 12/09/20 | Sybert | 0.2 | reviewed certificate of service of the Verified First Amended Complaint | $575.00 | $115.00 |
| 12/10/20 | Heffner | 0.7 | Initial analysis of merits of plaintiff's allegations relative to SMG's characterization of fee advancements as business expenses for tax purposes | $550.00 | $385.00 |
| 12/10/20 | Heffner | 2.1 | Analyze plaintiff's fraud, negligent misrepresentation, unjust enrichment claims for 12(b)(6) challenges; develop arguments and outline same | $550.00 | $1,155.00 |
| 12/11/20 | Heffner | 2.7 | Analyze and further develop res judicata and collateral estoppel challenges to plaintiff's fraud, negligent misrepresentation, unjust enrichment claims; develop and draft motion to dismiss | $550.00 | $1,485.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 12/13/20 | Heffner | 2.3 | Review and further draft request for judicial notice supporting motion to dismiss and identify 36 supporting exhibits preparatory to filing; augment motion to reflect same | $550.00 | $1,265.00 |
| 12/14/20 | Heffner | 4.3 | Review revised motion to dismiss; analyse issues and continued research relative to demand futility, standing, and direct (non derivative) claims; further draft | $550.00 | $2,365.00 |
| 12/15/20 | Heffner | 1.8 | Status and strategy re claims and pleading challenges; conference with SMG counsel re same; subsequent correspondences with same via phone and e-mail | $550.00 | $990.00 |
| 12/15/20 | Heffner | 3.4 | Reviewed revised motion to dismiss; further analyze and develop issues relative to diversity jurisdiction and request for discovery re same; further draft | $550.00 | $1,870.00 |
| 12/15/20 | Ren | 1.5 | Review documents and case files in the state court case and prepare exhibits for the motion to dismiss the first amended complaint in the federal court case | $350.00 | $525.00 |
| 12/15/20 | Sybert | 0.3 | corresponded Westbrook, Procopio re SMG payment of Westbrook fees | $575.00 | $172.50 |
| 12/15/20 | Sybert | 2.2 | reviewed documents for Request for Judicial Notice in connection with motion to dismiss Complaint: ROA summary; TAC; two anti-SLAPP motions (notice & MPA) + two oppositions MPA + two replies + two court's minute orders; two demurrers (notice & MPA) + two oppositions MPA + two replies + two notice of ruling | $575.00 | $1,265.00 |
| 12/15/20 | Sybert | 0.3 | finalized, corresponded with Messrs. Mikkelson and Westbrook re conflicts waivers | $575.00 | $172.50 |
| 12/16/20 | Heffner | 1.4 | Further status and strategy on pleading challenges; correspond with SMG's counsel re same via phone and e-mail | $550.00 | $770.00 |
| 12/16/20 | Heffner | 6.7 | Continue preparation of motion to dismiss | $550.00 | $3,685.00 |
| 12/16/20 | Heffner | 1.2 | Calls and e-mails with SMG counsel re motion to dismiss | $550.00 | $660.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 12/16/20 | Ren | 0.5 | Review and confirm Plaintiff's public available record in Puerto Rico for the purpose of rebutting the diversity citiaenship jurisdiction | $350.00 | $175.00 |
| 12/16/20 | Sybert | 2.7 | revised and edited draft motion for dismissal based, inter alia, on res judicata | $575.00 | $1,552.50 |
| 12/17/20 | Heffner | 0.3 | Review SMG's motion to dismiss | $550.00 | $165.00 |
| 12/17/20 | Sybert | 0.3 | multiple correspondence with David re [REDACTED] and arguments if Complaint survives pleading stage | $575.00 | $172.50 |
| 12/18/20 | Heffner | 0.5 | Draft proposed order granting motion to dismiss | $550.00 | $275.00 |
| 12/18/20 | Heffner | 0.2 | Review truncated deadline for motion to dismiss reply briefing due to court holiday; call to counsel for SMG | $550.00 | $110.00 |
| 12/21/20 | Heffner | 0.4 | Call with SMG counsel re strategy for motion to dismiss reply breiefing and potential Rule 11 motion | $550.00 | $220.00 |
| 12/22/20 | Heffner | 1.3 | Consider sanctions motion and timing of same including review of Rule 11 and decisional authority; confer with attorneys Sybert and Brown | $550.00 | $715.00 |
| 12/22/20 | Sybert | 0.5 | [REDACTED] corresponded David re same | $575.00 | $287.50 |
| 12/22/20 | Sybert | 0.2 | corresponded David re [REDACTED] | $575.00 | $115.00 |
| 12/23/20 | Brown | 1 | Conduct and summarize legal research on [REDACTED] and review emails on same | $350.00 | $350.00 |
| 12/23/20 | Heffner | 1.1 | Review attorney Brown's summary and authority re [REDACTED] analyze and confer internally re application including [REDACTED] | $550.00 | $605.00 |
| 12/23/20 | Heffner | 0.5 | [REDACTED] | $550.00 | $275.00 |
| 12/23/20 | Sybert | 1.4 | further review and analysis of [REDACTED], correspond David re same | $575.00 | $805.00 |
| 12/26/20 | Brown | 1.4 | Conduct and analyze legal research on sanctions for purposes of preparing motion | $350.00 | $490.00 |
| 12/26/20 | Brown | 1.3 | Review motions to dismiss and attachments filed with the court for purposes of preparing motion for sanctions | $350.00 | $455.00 |
| 12/28/20 | Brown | 0.4 | Develop strategy and plan for motion for sanctions | $350.00 | $140.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 12/28/20 | Heffner | 3.4 | Continue analysis and research relative to sanctions motion and further develop strategy; calls with counsel for SMG (.4) and attorney Brown (.3); outline grounds for motion | $550.00 | $1,870.00 |
| 12/29/20 | Brown | 1.9 | Draft motion for sanctions | $350.00 | $665.00 |
| 12/29/20 | Brown | 1.7 | Conduct and analyze legal research on basis for sanctions, including Rule 11 and court's inherent power | $350.00 | $595.00 |
| 12/30/20 | Brown | 0.5 | Supplement motion for sanctions with authority on res judicata and standing | $350.00 | $175.00 |
| 12/30/20 | Brown | 1 | Supplement motion for sanctions on types of sanctions a court may issue | $350.00 | $350.00 |
| 12/30/20 | Brown | 0.6 | Continue drafting motion for sanctions | $350.00 | $210.00 |
| 12/30/20 | Heffner | 3.9 | Review draft Rule 11 memorandum; analysis and continue drafting same | $550.00 | $2,145.00 |
| 12/31/20 | Heffner | 5.4 | Continue preparation of Rule 11 memorandum and supporting documents | $550.00 | $2,970.00 |
| 01/01/21 | Heffner | 1.3 | Review SMG's Rule 11 correspondence to plaintiff's counsel and enclosed motion | $550.00 | $715.00 |
| 01/01/21 | Sybert | 0.6 | reviewed Snopes Media Group Inc.'s motion for an order imposing sanctions against Plaintiff Christopher Richmond and his counsel, Matthew Hrutkay and Hrutkay Law PC, pursuant to Federal Rule of Civil Procedure 11, and supporting papers | $575.00 | $345.00 |
| 01/03/21 | Brown | 0.2 | Review and analyze Snopes' motion for sanctions | $350.00 | $70.00 |
| 01/04/21 | Brown | 0.3 | Prepare notice of motion for sanctions | $350.00 | $105.00 |
| 01/04/21 | Heffner | 3.5 | Review and continue drafting notice of motion and memorandum supporting Rule 11 sanctions; draft attorney declaration and correspondence to plaintiff's counsel serving same | $550.00 | $1,925.00 |
| 01/04/21 | Sybert | 0.1 | correspond David re Hrutkay new filing | $575.00 | $57.50 |
| 01/05/21 | Heffner | 0.2 | Review client correspondence re timing of motions to dismiss and for sanctions; draft response re anticipated sequencing | $550.00 | $110.00 |
| 01/05/21 | Heffner | 0.3 | Correspond with client and plaintiff's counsel re revision to sanctions motion | $550.00 | $165.00 |
| 01/05/21 | Sybert | 0.8 | reviewed and corresponded clients re Rule 11 sanctions motion against Plaintiff and his counsel | $575.00 | $460.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/06/21 | Sybert | 0.2 | corresponded David re interplay between Rule 11 motion and motion to dismiss | $575.00 | $115.00 |
| 01/07/21 | Sybert | 0.4 | conferred with corporate counsel re [REDACTED] for Messrs. Mikkelson and Westbrook | $575.00 | $230.00 |
| 01/12/21 | Heffner | 0.9 | Review correspondences from plaintiff's counsel and SMG re late opposition filing and stipulation to continue briefing schedule; call with SMG counsel re same; review ex parte application | $550.00 | $495.00 |
| 01/12/21 | Heffner | 1.9 | Review and analyze plaintiff's opposition to motion to dismiss preparatory to drafting reply, strategy with attorneys Sybert and Ren | $550.00 | $1,045.00 |
| 01/12/21 | Heffner | 3.4 | Review plaintiff's authority cited in opposition to motion to dismiss direct claim for breach of fiduciary duty; research and review 20+ opinions; analysis re application of Jones v. H.F. Ahmanson & Co and potential effect of allegations re majority voting bloc | $550.00 | $1,870.00 |
| 01/12/21 | Ren | 2 | Review and analyze the objection to the request for judicial notice to prepare drafting the reply | $350.00 | $700.00 |
| 01/12/21 | Sybert | 0.5 | reviewed Richmond "Omnibus Objections" to our Request for Judicial Notice | $575.00 | $287.50 |
| 01/12/21 | Sybert | 1.5 | reviewed and analyzed Richmond's Opposition to the pending motions to dismiss his federal action, corresponded clients re same | $575.00 | $862.50 |
| 01/13/21 | Heffner | 2.1 | Review plaintiff's arguments in opposition to motion to dismiss that business judgment rule inapplicable at pleading stage; research and develop arguments in reply | $550.00 | $1,155.00 |
| 01/13/21 | Heffner | 0.5 | Research application of the business judgment rule to officers in California | $550.00 | $275.00 |
| 01/13/21 | Heffner | 0.3 | Call and e-mail with counsel for SMG re plaintiff's allegations and underlying letter exchange relative to tax return issue | $550.00 | $165.00 |
| 01/13/21 | Heffner | 0.9 | Draft reply in support of motion to dismiss | $550.00 | $495.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 01/13/21 | Heffner | 1.1 | Further analyze and develop counterarguments in reply to plaintiff's opposition to motion to dismiss breach of fiduciary duty claim | $550.00 | $605.00 |
| 01/13/21 | Ren | 5 | Start drafting the reply to Plaintiff's 40+ page long objections to the request for judicial notice | $350.00 | $1,750.00 |
| 01/14/21 | Heffner | 3.4 | Continue to analysis and strategy in response to plaintiff's motion to dismiss opposition including continued review of first amended complaint, correspondences between parties and pleadings in underlying state court action | $550.00 | $1,870.00 |
| 01/14/21 | Heffner | 1.2 | Review and analyze plaintiff's 68-page objectoin to requests for judicial notice; review Evidence Code and decisional authority relative to same | $550.00 | $660.00 |
| 01/14/21 | Ren | 4.7 | Review and analyze legal authorities distrinquishing permitted request for judicial notice and improper judicial notice, draft arguments rebut Plaintiff's arguments in objection to the request for judicial notice | $350.00 | $1,645.00 |
| 01/15/21 | Heffner | 0.3 | Correspond with court clerk re pending ex parte application to revise dispositive motion briefing schedule; review notice of entry of order granting same | $550.00 | $165.00 |
| 01/15/21 | Heffner | 0.6 | Research whether damages allegations sufficient under CA law | $550.00 | $330.00 |
| 01/15/21 | Heffner | 0.2 | Call with SMG counsel re status and strategy of reply supporting motion to dismiss | $550.00 | $110.00 |
| 01/15/21 | Heffner | 5.9 | Draft reply supporting motion to dismiss | $550.00 | $3,245.00 |
| 01/15/21 | Ren | 8 | Continue drafting reply to Plaintiff's objection to each exhibit requested in the request for judicial notice | $350.00 | $2,800.00 |
| 01/16/21 | Heffner | 3.6 | Continue drafting reply supporting motion to dismiss | $550.00 | $1,980.00 |
| 01/16/21 | Ren | 3 | Continue drafting the reply to Plaintiff's objection to each individual exhibit requested in the request for judicial noticee | $350.00 | $1,050.00 |
| 01/17/21 | Heffner | 0.2 | Status and strategy call with SMG's counsel re reply briefing supporting motion to dismiss | $550.00 | $110.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/19/21 | Heffner | 3.3 | Review and continue preparation of response to plaintiff's objections to request for judicial notice | $550.00 | $1,815.00 |
| 01/19/21 | Ren | 0.3 | Revise and finalize the reply to Plaintiff's objection to the Request for Judicial Notice | $350.00 | $105.00 |
| 01/19/21 | Sybert | 0.2 | corresponded Brad Westbrook re [REDACTED] corresponded David and Brad re reply, including our responses on their objections to judicial notice, in support of our motion to dismiss Richmond's federal suit | $575.00 | $115.00 |
| 01/19/21 | Sybert | 0.5 | final review Reply in Support of Motion to Dismiss | $575.00 | $287.50 |
| 01/19/21 | Sybert | 0.3 | final revisions to Defendant's Reply to Oppo to Request for Judicial Notice in support of Motion to Dismiss | $575.00 | $172.50 |
| 01/20/21 | Heffner | 0.2 | Correspond with client re analysis of fraud claim | $550.00 | $110.00 |
| 01/20/21 | Heffner | 0.2 | Correspond with counsel for SMG re motion to dismiss and Rule 11 briefing | $550.00 | $110.00 |
| 01/20/21 | Heffner | 0.3 | Review SMG's reply in support of motion to dismiss | $550.00 | $165.00 |
| 01/20/21 | Sybert | 0.2 | corresponded David re Richmond claim | $575.00 | $115.00 |
| 01/21/21 | Heffner | 0.8 | Review and finalize Rule 11 motion including notice, memorandum of points and authorities, and attorney declaration; call with clerk re hearing date for same | $550.00 | $440.00 |
| 01/21/21 | Heffner | 0.9 | Further draft demand for SMG indemnification and/or advancement of litigation fees and costs; confer with attorneys Howatt and Sybert re same | $550.00 | $495.00 |
| 01/21/21 | Sybert | 0.4 | reviewed draft correspondence to Snopes re defense of Richmond suit against Mikkelson and Westbrook | $575.00 | $230.00 |
| 01/22/21 | Heffner | 0.4 | Review message from counsel for SMG; call with sme re demand for legal fee advancements; confer with attorney Sybert re issue relative to same | $550.00 | $220.00 |
| 01/22/21 | Heffner | 0.4 | Calls and e-mails with SMG counsel re Rule 11 motions and hearing on same | $550.00 | $220.00 |
| 01/22/21 | Sybert | 0.2 | reviewed questions from David on our Reply in support of Motion to Dismiss | $575.00 | $115.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/25/21 | Heffner | 0.7 | Review and respond to client questions re motion to dismiss briefing including review of respondent's brief relative to Cal. Corp. Code 317(f) analysis under Delaware decisional authority | $550.00 | $385.00 |
| 01/25/21 | Heffner | 0.7 | Correspond with SMG and plaintiff's counsel re Hrutkay request to continue Rule 11 briefing in light of accident and hospital stay; confer with attorneys Sybert and Howatt re strategy | $550.00 | $385.00 |
| 01/25/21 | Heffner | 0.2 | Correspond with client re motion to dismiss and sanctions motion | $550.00 | $110.00 |
| 01/25/21 | Sybert | 0.3 | correspondence from David re Rule 11 hearing, transmitted RUle [sic] motion papers | $575.00 | $172.50 |
| 01/26/21 | Heffner | 0.5 | Finalize and execute Rule 11 motion; action on filing | $550.00 | $275.00 |
| 01/29/21 | Heffner | 0.2 | Call with SMG's counsel re joint motion relative to Rule 11 briefing schedule and demand on Board for legal fee advancements | $550.00 | $110.00 |
| 02/05/21 | Heffner | 0.7 | Correspond with counsel for plaintiff and SMG re Rule 11 briefing and joint motion relative to same; review multiple iterations; approve motion and draft response | $550.00 | $385.00 |
| 02/08/21 | Heffner | 0.3 | Review correspondences between counsel re motion to amend Rule 11 briefing schedule and filing of same | $550.00 | $165.00 |
| 02/16/21 | Heffner | 0.1 | Review order granting joint motion to amend briefing schedule for Rule 11 snactions motions; action on calendar | $550.00 | $55.00 |
| 02/16/21 | Sybert | 0.3 | review ORDER Granting Joint Motion (Doc. [27]) to Continue Hearing and Briefing on Motion for Sanctions; corresponded clients re same | $575.00 | $172.50 |
| 02/23/21 | Heffner | 0.3 | Review status re correspondences with Westbrook relative to [REDACTED]; confer with attorney Sybert | $550.00 | $165.00 |
| 02/23/21 | Sybert | 0.5 | reviewed and corresponded re status of [REDACTED] | $575.00 | $287.50 |
| 02/27/21 | Sybert | 0.1 | followed up with Paul Tyrell re [REDACTED] | $575.00 | $57.50 |
| 03/15/21 | Sybert | 0.5 | reviewed [REDACTED] | $575.00 | $287.50 |
| 03/18/21 | Sybert | 0.6 | reviewed and analyzed Richmond Opposition to Motion for Sanctions | $575.00 | $345.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 03/19/21 | Brown | 0.7 | Review opposition brief in preparation of drafting reply brief | $350.00 | $245.00 |
| 03/19/21 | Heffner | 0.2 | Confer re strategy for Rule 11 reply brief | $550.00 | $110.00 |
| 03/21/21 | Brown | 1.1 | Draft reply brief in support of motion for sanctions | $350.00 | $385.00 |
| 03/22/21 | Brown | 2.1 | Continue to draft reply brief in support of motion for sanctions and supplement with further factual analysis and comparison to state court case | $350.00 | $735.00 |
| 03/22/21 | Heffner | 4.1 | Review and analyze plaintiff's opposition to clients' Rule 11 motion and the opposition to Snopes's Rule 11 motion; further review of prior briefing including Rule 11 moving papers and motion to dismiss papers; outline issues | $550.00 | $2,255.00 |
| 03/22/21 | Heffner | 0.3 | Call with Snopes' counsel re Rule 11 opposition and strategy | $550.00 | $165.00 |
| 03/23/21 | Brown | 0.4 | Supplement reply brief in support of motion for sanctions with further legal authority | $350.00 | $140.00 |
| 03/23/21 | Heffner | 3.8 | Review draft Rule 11 reply brief and cited authorities; identify issues for further research and development and confer with attorney Brown re same; continue drafting | $550.00 | $2,090.00 |
| 03/24/21 | Brown | 0.5 | Conduct legal research on demurrers and motions to dismiss by nominal parties, and analyze as compared to this case | $350.00 | $175.00 |
| 03/24/21 | Heffner | 5.6 | Continue analysis and drafting of Rule 11 reply brief | $550.00 | $3,080.00 |
| 03/24/21 | Heffner | 0.3 | Develop strategy for objections to evidence; confer with attorney Brown re same | $550.00 | $165.00 |
| 03/24/21 | Heffner | 0.7 | Calls with counsel for Snopes re Rule 11 briefing | $550.00 | $385.00 |
| 03/25/21 | Brown | 1.6 | Conduct legal research on a draft objections to new evidence raised by plaintiff in opposition | $350.00 | $560.00 |
| 03/25/21 | Brown | 1.1 | Respond to Plaintiff's arguments under Rule 23.1 in reply brief and conduct legal research re: same | $350.00 | $385.00 |
| 03/25/21 | Heffner | 0.7 | Further strategy calls with Snopes's counsel | $550.00 | $385.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 03/25/21 | Heffner | 0.2 | Review tentative ruling on demurrer to Dunn's lawsuit relative to Richmond matter; confer with attorney Sybert re same | $550.00 | $110.00 |
| 03/25/21 | Heffner | 4.1 | Review draft objections to evidence; analyze, including review of Hrutkay, Tencer, and Richmond declarations, exhibits thereto, request for judicial notice, and motion to seal; further draft objections and augment reply brief to reflect same | $550.00 | $2,255.00 |
| 03/25/21 | Heffner | 2.9 | Further develop Rule 11 briefing strategy including conference with attorney Sybert; review revisions and comments from same and continue drafting | $550.00 | $1,595.00 |
| 03/25/21 | Sybert | 0.7 | reviewed and revised draft Reply in support of sanctions motion | $575.00 | $402.50 |
| 04/21/21 | Sybert | 0.2 | [REDACTED] | $575.00 | $115.00 |
| 04/22/21 | Heffner | 0.2 | Status and strategy with attorneys Sybert and Howatt re [REDACTED] | $550.00 | $110.00 |
| 04/26/21 | Heffner | 0.2 | Review status; client update including Rule 11 sanctions briefing | $550.00 | $110.00 |
| | **TOTAL** | **225.7** | | **TOTAL** | **$108,812.50** |
| | Total reported | 227.8 | 2.1 | Total reported | $109,990.00 |

EXHIBIT 4

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 09/25/20 | Tyrell | 0.2 | Review notice of new federal court action filed by Richmond today; emails to Mr. Mikkelson and team re same | $745.00 | $149.00 |
| 09/27/20 | Tyrell | 1.4 | Review and analysis of new action filed by Richmond; legal research regarding defenses to be raised by Snopes Media Group; correspondence re new actoin | $745.00 | $1,043.00 |
| 09/28/20 | Belanger | 1.3 | Attention to new federal court complaint and review of realted internal legal team correspondence regarding same; analyze and respond to [REDACTED] related to same | $670.00 | $871.00 |
| 09/28/20 | Tyrell | 0.6 | Correspondence re new federal case filed by Richmond, [REDACTED] and related issues | $745.00 | $447.00 |
| 09/28/20 | Tyrell | 0.3 | Telephone conference with J Kozaczuk re research regarding newly filed federal court action and strategy for motion to dismiss | $745.00 | $223.50 |
| 09/28/20 | Kozaczuk | 0.2 | Confer with P. Tyrell regarding C. Richmond's federal complaint, including issues related to [REDACTED] | $425.00 | $85.00 |
| 09/28/20 | Kozaczuk | 5.2 | Initial analysis of federal complaint filed by C. Richmond; cross-reference with file and consider potential pleading challenges; analysis of case law relating to [REDACTED] causes of action, including applicable [REDACTED] for claims in federal court and recent California and Delaware cases addressing [REDACTED]; analyze [REDACTED] prepare memorandum regarding case law reelevant to motion to dismiss on grounds of [REDACTED], including analysis of [REDACTED]. | $425.00 | $2,210.00 |
| 09/28/20 | Caplan | 0.3 | Continue research and analysis regarding new federal action filed by Richmond, implications of the same, and next steps | $525.00 | $157.50 |
| 10/03/20 | Sybert | 0.2 | corresponded David re [REDACTED] | $575.00 | $115.00 |
| 10/05/20 | Belanger | 1.2 | Attend all-hands call regarding new federal action, response to same; correspondence with Mr. Tyrell regarding [REDACTED]; review and analyze same | $670.00 | $804.00 |
| 10/05/20 | Tyrell | 0.8 | Strategy call re new actions; follow up with W Belanger re same | $745.00 | $596.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 10/05/20 | Kozaczuk | 1.4 | Review federal complaint filed by C. Richmond, consider pleading challenges to plaintiff's claims, and confer with R. Caplan regarding the same; analysis of [REDACTED]; review legal authority addressing consideration of [REDACTED] in connection with anticipated motion to dismiss | $425.00 | $595.00 |
| 10/05/20 | Heffner | 0.3 | Action on opening matter and calendaring responsive pleading deadline; confer with attorney Sybert re attorney handling | $550.00 | $165.00 |
| 10/05/20 | Sybert | 0.8 | prep and conference call with Snopes counsel re deadling with new Chris Richmond federal suit | $575.00 | $460.00 |
| 10/05/20 | Sybert | 0.5 | corresponded David re [REDACTED] followed up re same | $575.00 | $287.50 |
| 10/05/20 | Sybert | 0.6 | corresponded Richmond counsel re acceptance of Waiver of Service, reviewed and revised same | $575.00 | $345.00 |
| 10/05/20 | Sybert | 0.4 | corresponded ProCopio re [REDACTED] reviewed same | $575.00 | $230.00 |
| 10/05/20 | Sybert | 0.2 | corresponded Tyrell re [REDACTED] | $575.00 | $115.00 |
| 10/07/20 | Sybert | 0.3 | conferred re Westbrook, reviewed [REDACTED] | $575.00 | $172.50 |
| 10/07/20 | Sybert | 0.2 | corresponded David re [REDACTED] | $575.00 | $115.00 |
| 10/08/20 | Sybert | 0.3 | correspond, phone Brad Westbrook re representation in new Chris Richmond suit | $575.00 | $172.50 |
| 10/09/20 | Sybert | 0.4 | corresponded David with analysis of grounds of oppositionto new Chris Richmond federal suit | $575.00 | $230.00 |
| 10/16/20 | Sybert | 0.2 | conferred with Bill Belanger re [REDACTED] | $575.00 | $115.00 |
| 10/23/20 | Tyrell | 0.2 | Follow up re timing of response to new action | $745.00 | $149.00 |
| 10/23/20 | Kozaczuk | 0.4 | Review of file regarding [REDACTED] in preparation for motion to dismiss federal claims, including Snopes' [REDACTED] | $425.00 | $170.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 10/26/20 | Kozaczuk | 2.5 | Evaluate potential Rule 11 motion for sanctions in federal action, including review of file and analyze pertinent legal authority; analyze [REDACTED] and related cases addressing propriety of Rule 11 sanctions where claims are [REDACTED] | $425.00 | $1,062.50 |
| 10/26/20 | Alcantara (paralegal) | 1.6 | Confer with J. Kozaczuk regarding key documents and progress regarding case going forward; prepare documents in regard to same; update to chronology in regard to Richmond Answer. | $300.00 | $480.00 |
| 10/26/20 | Sybert | 0.2 | conferred, corresponded Belanger, David re [REDACTED] | $575.00 | $115.00 |
| 10/27/20 | Kozaczuk | 1.8 | Analysis of case law regarding standards for Rule 11 motions and the [REDACTED], including analysis of [REDACTED], and related cases; prepare memorandum regarding pertinent legal authority for potential Rule 11 sanctions motion in the federal action. | $425.00 | $765.00 |
| 10/27/20 | Kozaczuk | 0.2 | Confer with R. Caplan regarding potential Rule 11 motion for sanctions in the federal action. | $425.00 | $85.00 |
| 10/27/20 | Sybert | 0.3 | corresponded Westbrook, David, Belanger re representation in new suit | $575.00 | $172.50 |
| 10/30/20 | Tyrell | 0.3 | Telephone call with J Kozaczuk regarding motion to dismiss and possible Rule 11 motion. | $745.00 | $223.50 |
| 10/30/20 | Kozaczuk | 6.7 | Begin preparation of motion to dismiss C. Richmond's federal complaint; review of file including prior pleadings, claims, and allegations asserted by plaintiffs in state court action for purposes of preparing same. | $425.00 | $2,847.50 |
| 10/30/20 | Kozaczuk | 0.4 | Review docket for federal action and consider next steps (.2); confer with P. Tyrell regarding federal action, including Rule 11 motion for sanctions and [REDACTED] (.2). | $425.00 | $170.00 |
| 10/30/20 | Kozaczuk | 1 | Prepare memorandum regarding relevant case law for seeking Rule 11 sanctions in federal action in preparation for Rule 11 motion. | $425.00 | $425.00 |
| 10/30/20 | Heffner | 1.1 | Draft demand to SMG for indemnification and/or advancement of litigation fees and costs | $550.00 | $605.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 10/31/20 | Kozaczuk | 4.2 | Analyze whether Richmond's federal claims are barred by the [REDACTED] for purposes of client's motion to dismiss C. Richmond's federal complaint including review of [REDACTED], and cases addressing claims [REDACTED]; analyze [REDACTED], and their progeny regarding application of [REDACTED] and related cases addressing the [REDACTED]; prepare memorandum regarding pertinent case law and application to C. Richmond's claims. | $425.00 | $1,785.00 |
| 11/01/20 | Kozaczuk | 5.3 | Extensive analysis of Ninth Circuit jurisprudence regading application of [REDACTED] for purposes of Snopes' motion to dismiss the federal complaint, including [REDACTED], and other decisions analyzing [REDACTED]; begin preparation of Snopes' motion to dismiss the federal complaint. | $425.00 | $2,252.50 |
| 11/02/20 | Kozaczuk | 6 | Prepare motion to stay federal action pending adjudication of state action and continue preparation of Rule 12(b)(6) motion to dismiss; review legal authority regarding [REDACTED], including [REDACTED] and subsequent cases. | $425.00 | $2,550.00 |
| 11/02/20 | Kozaczuk | 4.8 | Analysis of case law and state and federal pleadings for purposes of evaluating [REDACTED]; analyze [REDACTED] and its progeny regarding [REDACTED]; review case law including [REDACTED] addressoing applicable legal standards for challenging [REDACTED]; analyze [REDACTED] and other cases regarding [REDACTED] for purposes of evaluating dismissal [REDACTED]; prepare memorandum analyzing legal authority relevant to dismissal of Richmond's claims on grounds of [REDACTED]; confer with R. Caplan regarding the same. | $425.00 | $2,040.00 |
| 11/02/20 | Caplan | 1 | Research and analysis regarding response to Richmond action. | $525.00 | $525.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 11/03/20 | Kozaczuk | 7.3 | Alanyze case law regarding [REDACTED] for purposes of seeking dismissal of the federal action under Rule 12(b)(1) and prepare memorandum analyzing application of [REDACTED] to plaintiff's federal causes of action; review recent decisions including [REDACTED] and evaluate whether [REDACTED] analyze civil actions implicating [REDACTED]. | $425.00 | $3,102.50 |
| 11/03/20 | Kozaczuk | 3.2 | Continue preparation of motion to stay federal procexeding, including discussion regarding claims, pleadings, and adjudicated issues in state court action and related judicial findings; review of file in connection with same | $425.00 | $1,360.00 |
| 11/03/20 | Tyrell | 0.9 | Telephone call with J. Kozaczuk regarding arguments and strategy for motion to dismiss and possible motion to stay. | $745.00 | $670.50 |
| 11/03/20 | Heffner | 0.2 | Review waiver of service; actoin on calendar and file | $550.00 | $110.00 |
| 11/03/20 | Sybert | 0.1 | reviewed response date to complaint | $575.00 | $57.50 |
| 11/04/20 | Kozaczuk | 1.6 | Continue preparation of memorandum analyzing key issues for seeking stay or dismissal under [REDACTED] and review of file in connection with same. | $425.00 | $680.00 |
| 11/04/20 | Kozaczuk | 8.2 | Prepare motion to dismiss derivative shareholder claims pursuant to Rule 12(b)(6) and Rule 23.1; continue preparation of memorandum analyzing pertinent legal authority for motion to dismiss; analysis of case law regarding [REDACTED] applicable to Richmond's shareholder derivative claims; review federal cases addressing [REDACTED] | $425.00 | $3,485.00 |
| 11/04/20 | Caplan | 0.3 | Prepare acknowledgement of receipt of complaint/summons on behalf of Snopes. | $525.00 | $157.50 |
| 11/05/20 | Caplan | 0.5 | Research and analysis regarding case status and next steps. | $525.00 | $262.50 |
| 11/05/20 | Kozaczuk | 0.4 | Confer with R. Caplan regarding seeking stay or dismissal under [REDACTED] | $425.00 | $170.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 11/05/20 | Kozaczuk | 5.9 | Evaluate dismissal of Richmond's claims under [REDACTED] extensive review of federal cases applying the [REDACTED] and decisions addressing the [REDACTED]; prepare memorandum analyzing pertinent case law [REDACTED] dismissal of C. Richmond's federal claims under [REDACTED]. | $425.00 | $2,507.50 |
| 11/05/20 | Caplan | 1 | Research and analysis regarding challenges to lawsuit and next steps. | $525.00 | $525.00 |
| 11/06/20 | Tyrell | 0.2 | Review research notes re motions to dismiss; preliminary draft of litigation update. | $745.00 | $149.00 |
| 11/06/20 | Kozaczuk | 1.4 | Review case law regarding application of the [REDACTED], and other district court decisions applying [REDACTED] and addressing persuasive holdings of other circuits; prepare discussion regarding pertinent legal authority in memorandum [REDACTED]. | $425.00 | $595.00 |
| 11/09/20 | Kozaczuk | 4.7 | Analyze case law addressing stay or dismissal [REDACTED], and cases addressing [REDACTED]; prepare discussion in memorandum applying pertinent case law to claims at bar in the federal action and consider next steps re: pleading challenges. | $425.00 | $1,997.50 |
| 11/10/20 | Kozaczuk | 5 | Analysis of pertinent case law regarding [REDACTED] for purposes of raising preclusion defenses in client's motion to dismiss, and prepare memorandum analyzing relevant legal authority; extensive analysis of [REDACTED]; review [REDACTED], and other federal cases applying [REDACTED]; review California federal and state court cases analyzing [REDACTED]. | $425.00 | $2,125.00 |
| 11/10/20 | Kozaczuk | 2.6 | Review legal authority relevant to seeking [REDACTED]; analyze district and circuit court decisions applying [REDACTED]; continue preparation of memorandum analysing potential issue and [REDACTED] and germane legal authority in preparation for motion to dismiss. | $425.00 | $1,105.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 11/10/20 | Caplan | 0.3 | Research and analysis regarding response to complaint; confer with J. Kozaczuk regarding the same. | $525.00 | $157.50 |
| 11/11/20 | Kozaczuk | 0.6 | Evaluate [REDACTED] with respect to shareholder derivative claims for purposes of [REDACTED]; review legal authority regarding same, including [REDACTED]. | $425.00 | $255.00 |
| 11/11/20 | Tyrell | 0.4 | Telephone conference with J Kozaczuk re new argument for motion to dismiss based on lack of verification. | $745.00 | $298.00 |
| 11/11/20 | Kozaczuk | 0.1 | Confer with P. Tyrell regarding C. Richmond's failure to verify the federal complaint. | $425.00 | $42.50 |
| 11/11/20 | Kozaczuk | 1.4 | Confer with R. Caplan regarding challenges to C. Richmond's federal complaint including discussion of [REDACTED]. | $425.00 | $595.00 |
| 11/11/20 | Kozaczuk | 4.6 | Continue preparation of client's motion to dismiss; analyze [REDACTED] and subsequent cases addressing Ninth Circuit [REDACTED]; analyze case law regarding [REDACTED]; review [REDACTED] and other cases addressing pleadings [REDACTED], and continue preparation of memorandum addressing pertinent legal authority for motion to dismiss pursuant to Rule 12(b)(6). | $425.00 | $1,955.00 |
| 11/11/20 | Kozaczuk | 1.9 | Evaluate plaintiff's compliance with pleading requirements under [REDACTED]; analysis of [REDACTED] and its progeny regarding [REDACTED] and appropriate remedits; consider next steps and prepare discussion regarding same in client's motion to dismiss. | $425.00 | $807.50 |
| 11/11/20 | Caplan | 1.4 | Continue research and analysis regarding pleading challenges to complaint; confer with J. Kozaczuk regarding the same. | $525.00 | $735.00 |
| 11/16/20 | Tyrell | 1.1 | Review research and upates re motion to dismiss, motion to stay, and Rule 11 motion; draft [REDACTED]; follow up with team re motions. | $745.00 | $819.50 |
| 11/16/20 | Kozaczuk | 0.2 | Correspondence with P. Tyrell re: moving for sanctions under Rule 11. | $425.00 | $85.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 11/17/20 | Tyrell | 0.8 | Telephone conference with R Caplan and J Kozaczuk re motions to dismiss; review legal research regarding same. | $745.00 | $596.00 |
| 11/17/20 | Kozaczuk | 0.3 | Review of file and Rule 23.1 in preparation for meet and confer with opposing counsel; call with plaintiff's counsel to discuss unverified complaint. | $425.00 | $127.50 |
| 11/17/20 | Caplan | 0.8 | Continue research and analysis regarding status of lawsuits, upcoming pleadings, and next steps. | $525.00 | $420.00 |
| 11/17/20 | Ren | 3.9 | Review and analyze the complaint in the federal action and relevant pleadings in the state court proceeding to prepare drafting the motion to dismiss | $350.00 | $1,365.00 |
| 11/18/20 | Kozaczuk | 6.3 | Continue preparation of motion to dismiss Richmond's derivative shareholder claims. | $425.00 | $2,677.50 |
| 11/18/20 | Ren | 1.5 | Draft the legal standard for motion to dismiss under 12(b)(1) and 12(b)(6) | $350.00 | $525.00 |
| 11/18/20 | Ren | 2.5 | Draft the factual and proedural background for the motion to dismiss | $350.00 | $875.00 |
| 11/18/20 | Ren | 0.8 | Draft the notice to motion to dismiss and motion to dismiss | $350.00 | $280.00 |
| 11/18/20 | Ren | 2.5 | Research and investigate Plaintiff's state citizenship information in public record database to help form arguments regarding diversity jurisdiction | $350.00 | $875.00 |
| 11/19/20 | Tyrell | 0.4 | Telephone conference with J Kozaczuk re motion to dismiss and strategy; correspondence with counsel re same | $745.00 | $298.00 |
| 11/19/20 | Ren | 1.5 | Continued drafting the factual and procedural background | $350.00 | $525.00 |
| 11/19/20 | Ren | 2 | Review and analyze legal authorities regarding the res judicata and collateral estoppel to help form arguments in the motion to dismiss | $350.00 | $700.00 |
| 11/19/20 | Sybert | 0.3 | corresponded plaintiff's counsel re service, response date for Westbrook | $575.00 | $172.50 |
| 11/20/20 | Ren | 2.2 | Review and analyze legal authorities regarding the court's [REDACTED] | $350.00 | $770.00 |
| 11/20/20 | Ren | 2.6 | Draft the arguments regarding the res judicata and collateral estoppel for the motion to dismiss | $350.00 | $910.00 |
| 11/21/20 | Ren | 2.9 | Draft the arguments regarding [REDACTED] for the motion to dismiss | $350.00 | $1,015.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 11/21/20 | Ren | 1.5 | Review and analyze legal authorities regarding establishing diversity jurisdiction | $350.00 | $525.00 |
| 11/21/20 | Ren | 1.8 | Draft the arguments regarding the lack of diversity jurisdiction | $350.00 | $630.00 |
| 11/22/20 | Sybert | 0.2 | reviewed and conferred re conflicts waiver for Brad Westbrook | $575.00 | $115.00 |
| 11/23/20 | Heffner | 0.7 | Review docket and proof of service of complaint on Westbrook; review local rules relative to extending responsive pleading deadline and confer with attorney Sybert; correspond with plaintiff's counsel re stipulation | $550.00 | $385.00 |
| 11/23/20 | Heffner | 0.8 | Prepare legal service agreement and conflict waiver | $550.00 | $440.00 |
| 11/23/20 | Ren | 3 | Review and analyze legal authorities regarding [REDACTED] to determine whether it applies to the motion, revise the MPA in support of the motion to dismiss | $350.00 | $1,050.00 |
| 11/23/20 | Sybert | 0.2 | reviewed and corresponded David re filing a challenge based on [REDACTED] | $575.00 | $115.00 |
| 11/24/20 | Heffner | 0.2 | Correspond with plaintiff's counsel re Westbrook responsive pleading | $550.00 | $110.00 |
| 11/24/20 | Sybert | 0.3 | reviewed and conferred re representation of Westbrook, stipulation with opposing counsel re response | $575.00 | $172.50 |
| 11/24/20 | Sybert | 0.4 | reviewed application of [REDACTED] doctrine to Richmond complaint, corresponded Paul Tyrell re same | $575.00 | $230.00 |
| 11/25/20 | Kozaczuk | 0.1 | Call with plaintiff's counsel regarding filing of amended complaint. | $425.00 | $42.50 |
| 11/25/20 | Sybert | 0.3 | reviewed and conferred, corresponded Bill Belanger, re corporate reimbursement of Westbrook | $575.00 | $172.50 |
| 11/28/20 | Heffner | 3.7 | Review draft motion to dismiss; revise and further draft; identify issues for further development and confer with attorney Ren re same | $550.00 | $2,035.00 |
| 11/29/20 | Sybert | 0.5 | reviewed notes on first draft response to new Richmond complaint | $575.00 | $287.50 |
| 11/30/20 | Tyrell | 0.2 | Review correspondence regarding anticipated amended complaint; [REDACTED]. | $745.00 | $149.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 11/30/20 | Kozaczuk | 0.2 | Confer with R. Caplan regarding Richmnond's [REDACTED] and potential [REDACTED]. | $425.00 | $85.00 |
| 11/30/20 | Kozaczuk | 9.3 | Continue preparation of motion to dismiss the federal complaint including discussion regarding res judicata effect of the anti-SLAPP order and application of the primary rights theory; review [REDACTED] and related cases regarding [REDACTED], and prepare discussion in client's motion to dismiss regarding prior litigation of pertinent elements and alleged issues in the state action. | $425.00 | $3,952.50 |
| 11/30/20 | Kozaczuk | 0.1 | Review and reply to correspondence from plaintiff's counsel regarding filing of the amended complaint; interoffice correspondence regarding the same. | $425.00 | $42.50 |
| 11/30/20 | Caplan | 0.7 | Research and analysis regarding potential [REDACTED] Richmond complaint; confer with J. Kozaczuk regarding the same. | $525.00 | $367.50 |
| 11/30/20 | Heffner | 0.3 | Correspond with plaintiff's counsel re first amended complaint and responsive pleading | $550.00 | $165.00 |
| 11/30/20 | Ren | 1.5 | Revise the factual and proedural background in the motion to dismiss | $350.00 | $525.00 |
| 11/30/20 | Ren | 1.9 | Review and analyze legal authorities regarding the finality of a judgment on the merit when the appeal is pending | $350.00 | $665.00 |
| 11/30/20 | Sybert | 0.2 | correspond Hrutkay re stipulation for unified response date to verified amended complaint | $575.00 | $115.00 |
| 12/01/20 | Kozaczuk | 5.2 | Continue preparation of motion to dismiss derivative suit; analyze [REDACTED] and other case law regarding [REDACTED]. | $425.00 | $2,210.00 |
| 12/01/20 | Kozaczuk | 1.5 | Analysis of [REDACTED] and its progeny and evaluate filing [REDACTED] in the federal action; review case law regarding [REDACTED]. | $425.00 | $637.50 |
| 12/01/20 | Heffner | 0.2 | Correspond with Procopio re anticipated first amended complaint | $550.00 | $110.00 |
| 12/01/20 | Ren | 2 | Make further revisions to the MPA in support of the motion to dismiss Plaintiff's complaint | $350.00 | $700.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 12/02/20 | Tyrell | 0.3 | Preliminary review of verified cross-complaint; correspondence re same. | $745.00 | $223.50 |
| 12/02/20 | Kozaczuk | 0.5 | Review verified first amended complaint and cross-reference with original complaint; review legal authority addressing sufficiency of [REDACTED]. | $425.00 | $212.50 |
| 12/02/20 | Kozaczuk | 5.6 | Review of file and identify pleadings relevant to responsive motions for client's request for judicial notice; continue preparation of memorandum of points and authorities in support of client's motion to dismiss the C. Richmond's derivative claims. | $425.00 | $2,380.00 |
| 12/02/20 | Caplan | 0.2 | Review and evaluate verified first amended complaint. | $525.00 | $105.00 |
| 12/02/20 | Heffner | 0.8 | Status and strategy re pleading challenges and anticipated first amended complaint; confer with attorneys Sybert and Ren re same | $550.00 | $440.00 |
| 12/02/20 | Ren | 0.3 | Receive and review the first amended complaint, determine the responsive due date to the amended complaint with opposing counsel's email | $350.00 | $105.00 |
| 12/02/20 | Ren | 1.1 | Revise the MPA in support of the motion to dismiss the complaint | $350.00 | $385.00 |
| 12/02/20 | Sybert | 0.7 | reviewed Verified First Amended Complaint, corresponded David re [REDACTED] | $575.00 | $402.50 |
| 12/02/20 | Sybert | 1.1 | reviewed first draft motion to dismiss complaint | $575.00 | $632.50 |
| 12/02/20 | Sybert | 0.4 | reviewed corresponded Richmond counsel re application of Rule 15 to bar stipulation, necessity to revise response date, directed re preparation of necessary court papers | $575.00 | $230.00 |
| 12/03/20 | Tyrell | 0.2 | Correspondence re acceptance of service; follow up re timing for filing motion to dismiss. | $745.00 | $149.00 |
| 12/03/20 | Kozaczuk | 4.8 | Continue preparation of motion to dismiss C. Richmond's shareholder derivative claims. | $425.00 | $2,040.00 |
| 12/03/20 | Caplan | 0.2 | Research and analysis regarding response to amended complaint. | $525.00 | $105.00 |
| 12/03/20 | Sybert | 0.2 | Corresponded Matt Hrutkay re Rule 15, electronic service | $575.00 | $115.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 12/03/20 | Sybert | 0.4 | reviewed and conferred re any derivative nature of surviving claims, reviewed correspondence re same | $575.00 | $230.00 |
| 12/07/20 | Ren | 0.8 | Draft and revise Defendant's motion to dismiss and MPA in support of the motion to dismiss plaintiff's First Amended Complaint | $350.00 | $280.00 |
| 12/08/20 | Ren | 0.9 | Draft and revise the request for judicial notice in support of the motion to dismiss Plaintiff's first amended complaint | $350.00 | $315.00 |
| 12/09/20 | Caplan | 0.3 | Research and analysis regarding response to Richmond complaint. | $525.00 | $157.50 |
| 12/09/20 | Alcantara (paralegal) | 0.8 | Update case chronology. | $300.00 | $240.00 |
| 12/09/20 | Heffner | 0.2 | Review correspondence and certificate of service from plaintiff's counsel; ation on file and calendar; confer with attorney Sybert | $550.00 | $110.00 |
| 12/09/20 | Heffner | 1.2 | Analyze derivative claims for additional pleading challenges including review of SMG and client demurrers in state court action and order on same, Dunn's state court complaint and demurrer thereto | $550.00 | $660.00 |
| 12/09/20 | Sybert | 0.2 | reviewed certificate of service of the Verified First Amended Complaint | $575.00 | $115.00 |
| 12/10/20 | Heffner | 0.7 | Initial analysis of merits of plaintiff's allegations relative to SMG's characterization of fee advancements as business expenses for tax purposes | $550.00 | $385.00 |
| 12/10/20 | Heffner | 2.1 | Analyze plaintiff's fraud, negligent misrepresentation, unjust enrichment claims for 12(b)(6) challenges; develop arguments and outline same | $550.00 | $1,155.00 |
| 12/11/20 | Heffner | 2.7 | Analyze and further develop res judicata and collateral estoppel challenges to plaintiff's fraud, negligent misrepresentation, unjust enrichment claims; develop and draft motion to dismiss | $550.00 | $1,485.00 |
| 12/12/20 | Kozaczuk | 2.8 | Prepare client's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1. | $425.00 | $1,190.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 12/13/20 | Kozaczuk | 8.4 | Continue preparation of motino to dismiss the First Amended Complaint; analyze case law [REDACTED] for procedural and substantive aspects of [REDACTED] analysis; review case law addressing [REDACTED] and prepare discussion regarding the same in the memorandum of points and authorities. | $425.00 | $3,570.00 |
| 12/13/20 | Heffner | 2.3 | Review and further draft request for judicial notice supporting motion to dismiss and identify 36 supporting exhibits preparatory to filing; augment motion to reflect same | $550.00 | $1,265.00 |
| 12/14/20 | Kozaczuk | 1.6 | Analyze case law regarding [REDACTED] prepare memorandum addressing the same in anticipation of opposition arguments from plaintiff. | $425.00 | $680.00 |
| 12/14/20 | Kozaczuk | 7.7 | Analyze case law regarding [REDACTED] including [REDACTED]; continue preparation of memorandum of points and authorities in support of motion to dismiss including discussion of inadequate representation and application of res judicata to derivative shareholder claims. | $425.00 | $3,272.50 |
| 12/14/20 | Heffner | 4.3 | Review revised motion to dismiss; analyse issues and continued research relative to demand futility, standing, and direct (non derivative) claims; further draft | $550.00 | $2,365.00 |
| 12/15/20 | Tyrell | 0.7 | Review and provide preliminary comments on motion to dismiss. | $745.00 | $521.50 |
| 12/15/20 | Kozaczuk | 1.4 | Call with counsel regarding motions to dismiss the C. Richmond's federal claims; coordinate and discusss arguments and supporting legal authority. | $425.00 | $595.00 |
| 12/15/20 | Kozaczuk | 0.4 | Confer with R. Caplan regarding motion to dismiss and potential requests for stay of action. | $425.00 | $170.00 |
| 12/15/20 | Kozaczuk | 7.1 | Continue preparation of motion to dismiss [REDACTED]; review of file and identify pertinent records for judicial notice in support of motion to dismiss. | $425.00 | $3,017.50 |
| 12/15/20 | Caplan | 3.2 | Assist with preparation of motion to dismiss First Amended Complaint. | $525.00 | $1,680.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 12/15/20 | Heffner | 1.8 | Status and strategy re claims and pleading challenges; conference with SMG counsel re same; subsequent correspondences with same via phone and e-mail | $550.00 | $990.00 |
| 12/15/20 | Heffner | 3.4 | Reviewed revised motion to dismiss; further analyze and develop issues relative to diversity jurisdiction and request for discovery re same; further draft | $550.00 | $1,870.00 |
| 12/15/20 | Ren | 1.5 | Review documents and case files in the state court case and prepare exhibits for the motion to dismiss the first amended complaint in the federal court case | $350.00 | $525.00 |
| 12/15/20 | Sybert | 0.3 | corresponded Westbrook, Procopio re SMG payment of Westbrook fees | $575.00 | $172.50 |
| 12/15/20 | Sybert | 2.2 | reviewed documents for Request for Judicial Notice in connection with motion to dismiss Complaint: ROA summary; TAC; two anti-SLAPP motions (notice & MPA) + two oppositions MPA + two replies + two court's minute orders; two demurrers (notice & MPA) + two oppositions MPA + two replies + two notice of ruling | $575.00 | $1,265.00 |
| 12/15/20 | Sybert | 0.3 | finalized, corresponded with Messrs. Mikkelson and Westbrook re conflicts waivers | $575.00 | $172.50 |
| 12/16/20 | Tyrell | 3.3 | Review draft memorandum of points and authorities in support of Snopes Media Group's motion to dismiss; telephone conferences with J Kozaczuk re arguments and moving papers; legal research regarding [REDACTED] and other issues; revise moving papers. | $745.00 | $2,458.50 |
| 12/16/20 | Kozaczuk | 0.8 | Call with counsel to discuss overlapping legal arguments and authority for motions to dismiss the federal claims. | $425.00 | $340.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 12/16/20 | Kozaczuk | 6.9 | Prepare request for judicial notice; continue review of file for identification of pertinent records for judicial notice in support of preclusion, demand futility, and inadequate representation arguments; review legal authority addressing use of judicial notice to establish re judicata and demand futility for purposes of citing the same in request for judicial notice; revise and finalize motion to dismiss the First Amended Complaint. | $425.00 | $2,932.50 |
| 12/16/20 | Caplan | 0.4 | Continue assisting with motion to dismiss. | $525.00 | $210.00 |
| 12/16/20 | Alcantara (paralegal) | 0.5 | Review and analysis of new case developments; update to chronology in regard to same. | $300.00 | $150.00 |
| 12/16/20 | Heffner | 1.4 | Further status and strategy on pleading challenges; correspond with SMG's counsel re same via phone and e-mail | $550.00 | $770.00 |
| 12/16/20 | Heffner | 6.7 | Continue preparation of motion to dismiss | $550.00 | $3,685.00 |
| 12/16/20 | Heffner | 1.2 | Calls and e-mails with SMG counsel re motion to dismiss | $550.00 | $660.00 |
| 12/16/20 | Ren | 0.5 | Review and confirm Plaintiff's public available record in Puerto Rico for the purpose of rebutting the diversity citiaenship jurisdiction | $350.00 | $175.00 |
| 12/16/20 | Sybert | 2.7 | revised and edited draft motion for dismissal based, inter alia, on res judicata | $575.00 | $1,552.50 |
| 12/17/20 | Belanger | 1.9 | Review Richmond Complaint and Motion to Dismiss. | $670.00 | $1,273.00 |
| 12/17/20 | Tyrell | 0.8 | Correspondence and telephone conference with J Kozaczuk re Motion to Dismiss Richmond Federal Action | $745.00 | $596.00 |
| 12/17/20 | Kozaczuk | 0.1 | Call with department clerk regarding motion to dismiss and hearing date. | $425.00 | $42.50 |
| 12/17/20 | Kozaczuk | 0.5 | Review [REDACTED], and related cases [REDACTED] regarding [REDACTED] of Rule 11 motions in connection with dispositive motions; interoffice correspondence regarding the same for purposes of preparing Rule 11 motion seeking sanctions. | $425.00 | $212.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 12/17/20 | Caplan | 0.3 | Review and evaluate motions to dismiss; prepare notices of appearance. | $525.00 | $157.50 |
| 12/17/20 | Alcantara (paralegal) | 0.3 | Review of motion to dismiss and case status in regard to same. | $300.00 | $90.00 |
| 12/17/20 | Heffner | 0.3 | Review SMG's motion to dismiss | $550.00 | $165.00 |
| 12/17/20 | Sybert | 0.3 | multiple correspondence with David re [REDACTED] and arguments if Complaint survives pleading stage | $575.00 | $172.50 |
| 12/18/20 | Caplan | 0.2 | Research ana analysis regarding possible Rule 11 motion. | $525.00 | $105.00 |
| 12/18/20 | Heffner | 0.5 | Draft proposed order granting motion to dismiss | $550.00 | $275.00 |
| 12/18/20 | Heffner | 0.2 | Review truncated deadline for motion to dismiss reply briefing due to court holiday; call to counsel for SMG | $550.00 | $110.00 |
| 12/21/20 | Kozaczuk | 0.3 | Call with counsel regarding motions to dismiss and anticipated reply briefs. | $425.00 | $127.50 |
| 12/21/20 | Heffner | 0.4 | Call with SMG counsel re strategy for motion to dismiss reply breiefing and potential Rule 11 motion | $550.00 | $220.00 |
| 12/22/20 | Heffner | 1.3 | Consider sanctions motion and timing of same including review of Rule 11 and decisional authority; confer with attorneys Sybert and Brown | $550.00 | $715.00 |
| 12/22/20 | Sybert | 0.5 | [REDACTED] corresponded David re same | $575.00 | $287.50 |
| 12/22/20 | Sybert | 0.2 | corresponded David re [REDACTED] | $575.00 | $115.00 |
| 12/23/20 | Belanger | 0.6 | Review litigation status correspondence. | $670.00 | $402.00 |
| 12/23/20 | Kozaczuk | 7.5 | Prepare Rule 11 motion for sanctions; review [REDACTED], and other California, Ninth Circuit, and out-of-district decisions imposing sanctions under Rule 11 [REDACTED] for purposes of referencing the same in memorandum of points and authorities. | $425.00 | $3,187.50 |
| 12/23/20 | Brown | 1 | Conduct and summarize legal research on [REDACTED] and review emails on same | $350.00 | $350.00 |
| 12/23/20 | Heffner | 1.1 | Review attorney Brown's summary and authority re [REDACTED] analyze and confer internally re application including [REDACTED] | $550.00 | $605.00 |
| 12/23/20 | Heffner | 0.5 | [REDACTED] | $550.00 | $275.00 |
| 12/23/20 | Sybert | 1.4 | further review and analysis of [REDACTED], correspond David re same | $575.00 | $805.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 12/26/20 | Brown | 1.4 | Conduct and analyze legal research on sanctions for purposes of preparing motion | $350.00 | $490.00 |
| 12/26/20 | Brown | 1.3 | Review motions to dismiss and attachments filed with the court for purposes of preparing motion for sanctions | $350.00 | $455.00 |
| 12/27/20 | Kozaczuk | 4.1 | Continue preparation of memorandum of points and authorities in support of request for sanctions pursuant to Rule 11; analyze federal cases addressing requests for sanctions in shareholder derivative suits. | $425.00 | $1,742.50 |
| 12/28/20 | Kozaczuk | 0.4 | Call with counsel regarding motions for sanctions. | $425.00 | $170.00 |
| 12/28/20 | Kozaczuk | 4.3 | Continue preparation of motion for sanctions pursuant to Federal Rule of Civil Procedure 11 including discussion of Mr. Hrutkay's knowledge or presumed knowledge over Rule 11 violations, and review of file regarding records evidencing the same. | $425.00 | $1,827.50 |
| 12/28/20 | Brown | 0.4 | Develop strategy and plan for motion for sanctions | $350.00 | $140.00 |
| 12/28/20 | Heffner | 3.4 | Continue analysis and research relative to sanctions motion and further develop strategy; calls with counsel for SMG (.4) and attorney Brown (.3); outline grounds for motion | $550.00 | $1,870.00 |
| 12/29/20 | Kozaczuk | 0.3 | Confer with R. Caplan regarding Rule 11 motion for sanctions. | $425.00 | $127.50 |
| 12/29/20 | Kozaczuk | 4 | Continue preparation of memorandum of points and authorities in support of Rule 11 motion; review case law regarding [REDACTED] for purposes of citing same in moving papers. | $425.00 | $1,700.00 |
| 12/29/20 | Caplan | 0.5 | Research and analysis regarding Rule 11 motion. | $525.00 | $262.50 |
| 12/29/20 | Brown | 1.9 | Draft motion for sanctions | $350.00 | $665.00 |
| 12/29/20 | Brown | 1.7 | Conduct and analyze legal research on basis for sanctions, including Rule 11 and court's inherent power | $350.00 | $595.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 12/30/20 | Kozaczuk | 6.3 | Prepare motion for sanctions pursuant to Rule 11; review of file regarding pertinent background for Rule 11 motion and identify relevant records for judicial notice; prepare request for judicial notice. | $425.00 | $2,677.50 |
| 12/30/20 | Caplan | 0.3 | Continue research and analysis regarding Rule 11 motion. | $525.00 | $157.50 |
| 12/30/20 | Brown | 0.5 | Supplement motion for sanctions with authority on res judicata and standing | $350.00 | $175.00 |
| 12/30/20 | Brown | 1 | Supplement motion for sanctions on types of sanctions a court may issue | $350.00 | $350.00 |
| 12/30/20 | Brown | 0.6 | Continue drafting motion for sanctions | $350.00 | $210.00 |
| 12/30/20 | Heffner | 3.9 | Review draft Rule 11 memorandum; analysis and continue drafting same | $550.00 | $2,145.00 |
| 12/31/20 | Kozaczuk | 0.3 | Confer with R. Caplan regarding service of Rule 11 motion and next steps. | $425.00 | $127.50 |
| 12/31/20 | Kozaczuk | 4.6 | prepare and revise moving papers seeking Rule 11 sanctions; review revisions by R. Caplan and continue preparation of memorandum of points and authorities; analyze [REDACTED] and its progeny regarding [REDACTED], for purposes of seeking sanctions against C. Richmond in the motion for sanctions. | $425.00 | $1,955.00 |
| 12/31/20 | Kozaczuk | 0.2 | Review newly published decision [REDACTED] for potential impact on pending motion to dismiss. | $425.00 | $85.00 |
| 12/31/20 | Kozaczuk | 0.3 | Confer with R. Caplan regarding arguments in Rule 11 motion, including seeking sanctions as to C. Richmond and asserting Rule 11 violations for lack of evidentiary support. | $425.00 | $127.50 |
| 12/31/20 | Heffner | 5.4 | Continue preparation of Rule 11 memorandum and supporting documents | $550.00 | $2,970.00 |
| 01/01/21 | Kozaczuk | 4.3 | Prepare attorney declaration and finalize motion for sanctions and supporting papers; correspondence with R. Caplan regarding revisions to moving papers; prepare correspondence to counsel serving motion for sanctions pursuant to Federal Rule of Civil Procedure Rule 11. | $460.00 | $1,978.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/01/21 | Caplan | 3.7 | Continue preparing Rule 11 motion; continue research and analysis regarding the same. | $550.00 | $2,035.00 |
| 01/01/21 | Heffner | 1.3 | Review SMG's Rule 11 correspondence to plaintiff's counsel and enclosed motion | $550.00 | $715.00 |
| 01/01/21 | Sybert | 0.6 | reviewed Snopes Media Group Inc.'s motion for an order imposing sanctions against Plaintiff Christopher Richmond and his counsel, Matthew Hrutkay and Hrutkay Law PC, pursuant to Federal Rule of Civil Procedure 11, and supporting papers | $575.00 | $345.00 |
| 01/03/21 | Brown | 0.2 | Review and analyze Snopes' motion for sanctions | $350.00 | $70.00 |
| 01/04/21 | Belanger | 0.9 | Review summary of federal litigation matters, correspondence from Mr. Tyrell regarding same; review draft Rule 11 motion for sanctions regarding same. | $685.00 | $616.50 |
| 01/04/21 | Brown | 0.3 | Prepare notice of motion for sanctions | $350.00 | $105.00 |
| 01/04/21 | Heffner | 3.5 | Review and continue drafting notice of motion and memorandum supporting Rule 11 sanctions; draft attorney declaration and correspondence to plaintiff's counsel serving same | $550.00 | $1,925.00 |
| 01/04/21 | Sybert | 0.1 | correspond David re Hrutkay new filing | $575.00 | $57.50 |
| 01/05/21 | Kozazcuk | 0.3 | Review Mikkelson and Werstbrook's motion for sanctions. | $460.00 | $138.00 |
| 01/05/21 | Heffner | 0.2 | Review client correspondence re timing of motions to dismiss and for sanctions; draft response re anticipated sequencing | $550.00 | $110.00 |
| 01/05/21 | Heffner | 0.3 | Correspond with client and plaintiff's counsel re revision to sanctions motion | $550.00 | $165.00 |
| 01/05/21 | Sybert | 0.8 | reviewed and corresponded clients re Rule 11 sanctions motion against Plaintiff and his counsel | $575.00 | $460.00 |
| 01/06/21 | Belanger | 0.4 | Review correspondence regarding motion for sanctions. | $685.00 | $274.00 |
| 01/06/21 | Tyrell | 0.3 | Review motion for sanctions filed by individual defendants. | $780.00 | $234.00 |
| 01/06/21 | Sybert | 0.2 | corresponded David re interplay between Rule 11 motion and motion to dismiss | $575.00 | $115.00 |
| 01/07/21 | Tyrell | 0.1 | Telephone call with defense counsel. | $780.00 | $78.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 01/07/21 | Tyrell | 0.2 | Review motions filed by individual defendants. | $780.00 | $156.00 |
| 01/07/21 | Sybert | 0.4 | conferred with corporate counsel re [REDACTED] for Messrs. Mikkelson and Westbrook | $575.00 | $230.00 |
| 01/12/21 | Tyrell | 0.6 | Review and comment on Richmond's opposition to motion to dismiss. | $780.00 | $468.00 |
| 01/12/21 | Kozaczuk | 1.8 | Initial review of opposition papers to the motions to dismiss Richmond's claims; confer with R. Caplan regarding same in preparation for reply. | $460.00 | $828.00 |
| 01/12/21 | Caplan | 0.7 | Research and analysis regarding plaintiffs' opposition to motions to dismiss, proposed extension request, response to Rule 11 motion, and next steps. | $550.00 | $385.00 |
| 01/12/21 | Heffner | 0.9 | Review correspondences from plaintiff's counsel and SMG re late opposition filing and stipulation to continue briefing schedule; call with SMG counsel re same; review ex parte application | $550.00 | $495.00 |
| 01/12/21 | Heffner | 1.9 | Review and analyze plaintiff's opposition to motion to dismiss preparatory to drafting reply, strategy with attorneys Sybert and Ren | $550.00 | $1,045.00 |
| 01/12/21 | Heffner | 3.4 | Review plaintiff's authority cited in opposition to motion to dismiss direct claim for breach of fiduciary duty; research and review 20+ opinions; analysis re application of Jones v. H.F. Ahmanson & Co and potential effect of allegations re majority voting bloc | $550.00 | $1,870.00 |
| 01/12/21 | Ren | 2 | Review and analyze the objection to the request for judicial notice to prepare drafting the reply | $350.00 | $700.00 |
| 01/12/21 | Sybert | 0.5 | reviewed Richmond "Omnibus Objections" to our Request for Judicial Notice | $575.00 | $287.50 |
| 01/12/21 | Sybert | 1.5 | reviewed and analyzed Richmond's Opposition to the pending motions to dismiss his federal action, corresponded clients re same | $575.00 | $862.50 |
| 01/13/21 | Belanger | 0.5 | Brief review of opposition to Motion to Dismiss and related correspondnce. | $685.00 | $342.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/13/21 | Kozaczuk | 0.3 | Confer with counsel regarding arguments raised in plaintiff's opposition to the motions to dismiss; review of file in connection with the same. | $460.00 | $138.00 |
| 01/13/21 | Kozaczuk | 0.1 | Review plaintiff's ex parte application and supporting declaration. | $460.00 | $46.00 |
| 01/13/21 | Caplan | 0.1 | Review and evaluate ex parte application from Richmond requesting briefing extension. | $550.00 | $55.00 |
| 01/13/21 | Heffner | 2.1 | Review plaintiff's arguments in opposition to motion to dismiss that business judgment rule inapplicable at pleading stage; research and develop arguments in reply | $550.00 | $1,155.00 |
| 01/13/21 | Heffner | 0.5 | Research application of the business judgment rule to officers in California | $550.00 | $275.00 |
| 01/13/21 | Heffner | 0.3 | Call and e-mail with counsel for SMG re plaintiff's allegations and underlying letter exchange relative to tax return issue | $550.00 | $165.00 |
| 01/13/21 | Heffner | 0.9 | Draft reply in support of motion to dismiss | $550.00 | $495.00 |
| 01/13/21 | Heffner | 1.1 | Further analyze and develop counterarguments in reply to plaintiff's opposition to motion to dismiss breach of fiduciary duty claim | $550.00 | $605.00 |
| 01/13/21 | Ren | 5 | Start drafting the reply to Plaintiff's 40+ page long objections to the request for judicial notice | $350.00 | $1,750.00 |
| 01/14/21 | Belanger | 0.3 | Telephone conference with Mr. Kozaczuk regarding status of pending litigation matters, motion to stay action. | $685.00 | $205.50 |
| 01/14/21 | Heffner | 3.4 | Continue to analysis and strategy in response to plaintiff's motion to dismiss opposition including continued review of first amended complaint, correspondences between parties and pleadings in underlying state court action | $550.00 | $1,870.00 |
| 01/14/21 | Heffner | 1.2 | Review and analyze plaintiff's 68-page objectoin to requests for judicial notice; review Evidence Code and decisional authority relative to same | $550.00 | $660.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/14/21 | Ren | 4.7 | Review and analyze legal authorities distringuishing permitted request for judicial notice and improper judicial notice, draft arguments rebut Plaintiff's arguments in objection to the request for judicial notice | $350.00 | $1,645.00 |
| 01/15/21 | Kozaczuk | 0.2 | Telephone conference with counsel regarding reply briefs in support of motions to dismiss. | $460.00 | $92.00 |
| 01/15/21 | Caplan | 0.2 | Review and evaluate court order on MTD briefing. | $550.00 | $110.00 |
| 01/15/21 | Heffner | 0.3 | Correspond with court clerk re pending ex parte application to revise dispositive motion briefing schedule; review notice of entry of order granting same | $550.00 | $165.00 |
| 01/15/21 | Heffner | 0.6 | Research whether damages allegations sufficient under CA law | $550.00 | $330.00 |
| 01/15/21 | Heffner | 0.2 | Call with SMG counsel re status and strategy of reply supporting motion to dismiss | $550.00 | $110.00 |
| 01/15/21 | Heffner | 5.9 | Draft reply supporting motion to dismiss | $550.00 | $3,245.00 |
| 01/15/21 | Ren | 8 | Continue drafting reply to Plaintiff's objection to each exhibit requested in the request for judicial notice | $350.00 | $2,800.00 |
| 01/16/21 | Heffner | 3.6 | Continue drafting reply supporting motion to dismiss | $550.00 | $1,980.00 |
| 01/16/21 | Ren | 3 | Continue drafting the reply to Plaintiff's objection to each individual exhibit requested in the request for judicial noticee | $350.00 | $1,050.00 |
| 01/17/21 | Kozaczuk | 4.2 | Preparation of reply brief in support of motion to dismiss derivative claims; analyze cases addressing [REDACTED], and prepare analysis regarding the same for purposes of rebutting arguments raised in plaintiff's opposition papers. | $460.00 | $1,932.00 |
| 01/17/21 | Heffner | 0.2 | Status and strategy call with SMG's counsel re reply briefing supporting motion to dismiss | $550.00 | $110.00 |
| 01/19/21 | Tyrell | 1.6 | Review and revise reply in support of motion to dismiss; review reply in support of Mikkelson motion; follow up with J Kozaczuk re suggestions for particular arguments. | $780.00 | $1,248.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 01/19/21 | Kozaczuk | 10.6 | Prepare and finalize reply brief in support of motion to dismiss C. Richmond's derivative claims; analyze case law cited in plaintiff's opposition papers, review related decisions, and address plaintiff's arguments relating to the same in reply brief with reference to pertinent legal authority; analyze [REDACTED], and prepare discussion addressing same in reply brief. | $460.00 | $4,876.00 |
| 01/19/21 | Caplan | 0.7 | Research and analysis regarding reply brief in support of motion to dismiss; confer with J. Kozaczuk regarding the same. | $550.00 | $385.00 |
| 01/19/21 | Heffner | 3.3 | Review and continue preparation of response to plaintiff's objections to request for judicial notice | $550.00 | $1,815.00 |
| 01/19/21 | Ren | 0.3 | Revise and finalize the reply to Plaintiff's objection to the Request for Judicial Notice | $350.00 | $105.00 |
| 01/19/21 | Sybert | 0.2 | corresponded Brad Westbrook re [REDACTED] corresponded David and Brad re reply, including our responses on their objections to judicial notice, in support of our motion to dismiss Richmond's federal suit | $575.00 | $115.00 |
| 01/19/21 | Sybert | 0.5 | final review Reply in Support of Motion to Dismiss | $575.00 | $287.50 |
| 01/19/21 | Sybert | 0.3 | final revisions to Defendant's Reply to Oppo to Request for Judicial Notice in support of Motion to Dismiss | $575.00 | $172.50 |
| 01/20/21 | Heffner | 0.2 | Correspond with client re analysis of fraud claim | $550.00 | $110.00 |
| 01/20/21 | Heffner | 0.2 | Correspond with counsel for SMG re motion to dismiss and Rule 11 briefing | $550.00 | $110.00 |
| 01/20/21 | Heffner | 0.3 | Review SMG's reply in support of motion to dismiss | $550.00 | $165.00 |
| 01/20/21 | Sybert | 0.2 | corresponded David re Richmond claim | $575.00 | $115.00 |
| 01/21/21 | Heffner | 0.8 | Review and finalize Rule 11 motion including notice, memorandum of points and authorities, and attorney declaration; call with clerk re hearing date for same | $550.00 | $440.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/21/21 | Heffner | 0.9 | Further draft demand for SMG indemnification and/or advancement of litigation fees and costs; confer with attorneys Howatt and Sybert re same | $550.00 | $495.00 |
| 01/21/21 | Sybert | 0.4 | reviewed draft correspondence to Snopes re defense of Richmond suit against Mikkelson and Westbrook | $575.00 | $230.00 |
| 01/22/21 | Belanger | 0.3 | Brief review of replies in furtherance of Motion to Dismiss. | $685.00 | $205.50 |
| 01/22/21 | Kozaczuk | 0.1 | Call with clerk regarding client's motion for sanctions pursuant to Federal Rule of Civil Procedure 11. | $460.00 | $46.00 |
| 01/22/21 | Kozaczuk | 0.3 | Confer with counsel regarding Rule 11 motions seeking sanctions. | $460.00 | $138.00 |
| 01/22/21 | Kozaczuk | 0.3 | Draft correspondence to opposing counsel regarding Rule 11 motion for sanctions; confer with R. Caplan regarding the same. | $460.00 | $138.00 |
| 01/22/21 | Kozaczuk | 0.3 | Review cases addressing [REDACTED] for purposes of timing filing of motion for sanctions. | $460.00 | $138.00 |
| 01/22/21 | Kozaczuk | 1.4 | Review and finalize moving papers and exhibits for motion for sanctions pursuant to Federal Rule of Civil Procedure 11. | $460.00 | $644.00 |
| 01/22/21 | Caplan | 0.3 | Research and analysis regarding filing of Rule 11 motion. | $550.00 | $165.00 |
| 01/22/21 | Heffner | 0.4 | Review message from counsel for SMG; call with sme re demand for legal fee advancements; confer with attorney Sybert re issue relative to same | $550.00 | $220.00 |
| 01/22/21 | Heffner | 0.4 | Calls and e-mails with SMG counsel re Rule 11 motions and hearing on same | $550.00 | $220.00 |
| 01/22/21 | Sybert | 0.2 | reviewed questions from David on our Reply in support of Motion to Dismiss | $575.00 | $115.00 |
| 01/24/21 | Kozaczuk | 0.3 | Revise supporting exhibits in support of Rule 11 sanctions for filing. | $460.00 | $138.00 |
| 01/25/21 | Tyrell | 0.2 | Telephone call from Attorney Hrutkay re briefing schedule for sanctions motion; follow up re same. | $780.00 | $156.00 |
| 01/25/21 | Kozaczuk | 0.1 | Call with counsel regarding stipulation to extend time to oppose motion for sanctions. | $460.00 | $46.00 |
| 01/25/21 | Caplan | 0.2 | Research and analysis regarding filed Rule 11 motion and next steps. | $550.00 | $110.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/25/21 | Heffner | 0.7 | Review and respond to client questions re motion to dismiss briefing including review of respondent's brief relative to Cal. Corp. Code 317(f) analysis under Delaware decisional authority | $550.00 | $385.00 |
| 01/25/21 | Heffner | 0.7 | Correspond with SMG and plaintiff's counsel re Hrutkay request to continue Rule 11 briefing in light of accident and hospital stay; confer with attorneys Sybert and Howatt re strategy | $550.00 | $385.00 |
| 01/25/21 | Heffner | 0.2 | Correspond with client re motion to dismiss and sanctions motion | $550.00 | $110.00 |
| 01/25/21 | Sybert | 0.3 | correspondence from David re Rule 11 hearing, transmitted RUle [sic] motion papers | $575.00 | $172.50 |
| 01/26/21 | Caplan | 0.2 | Review and evaluate Rule 11 motion filed by Mikkelson | $550.00 | $110.00 |
| 01/26/21 | Heffner | 0.5 | Finalize and execute Rule 11 motion; action on filing | $550.00 | $275.00 |
| 01/29/21 | Heffner | 0.2 | Call with SMG's counsel re joint motion relative to Rule 11 briefing schedule and demand on Board for legal fee advancements | $550.00 | $110.00 |
| 02/01/21 | Kozaczuk | 0.1 | Call with M. Hrutkay regarding joint motionto continue hearings on Rule 11 motions for sanctions. | $460.00 | $46.00 |
| 02/02/21 | Kozaczuk | 0.7 | Prepare and revise joint motion for continuance of motion for sanctions and proposed order. | $460.00 | $322.00 |
| 02/03/21 | Kozaczuk | 0.3 | Review newly-published [REDACTED] decision regarding [REDACTED] for purposes of evaluating potential persuasive authority for pending motion to dismiss; correspondence with R. Caplan regarding the same. | $460.00 | $138.00 |
| 02/03/21 | Caplan | 0.2 | Research and analysis regarding new caselaw concerning [REDACTED]. | $550.00 | $110.00 |
| 02/05/21 | Kozaczuk | 0.4 | Review correspondence from M. Hrutkay, revise joint stipulation and proposed order, and prepare reply correspondence to M. Hrutkay; review and reply to correspondence from defendants' counsel regarding the same. | $460.00 | $184.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 02/05/21 | Kozaczuk | 0.3 | Review proposed revisions to joint motion; interoffice correspondence and prepare response to M. Hrutkay regarding the same; provide instruction for filing. | $460.00 | $138.00 |
| 02/05/21 | Caplan | 0.2 | Review and evaluate joint mouton [sic] regarding Rule 11 briefing. | $550.00 | $110.00 |
| 02/05/21 | Heffner | 0.7 | Correspond with counsel for plaintiff and SMG re Rule 11 briefing and joint motion relative to same; review multiple iterations; approve motion and draft response | $550.00 | $385.00 |
| 02/08/21 | Caplan | 0.2 | Review and evaluate filed joint motion to continue Rule 11 briefing. | $550.00 | $110.00 |
| 02/08/21 | Heffner | 0.3 | Review correspondences between counsel re motion to amend Rule 11 briefing schedule and filing of same | $550.00 | $165.00 |
| 02/16/21 | Caplan | 0.2 | Review and evaluate order granting joint motion on Rule 11 briefing. | $550.00 | $110.00 |
| 02/16/21 | Heffner | 0.1 | Review order granting joint motion to amend briefing schedule for Rule 11 snactions motions; action on calendar | $550.00 | $55.00 |
| 02/16/21 | Sybert | 0.3 | review ORDER Granting Joint Motion (Doc. [27]) to Continue Hearing and Briefing on Motion for Sanctions; corresponded clients re same | $575.00 | $172.50 |
| 02/23/21 | Heffner | 0.3 | Review status re correspondences with Westbrook relative to [REDACTED]; confer with attorney Sybert | $550.00 | $165.00 |
| 02/23/21 | Sybert | 0.5 | reviewed and corresponded re status of [REDACTED] | $575.00 | $287.50 |
| 02/25/21 | Caplan | 0.2 | Research and analysis regarding new caselaw addressing [REDACTED], as applicable to pending MTD briefing. | $550.00 | $110.00 |
| 02/27/21 | Sybert | 0.1 | followed up with Paul Tyrell re [REDACTED] | $575.00 | $57.50 |
| 03/15/21 | Sybert | 0.5 | reviewed [REDACTED] | $575.00 | $287.50 |
| 03/18/21 | Sybert | 0.6 | reviewed and analyzed Richmond Opposition to Motion for Sanctions | $575.00 | $345.00 |
| 03/19/21 | Tyrell | 0.3 | Review opposition papers re motion for sanctions. | $780.00 | $234.00 |
| 03/19/21 | Brown | 0.7 | Review opposition brief in preparation of drafting reply brief | $350.00 | $245.00 |
| 03/19/21 | Heffner | 0.2 | Confer re strategy for Rule 11 reply brief | $550.00 | $110.00 |
| 03/21/21 | Brown | 1.1 | Draft reply brief in support of motion for sanctions | $350.00 | $385.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 03/22/21 | Belanger | 0.2 | Review correspondence regarding responsive motions with respect to sanctions. | $685.00 | $137.00 |
| 03/22/21 | Kozaczuk | 0.2 | Call with H. Heffner regarding oppositions to the Rule 11 sanctions motions. | $460.00 | $92.00 |
| 03/22/21 | Kozaczuk | 0.2 | Confer with P. Tyrell regarding reply brief in support of motion for sanctions. | $460.00 | $92.00 |
| 03/22/21 | Kozaczuk | 4.7 | Analyze opposition papers filed in response to Snopes' and defendants' motions for sanctions, including supporting declarations and exhibits, and motions to file under seal; review authorities cited by plaintiff, cross-reference with authority and arguments in underlying motions, and consider appropriate arguments for reply; consider next steps re: opposition to plaintiff's request for sanctions. | $460.00 | $2,162.00 |
| 03/22/21 | Brown | 2.1 | Continue to draft reply brief in support of motion for sanctions and supplement with further factual analysis and comparison to state court case | $350.00 | $735.00 |
| 03/22/21 | Heffner | 4.1 | Review and analyze plaintiff's opposition to clients' Rule 11 motion and the opposition to Snopes's Rule 11 motion; further review of prior briefing including Rule 11 moving papers and motion to dismiss papers; outline issues | $550.00 | $2,255.00 |
| 03/22/21 | Heffner | 0.3 | Call with Snopes' counsel re Rule 11 opposition and strategy | $550.00 | $165.00 |
| 03/23/21 | Tyrell | 0.6 | Correspondence re [REDACTED] | $780.00 | $468.00 |
| 03/23/21 | Tyrell | 1 | Review Plaintiff's opposition to motion for sanctions; emails to J Kozaczuk re strategy for reply brief. | $780.00 | $780.00 |
| 03/23/21 | Kozaczuk | 2.7 | Prepare reply brief re: Rule 11 motion for sanctions; analyze opposition arguments regarding [REDACTED] required under Rule 11 including [REDACTED] review case law including [REDACTED]. | $460.00 | $1,242.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 03/23/21 | Kozaczuk | 6.5 | Begin preparation of reply brief in support of sanctions motion; analyze case law [REDACTED] including analysis of [REDACTED] and related cases addressing [REDACTED] analysis; review legal authority [REDACTED] and additional legal theories [REDACTED], and prepare discussion regarding the same in reply brief. | $460.00 | $2,990.00 |
| 03/23/21 | Brown | 0.4 | Supplement reply brief in support of motion for sanctions with further legal authority | $350.00 | $140.00 |
| 03/23/21 | Heffner | 3.8 | Review draft Rule 11 reply brief and cited authorities; identify issues for further research and development and confer with attorney Brown re same; continue drafting | $550.00 | $2,090.00 |
| 03/24/21 | Kozaczuk | 0.6 | Call with H. Heffner regarding opposition papers and reply briefs for pending motions for Rule 11 sanctions. | $460.00 | $276.00 |
| 03/24/21 | Kozaczuk | 10.4 | Continue preparation of reply to plaintiff's opposition to sanctions motion; analyze [REDACTED] including federal cases addressing the same for purposes of rebutting plaintiff's arguments [REDACTED]; prepare discussion addressing [REDACTED], including discussion regarding [REDACTED]; review authority addressing plaintiff's argument re: [REDACTED]. | $460.00 | $4,784.00 |
| 03/24/21 | Brown | 0.5 | Conduct legal research on demurrers and motions to dismiss by nominal parties, and analyze as compared to this case | $350.00 | $175.00 |
| 03/24/21 | Heffner | 5.6 | Continue analysis and drafting of Rule 11 reply brief | $550.00 | $3,080.00 |
| 03/24/21 | Heffner | 0.3 | Develop strategy for objections to evidence; confer with attorney Brown re same | $550.00 | $165.00 |
| 03/24/21 | Heffner | 0.7 | Calls with counsel for Snopes re Rule 11 briefing | $550.00 | $385.00 |
| 03/25/21 | Tyrell | 1.2 | Review and revise Reply in support of Rule 11 motion; telephone conference with J Kozaczuk re same. | $780.00 | $936.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 03/25/21 | Kozaczuk | 0.2 | Call with H. Heffner re: arguments raised in plaintiff's opposition papers to the Rule 11 motions. | $460.00 | $92.00 |
| 03/25/21 | Kozaczuk | 0.4 | Call with H. Heffner regarding legal authority relevant to reply briefs and evidence submitted in opposition to the Rule 11 motions | $460.00 | $184.00 |
| 03/25/21 | Kozaczuk | 7.9 | Further preparation of reply brief re: Rule 11 sanctions; prepare discussion regarding timing and appropriateness of motion with reference to supporting authority; consider [REDACTED] submitted in opposition to sanctions motions; review of file regarding evidence [REDACTED]; prepare discussoin regarding Snopes right to challenge derivative claims and discussion analyzing and applying objective standard for assessing frivolous filing and claims filed for an improper purposes. | $460.00 | $3,634.00 |
| 03/25/21 | Kozaczuk | 3.4 | Revise and finalize reply brief in support of motion for Rule 11 sanctions against plaintiff and his counsel. | $460.00 | $1,564.00 |
| 03/25/21 | Brown | 1.6 | Conduct legal research on a draft objections to new evidence raised by plaintiff in opposition | $350.00 | $560.00 |
| 03/25/21 | Brown | 1.1 | Respond to Plaintiff's arguments under Rule 23.1 in reply brief and conduct legal research re: same | $350.00 | $385.00 |
| 03/25/21 | Heffner | 0.7 | Further strategy calls with Snopes's counsel | $550.00 | $385.00 |
| 03/25/21 | Heffner | 0.2 | Review tentative ruling on demurrer to Dunn's lawsuit relative to Richmond matter; confer with attorney Sybert re same | $550.00 | $110.00 |
| 03/25/21 | Heffner | 4.1 | Review draft objections to evidence; analyze, including review of Hrutkay, Tencer, and Richmond declarations, exhibits thereto, request for judicial notice, and motion to seal; further draft objections and augment reply brief to reflect same | $550.00 | $2,255.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 03/25/21 | Heffner | 2.9 | Further develop Rule 11 briefing strategy including conference with attorney Sybert; review revisions and comments from same and continue drafting | $550.00 | $1,595.00 |
| 03/25/21 | Sybert | 0.7 | reviewed and revised draft Reply in support of sanctions motion | $575.00 | $402.50 |
| 03/26/21 | Kozaczuk | 0.3 | Review defendants' objections and reply briefs in support of Rule 11 sanctions. | $460.00 | $138.00 |
| 04/21/21 | Sybert | 0.2 | [REDACTED] | $575.00 | $115.00 |
| 04/22/21 | Heffner | 0.2 | Status and strategy with attorneys Sybert and Howatt re [REDACTED] | $550.00 | $110.00 |
| 04/26/21 | Heffner | 0.2 | Review status; client update including Rule 11 sanctions briefing | $550.00 | $110.00 |
| 0/12/21 | Kozaczuk | 0.4 | Call with counsel to discuss opposition papers and plaintiff's anticipated ex parte application. | $460.00 | $184.00 |
| TOTALS | | 532.4 | | | $251,346.50 |

EXHIBIT 5





# William C. Belanger, Partner

| | |
|---|---|
| Practice Areas | Capital Markets and Securities |
| | Intellectual Property |
| | Licensing and Technology Transactions |
| | Mergers & Acquisitions and Strategic Joint Ventures |
| Admissions | California |
| Address | 525 B Street, Suite 2200<br>San Diego, CA 92101 |
| Direct Phone | 619.515.3245 |
| Direct Fax | 619.744.5445 |
| Email | bill.belanger@procopio.com |

## Professional Summary

William C. Belanger represents both private and publicly held companies in acquisitions and divestitures and a wide range of technology transactions.  William's practice focuses on mergers and acquisitions, technology and intellectual property licensing, and general corporate, securities and commercial matters. He has extensive experience in international and high-technology transactions including within the e-commerce, software, semiconductor, telecommunications, battery, manufacturing, supply, distribution, and sports equipment industries.  William is also co-chair of Procopio's Licensing Practice Group and has extensive knowledge of the legal and business issues inherent in licensing transactions.

## Representative Matters

- Represented NASDAQ-listed corporation in sale of semiconductor test interface board business and related assets to affiliate of Chinese publicly-traded corporation involving offices in the U.S., United Kingdom, Germany, China, Singapore, Malaysia and Philippines.

- Negotiation and preparation of Software License Agreement between wireless embedded software technology company and publicly-traded multinational software technology corporation.

- Represented private health care company in acquisition of health care technology assets from NYSE-listed corporation.



- Represented private automated test equipment technology company operating in semiconductor industry in sale to private acquirer backed by global investment firm, involving offices in the U.S., United Kingdom, Malta, Italy, France, Germany, Singapore, Taiwan, Philippines, Malaysia and Thailand.

- Represented private health care anti-fraud, waste and abuse software company in merger with NYSE-listed corporation.

- Represented private biomechanical software modeling company in merger with NYSE-listed corporation.

- Represented public Singapore company in connection with its acquisition of target public company international assets, including intellectual property assets, out of bankruptcy.

- Represented private technology company in sale and partnering venture with public investment bank, involving offices in the U.S., United Kingdom, Singapore, Malaysia and Thailand.

- Represented private smart battery software company in merger with NASDAQ-listed corporation.

- Represented public Singapore company in its acquisition of tangible and intellectual property assets, including numerous international patents and trademarks, from public Delaware corporation.

- Represented Canadian software company in its acquisition of intellectual property assets, including software, copyrights and international trademarks, from California corporation and New Zealand corporation.

- Represented public company in numerous stock and asset acquisitions.

- Represented public and private companies in numerous licensing and commercial transactions.

- Assisted privately-held medical corporation with merger into NYSE-listed corporation.

- Negotiation and preparation of Technology License Agreement for high-tech OEM in connection with acquisition and license-back of patented computerized technology within specified rebreather fields of use.

- Negotiation and preparation of Software License Agreement for legislative software technology company for use with legislative branches and regulatory agencies of government.

- Preparation of Exclusive Patent License Agreement for high-tech OEM in connection with the worldwide production and sale of co-marketed products within sports industry.



- Negotiation and preparation of Mutual OEM International Supply and Licensing Agreement between multinational corporations.

- Preparation of numerous agreements for website development, terms of use, access, privacy policies, services, licensing and electronic commerce.

## Recognitions

- Martindale-Hubbell®  AV Preeminent Rating

- "Top Lawyers," San Diego Magazine, 2014-present

- AmLaw Top Rated Lawyer in Intellectual Property Law, 2018

- 2018 Corporate/Strategic Deal of the Year winner, M&A Advisor Award

## Community

- 6 Degrees Elite – Member

- University Club – Member

## Education

- MBA, California Polytechnic State University, San Luis Obispo, ranked number one in his class, 1999

- JD, Loyola Law School Los Angeles, *magna cum laude*, 1993

- BS (Business Administration), California Polytechnic State University, San Luis Obispo, *summa cum laude*, 1988

## News Coverage

- Dan Heching, Gina Kim and Melanie Brisbon. "Exactech acquires XpandOrtho, with help from Procopio," *San Diego Daily Transcript*, March 19, 2019.



## Seminars

- Webinar co-presenter. "How To Negotiate A License," September 16, 2020.

# EXHIBIT 6

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 09/28/20 | Belanger | 1.3 | Attention to new federal court complaint and review of realted internal legal team correspondence regarding same; analyze and respond to [REDACTED] related to same | $670.00 | $871.00 |
| 10/05/20 | Belanger | 1.2 | Attend all-hands call regarding new federal action, response to same; correspondence with Mr. Tyrell regarding [REDACTED]; review and analyze same | $670.00 | $804.00 |
| 12/17/20 | Belanger | 1.9 | Review Richmond Complaint and Motion to Dismiss. | $670.00 | $1,273.00 |
| 12/23/20 | Belanger | 0.6 | Review litigation status correspondence. | $670.00 | $402.00 |
| 01/04/21 | Belanger | 0.9 | Review summary of federal litigation matters, correspondence from Mr. Tyrell regarding same; review draft Rule 11 motion for sanctions regarding same. | $685.00 | $616.50 |
| 01/06/21 | Belanger | 0.4 | Review correspondence regarding motion for sanctions. | $685.00 | $274.00 |
| 01/13/21 | Belanger | 0.5 | Brief review of opposition to Motion to Dismiss and related correspondnce. | $685.00 | $342.50 |
| 01/14/21 | Belanger | 0.3 | Telephone conference with Mr. Kozaczuk regarding status of pending litigation matters, motion to stay action. | $685.00 | $205.50 |
| 01/22/21 | Belanger | 0.3 | Brief review of replies in furtherance of Motion to Dismiss. | $685.00 | $205.50 |
| 03/22/21 | Belanger | 0.2 | Review correspondence regarding responsive motions with respect to sanctions. | $685.00 | $137.00 |
| TOTALS | | 7.6 | | | $5,131.00 |

EXHIBIT 7

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 09/28/20 | Caplan | 0.3 | Continue research and analysis regarding new federal action filed by Richmond, implications of the same, and next steps | $525.00 | $157.50 |
| 11/02/20 | Caplan | 1 | Research and analysis regarding response to Richmond action. | $525.00 | $525.00 |
| 11/04/20 | Caplan | 0.3 | Prepare acknowledgement of receipt of complaint/summons on behalf of Snopes. | $525.00 | $157.50 |
| 11/05/20 | Caplan | 0.5 | Research and analysis regarding case status and next steps. | $525.00 | $262.50 |
| 11/05/20 | Caplan | 1 | Research and analysis regarding challenges to lawsuit and next steps. | $525.00 | $525.00 |
| 11/10/20 | Caplan | 0.3 | Research and analysis regarding response to complaint; confer with J. Kozaczuk regarding the same. | $525.00 | $157.50 |
| 11/11/20 | Caplan | 1.4 | Continue research and analysis regarding pleading challenges to complaint; confer with J. Kozaczuk regarding the same. | $525.00 | $735.00 |
| 11/17/20 | Caplan | 0.8 | Continue research and analysis regarding status of lawsuits, upcoming pleadings, and next steps. | $525.00 | $420.00 |
| 11/30/20 | Caplan | 0.7 | Research and analysis regarding potential [REDACTED] Richmond complaint; confer with J. Kozaczuk regarding the same. | $525.00 | $367.50 |
| 12/02/20 | Caplan | 0.2 | Review and evaluate verified first amended complaint. | $525.00 | $105.00 |
| 12/03/20 | Caplan | 0.2 | Research and analysis regarding response to amended complaint. | $525.00 | $105.00 |
| 12/09/20 | Caplan | 0.3 | Research and analysis regarding response to Richmond complaint. | $525.00 | $157.50 |
| 12/15/20 | Caplan | 3.2 | Assist with preparation of motion to dismiss First Amended Complaint. | $525.00 | $1,680.00 |
| 12/16/20 | Caplan | 0.4 | Continue assisting with motion to dismiss. | $525.00 | $210.00 |
| 12/17/20 | Caplan | 0.3 | Review and evaluate motions to dismiss; prepare notices of appearance. | $525.00 | $157.50 |
| 12/18/20 | Caplan | 0.2 | Research ana analysis regarding possible Rule 11 motion. | $525.00 | $105.00 |
| 12/29/20 | Caplan | 0.5 | Research and analysis regarding Rule 11 motion. | $525.00 | $262.50 |
| 12/30/20 | Caplan | 0.3 | Continue research and analysis regarding Rule 11 motion. | $525.00 | $157.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/01/21 | Caplan | 3.7 | Continue preparing Rule 11 motion; continue research and analysis regarding the same. | $550.00 | $2,035.00 |
| 01/12/21 | Caplan | 0.7 | Research and analysis regarding plaintiffs' opposition to motions to dismiss, proposed extension request, response to Rule 11 motion, and next steps. | $550.00 | $385.00 |
| 01/13/21 | Caplan | 0.1 | Review and evaluate ex parte application from Richmond requesting briefing extension. | $550.00 | $55.00 |
| 01/15/21 | Caplan | 0.2 | Review and evaluate court order on MTD briefing. | $550.00 | $110.00 |
| 01/19/21 | Caplan | 0.7 | Research and analysis regarding reply brief in support of motion to dismiss; confer with J. Kozaczuk regarding the same. | $550.00 | $385.00 |
| 01/22/21 | Caplan | 0.3 | Research and analysis regarding filing of Rule 11 motion. | $550.00 | $165.00 |
| 01/25/21 | Caplan | 0.2 | Research and analysis regarding filed Rule 11 motion and next steps. | $550.00 | $110.00 |
| 01/26/21 | Caplan | 0.2 | Review and evaluate Rule 11 motion filed by Mikkelson | $550.00 | $110.00 |
| 02/03/21 | Caplan | 0.2 | Research and analysis regarding new caselaw concerning [REDACTED]. | $550.00 | $110.00 |
| 02/05/21 | Caplan | 0.2 | Review and evaluate joint mouton [sic] regarding Rule 11 briefing. | $550.00 | $110.00 |
| 02/08/21 | Caplan | 0.2 | Review and evaluate filed joint motion to continue Rule 11 briefing. | $550.00 | $110.00 |
| 02/16/21 | Caplan | 0.2 | Review and evaluate order granting joint motion on Rule 11 briefing. | $550.00 | $110.00 |
| 02/25/21 | Caplan | 0.2 | Research and analysis regarding new caselaw addressing [REDACTED], as applicable to pending MTD briefing. | $550.00 | $110.00 |
| TOTALS | | 19 | | | $10,152.50 |

EXHIBIT 8

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 10/26/20 | Alcantara (paralegal) | 1.6 | Confer with J. Kozaczuk regarding key documents and progress regarding case going forward; prepare documents in regard to same; update to chronology in regard to Richmond Answer. | $300.00 | $480.00 |
| 12/09/20 | Alcantara (paralegal) | 0.8 | Update case chronology. | $300.00 | $240.00 |
| 12/16/20 | Alcantara (paralegal) | 0.5 | Review and analysis of new case developments; update to chronology in regard to same. | $300.00 | $150.00 |
| 12/17/20 | Alcantara (paralegal) | 0.3 | Review of motion to dismiss and case status in regard to same. | $300.00 | $90.00 |
| TOTALS | | 3.2 | | | $960.00 |

EXHIBIT 9

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 10/03/20 | Sybert | 0.2 | corresponded David re [REDACTED] | $575.00 | $115.00 |
| 10/05/20 | Sybert | 0.8 | prep and conference call with Snopes counsel re deadling with new Chris Richmond federal suit | $575.00 | $460.00 |
| 10/05/20 | Sybert | 0.5 | corresponded David re [REDACTED] followed up re same | $575.00 | $287.50 |
| 10/05/20 | Sybert | 0.6 | corresponded Richmond counsel re acceptance of Waiver of Service, reviewed and revised same | $575.00 | $345.00 |
| 10/05/20 | Sybert | 0.4 | corresponded ProCopio re [REDACTED] reviewed same | $575.00 | $230.00 |
| 10/05/20 | Sybert | 0.2 | corresponded Tyrell re [REDACTED] | $575.00 | $115.00 |
| 10/07/20 | Sybert | 0.3 | conferred re Westbrook, reviewed [REDACTED] | $575.00 | $172.50 |
| 10/07/20 | Sybert | 0.2 | corresponded David re [REDACTED] | $575.00 | $115.00 |
| 10/08/20 | Sybert | 0.3 | correspond, phone Brad Westbrook re representation in new Chris Richmond suit | $575.00 | $172.50 |
| 10/09/20 | Sybert | 0.4 | corresponded David with analysis of grounds of opposition o new Chris Richmond federal suit | $575.00 | $230.00 |
| 10/16/20 | Sybert | 0.2 | conferred with Bill Belanger re [REDACTED] | $575.00 | $115.00 |
| 10/26/20 | Sybert | 0.2 | conferred, corresponded Belanger, David re [REDACTED] | $575.00 | $115.00 |
| 10/27/20 | Sybert | 0.3 | corresponded Westbrook, David, Belanger re representation in new suit | $575.00 | $172.50 |
| 11/03/20 | Sybert | 0.1 | reviewed response date to complaint | $575.00 | $57.50 |
| 11/19/20 | Sybert | 0.3 | corresponded plaintiff's counsel re service, response date for Westbrook | $575.00 | $172.50 |
| 11/22/20 | Sybert | 0.2 | reviewed and conferred re conflicts waiver for Brad Westbrook | $575.00 | $115.00 |
| 11/23/20 | Sybert | 0.2 | reviewed and corresponded David re filing a challenge based on [REDACTED] | $575.00 | $115.00 |
| 11/24/20 | Sybert | 0.3 | reviewed and conferred re representation of Westbrook, stipulation with opposing counsel re response | $575.00 | $172.50 |
| 11/24/20 | Sybert | 0.4 | reviewed application of [REDACTED] doctrine to Richmond complaint, corresponded Paul Tyrell re same | $575.00 | $230.00 |
| 11/25/20 | Sybert | 0.3 | reviewed and conferred, corresponded Bill Belanger, re corporate reimbursement of Westbrook | $575.00 | $172.50 |
| 11/29/20 | Sybert | 0.5 | reviewed notes on first draft response to new Richmond complaint | $575.00 | $287.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 11/30/20 | Sybert | 0.2 | correspond Hrutkay re stipulation for unified response date to verified amended complaint | $575.00 | $115.00 |
| 12/02/20 | Sybert | 0.7 | reviewed Verified First Amended Complaint, corresponded David re [REDACTED] | $575.00 | $402.50 |
| 12/02/20 | Sybert | 1.1 | reviewed first draft motion to dismiss complaint | $575.00 | $632.50 |
| 12/02/20 | Sybert | 0.4 | reviewed corresponded Richmond counsel re application of Rule 15 to bar stipulation, necessity to revise response date, directed re preparation of necessary court papers | $575.00 | $230.00 |
| 12/03/20 | Sybert | 0.2 | Corresponded Matt Hrutkay re Rule 15, electronic service | $575.00 | $115.00 |
| 12/03/20 | Sybert | 0.4 | reviewed and conferred re any derivative nature of surviving claims, reviewed correspondence re same | $575.00 | $230.00 |
| 12/09/20 | Sybert | 0.2 | reviewed certificate of service of the Verified First Amended Complaint | $575.00 | $115.00 |
| 12/15/20 | Sybert | 0.3 | corresponded Westbrook, Procopio re SMG payment of Westbrook fees | $575.00 | $172.50 |
| 12/15/20 | Sybert | 2.2 | reviewed documents for Request for Judicial Notice in connection with motion to dismiss Complaint: ROA summary; TAC; two anti-SLAPP motions (notice & MPA) + two oppositions MPA + two replies + two court's minute orders; two demurrers (notice & MPA) + two oppositions MPA + two replies + two notice of ruling | $575.00 | $1,265.00 |
| 12/15/20 | Sybert | 0.3 | finalized, corresponded with Messrs. Mikkelson and Westbrook re conflicts waivers | $575.00 | $172.50 |
| 12/16/20 | Sybert | 2.7 | revised and edited draft motion for dismissal based, inter alia, on res judicata | $575.00 | $1,552.50 |
| 12/17/20 | Sybert | 0.3 | multiple correspondence with David re [REDACTED] and arguments if Complaint survives pleading stage | $575.00 | $172.50 |
| 12/22/20 | Sybert | 0.5 | [REDACTED] corresponded David re same | $575.00 | $287.50 |
| 12/22/20 | Sybert | 0.2 | corresponded David re [REDACTED] | $575.00 | $115.00 |
| 12/23/20 | Sybert | 1.4 | further review and analysis of [REDACTED], correspond David re same | $575.00 | $805.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 01/01/21 | Sybert | 0.6 | reviewed Snopes Media Group Inc.'s motion for an order imposing sanctions against Plaintiff Christopher Richmond and his counsel, Matthew Hrutkay and Hrutkay Law PC, pursuant to Federal Rule of Civil Procedure 11, and supporting papers | $575.00 | $345.00 |
| 01/04/21 | Sybert | 0.1 | correspond David re Hrutkay new filing | $575.00 | $57.50 |
| 01/05/21 | Sybert | 0.8 | reviewed and corresponded clients re Rule 11 sanctions motion against Plaintiff and his counsel | $575.00 | $460.00 |
| 01/06/21 | Sybert | 0.2 | corresponded David re interplay between Rule 11 motion and motion to dismiss | $575.00 | $115.00 |
| 01/07/21 | Sybert | 0.4 | conferred with corporate counsel re [REDACTED] for Messrs. Mikkelson and Westbrook | $575.00 | $230.00 |
| 01/12/21 | Sybert | 0.5 | reviewed Richmond "Omnibus Objections" to our Request for Judicial Notice | $575.00 | $287.50 |
| 01/12/21 | Sybert | 1.5 | reviewed and analyzed Richmond's Opposition to the pending motions to dismiss his federal action, corresponded clients re same | $575.00 | $862.50 |
| 01/19/21 | Sybert | 0.2 | corresponded Brad Westbrook re [REDACTED] corresponded David and Brad re reply, including our responses on their objections to judicial notice, in support of our motion to dismiss Richmond's federal suit | $575.00 | $115.00 |
| 01/19/21 | Sybert | 0.5 | final review Reply in Support of Motion to Dismiss | $575.00 | $287.50 |
| 01/19/21 | Sybert | 0.3 | final revisions to Defendant's Reply to Oppo to Request for Judicial Notice in support of Motion to Dismiss | $575.00 | $172.50 |
| 01/20/21 | Sybert | 0.2 | corresponded David re Richmond claim | $575.00 | $115.00 |
| 01/21/21 | Sybert | 0.4 | reviewed draft correspondence to Snopes re defense of Richmond suit against Mikkelson and Westbrook | $575.00 | $230.00 |
| 01/22/21 | Sybert | 0.2 | reviewed questions from David on our Reply in support of Motion to Dismiss | $575.00 | $115.00 |
| 01/25/21 | Sybert | 0.3 | correspondence from David re Rule 11 hearing, transmitted RUle [sic] motion papers | $575.00 | $172.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 02/16/21 | Sybert | 0.3 | review ORDER Granting Joint Motion (Doc. [27]) to Continue Hearing and Briefing on Motion for Sanctions; corresponded clients re same | $575.00 | $172.50 |
| 02/23/21 | Sybert | 0.5 | reviewed and corresponded re status of [REDACTED] | $575.00 | $287.50 |
| 02/27/21 | Sybert | 0.1 | followed up with Paul Tyrell re [REDACTED] | $575.00 | $57.50 |
| 03/15/21 | Sybert | 0.5 | reviewed [REDACTED] | $575.00 | $287.50 |
| 03/18/21 | Sybert | 0.6 | reviewed and analyzed Richmond Opposition to Motion for Sanctions | $575.00 | $345.00 |
| 03/25/21 | Sybert | 0.7 | reviewed and revised draft Reply in support of sanctions motion | $575.00 | $402.50 |
| 04/21/21 | Sybert | 0.2 | [REDACTED] | $575.00 | $115.00 |
| TOTALS | | 27.1 | | | $15,582.50 |

EXHIBIT 10

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 09/25/20 | Tyrell | 0.2 | Review notice of new federal court action filed by Richmond today; emails to Mr. Mikkelson and team re same | $745.00 | $149.00 |
| 09/27/20 | Tyrell | 1.4 | Review and analysis of new action filed by Richmond; legal research regarding defenses to be raised by Snopes Media Group; correspondence re new actoin | $745.00 | $1,043.00 |
| 09/28/20 | Tyrell | 0.6 | Correspondence re new federal case filed by Richmond, [REDACTED] and related issues | $745.00 | $447.00 |
| 09/28/20 | Tyrell | 0.3 | Telephone conference with J Kozaczuk re research regarding newly filed federal court action and strategy for motion to dismiss | $745.00 | $223.50 |
| 10/05/20 | Tyrell | 0.8 | Strategy call re new actions; follow up with W Belanger re same | $745.00 | $596.00 |
| 10/23/20 | Tyrell | 0.2 | Follow up re timing of response to new action | $745.00 | $149.00 |
| 10/30/20 | Tyrell | 0.3 | Telephone call with J Kozaczuk regarding motion to dismiss and possible Rule 11 motion. | $745.00 | $223.50 |
| 11/16/20 | Tyrell | 1.1 | Review research and upates re motion to dismiss, motion to stay, and Rule 11 motion; draft [REDACTED]; follow up with team re motions. | $745.00 | $819.50 |
| 11/03/20 | Tyrell | 0.9 | Telephone call with J. Kozaczuk regarding arguments and strategy for motion to dismiss and possible motion to stay. | $745.00 | $670.50 |
| 11/06/20 | Tyrell | 0.2 | Review research notes re motions to dismiss; preliminary draft of litigation update. | $745.00 | $149.00 |
| 11/11/20 | Tyrell | 0.4 | Telephone conference with J Kozaczuk re new argument for motion to dismiss based on lack of verification. | $745.00 | $298.00 |
| 11/17/20 | Tyrell | 0.8 | Telephone conference with R Caplan and J Kozaczuk re motions to dismiss; review legal research regarding same. | $745.00 | $596.00 |
| 11/19/20 | Tyrell | 0.4 | Telephone conference with J Kozaczuk re motion to dismiss and strategy; correspondence with counsel re same | $745.00 | $298.00 |
| 11/30/20 | Tyrell | 0.2 | Review correspondence regarding anticipated amended complaint; [REDACTED]. | $745.00 | $149.00 |
| 12/02/20 | Tyrell | 0.3 | Preliminary review of verified cross-complaint; correspondence re same. | $745.00 | $223.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 12/03/20 | Tyrell | 0.2 | Correspondence re acceptance of service; follow up re timing for filing motion to dismiss. | $745.00 | $149.00 |
| 12/15/20 | Tyrell | 0.7 | Review and provide preliminary comments on motion to dismiss. | $745.00 | $521.50 |
| 12/16/20 | Tyrell | 3.3 | Review draft memorandum of points and authorities in support of Snopes Media Group's motion to dismiss; telephone conferences with J Kozaczuk re arguments and moving papers; legal research regarding [REDACTED] and other issues; revise moving papers. | $745.00 | $2,458.50 |
| 12/17/20 | Tyrell | 0.8 | Correspondence and telephone conference with J Kozaczuk re Motion to Dismiss Richmond Federal Action | $745.00 | $596.00 |
| 01/06/21 | Tyrell | 0.3 | Review motion for sanctions filed by individual defendants. | $780.00 | $234.00 |
| 01/07/21 | Tyrell | 0.1 | Telephone call with defense counsel. | $780.00 | $78.00 |
| 01/07/21 | Tyrell | 0.2 | Review motions filed by individual defendants. | $780.00 | $156.00 |
| 01/12/21 | Tyrell | 0.6 | Review and comment on Richmond's opposition to motion to dismiss. | $780.00 | $468.00 |
| 01/19/21 | Tyrell | 1.6 | Review and revise reply in support of motion to dismiss; review reply in support of Mikkelson motion; follow up with J Kozaczuk re suggestions for particular arguments. | $780.00 | $1,248.00 |
| 01/25/21 | Tyrell | 0.2 | Telephone call from Attorney Hrutkay re briefing schedule for sanctions motion; follow up re same. | $780.00 | $156.00 |
| 03/19/21 | Tyrell | 0.3 | Review opposition papers re motion for sanctions. | $780.00 | $234.00 |
| 03/23/21 | Tyrell | 0.6 | Correspondence re [REDACTED] | $780.00 | $468.00 |
| 03/23/21 | Tyrell | 1 | Review Plaintiff's opposition to motion for sanctions; emails to J Kozaczuk re strategy for reply brief. | $780.00 | $780.00 |
| 03/25/21 | Tyrell | 1.2 | Review and revise Reply in support of Rule 11 motion; telephone conference with J Kozaczuk re same. | $780.00 | $936.00 |
| TOTALS | | 19.2 | | | $14,517.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 09/28/20 | Kozaczuk | 0.2 | Confer with P. Tyrell regarding C. Richmond's federal complaint, including issues related to [REDACTED] | $425.00 | $85.00 |
| 09/28/20 | Kozaczuk | 5.2 | Initial analysis of federal complaint filed by C. Richmond; cross-reference with file and consider potential pleading challenges; analysis of case law relating to [REDACTED] causes of action, including applicable [REDACTED] for claims in federal court and recent California and Delaware cases addressing [REDACTED]; analyze [REDACTED] prepare memorandum regarding case law reelevant to motion to dismiss on grounds of [REDACTED], including analysis of [REDACTED]. | $425.00 | $2,210.00 |
| 10/05/20 | Kozaczuk | 1.4 | Review federal complaint filed by C. Richmond, consider pleading challenges to plaintiff's claims, and confer with R. Caplan regarding the same; analysis of [REDACTED]; review legal authority addressing consideration of [REDACTED] in connection with anticipated motion to dismiss | $425.00 | $595.00 |
| 10/23/20 | Kozaczuk | 0.4 | Review of file regarding [REDACTED] in preparation for motion to dismiss federal claims, including Snopes' [REDACTED] | $425.00 | $170.00 |
| 10/26/20 | Kozaczuk | 2.5 | Evaluate potential Rule 11 motion for sanctions in federal action, including review of file and analyze pertinent legal authority; analyze [REDACTED] and related cases addressing propriety of Rule 11 sanctions where claims are [REDACTED] | $425.00 | $1,062.50 |
| 10/27/20 | Kozaczuk | 1.8 | Analysis of case law regarding standards for Rule 11 motions and the [REDACTED], including analysis of [REDACTED], and related cases; prepare memorandum regarding pertinent legal authority for potential Rule 11 sanctions motion in the federal action. | $425.00 | $765.00 |
| 10/27/20 | Kozaczuk | 0.2 | Confer with R. Caplan regarding potential Rule 11 motion for sanctions in the federal action. | $425.00 | $85.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 10/30/20 | Kozaczuk | 6.7 | Begin preparation of motion to dismiss C. Richmond's federal complaint; review of file including prior pleadings, claims, and allegations asserted by plaintiffs in state court action for purposes of preparing same. | $425.00 | $2,847.50 |
| 10/30/20 | Kozaczuk | 0.4 | Review docket for federal action and consider next steps (.2); confer with P. Tyrell regarding federal action, including Rule 11 motion for sanctions and [REDACTED] (.2). | $425.00 | $170.00 |
| 10/30/20 | Kozaczuk | 1 | Prepare memorandum regarding relevant case law for seeking Rule 11 sanctions in federal action in preparation for Rule 11 motion. | $425.00 | $425.00 |
| 10/31/20 | Kozaczuk | 4.2 | Analyze whether Richmond's federal claims are barred by the [REDACTED] for purposes of client's motion to dismiss C. Richmond's federal complaint including review of [REDACTED], and cases addressing claims [REDACTED]; analyze [REDACTED], and their progeny regarding application of [REDACTED] and related cases addressing the [REDACTED]; prepare memorandum regarding pertinent case law and application to C. Richmond's claims. | $425.00 | $1,785.00 |
| 11/03/20 | Kozaczuk | 7.3 | Alanyze case law regarding [REDACTED] for purposes of seeking dismissal of the federal action under Rule 12(b)(1) and prepare memorandum analyzing application of [REDACTED] to plaintiff's federal causes of action; review recent decisions including [REDACTED] and evaluate whether [REDACTED] analyze civil actions implicating [REDACTED]. | $425.00 | $3,102.50 |
| 11/03/20 | Kozaczuk | 3.2 | Continue preparation of motion to stay federal procexeding, including discussion regarding claims, pleadings, and adjudicated issues in state court action and related judicial findings; review of file in connection with same | $425.00 | $1,360.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 11/04/20 | Kozaczuk | 1.6 | Continue preparation of memorandum analyzing key issues for seeking stay or dismissal under [REDACTED] and review of file in connection with same. | $425.00 | $680.00 |
| 11/04/20 | Kozaczuk | 8.2 | Prepare motion to dismiss derivative shareholder claims pursuant to Rule 12(b)(6) and Rule 23.1; continue preparation of memorandum analyzing pertinent legal authority for motion to dismiss; analysis of case law regarding [REDACTED] applicable to Richmond's shareholder derivative claims; review federal cases addressing [REDACTED] | $425.00 | $3,485.00 |
| 11/11/20 | Kozaczuk | 0.6 | Evaluate [REDACTED] with respect to shareholder derivative claims for purposes of [REDACTED]; review legal authority regarding same, including [REDACTED]. | $425.00 | $255.00 |
| 11/01/20 | Kozaczuk | 5.3 | Extensive analysis of Ninth Circuit jurisprudence regading application of [REDACTED] for purposes of Snopes' motion to dismiss the federal complaint, including [REDACTED], and other decisions analyzing [REDACTED]; begin preparation of Snopes' motion to dismiss the federal complaint. | $425.00 | $2,252.50 |
| 11/02/20 | Kozaczuk | 6 | Prepare motion to stay federal action pending adjudication of state action and continue preparation of Rule 12(b)(6) motion to dismiss; review legal authority regarding [REDACTED], including [REDACTED] and subsequent cases. | $425.00 | $2,550.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 11/02/20 | Kozaczuk | 4.8 | Analysis of case law and state and federal pleadings for purposes of evaluating [REDACTED]; analyze [REDACTED] and its progeny regarding [REDACTED]; review case law including [REDACTED] addressoing applicable legal standards for challenging [REDACTED]; analyze [REDACTED] and other cases regarding [REDACTED] for purposes of evaluating dismissal [REDACTED]; prepare memorandum analyzing legal authority relevant to dismissal of Richmond's claims on grounds of [REDACTED]; confer with R. Caplan regarding the same. | $425.00 | $2,040.00 |
| 11/05/20 | Kozaczuk | 0.4 | Confer with R. Caplan regarding seeking stay or dismissal under [REDACTED] | $425.00 | $170.00 |
| 11/05/20 | Kozaczuk | 5.9 | Evaluate dismissal of Richmond's claims under [REDACTED] extensive review of federal cases applying the [REDACTED] and decisions addressing the [REDACTED]; prepare memorandum analyzing pertinent case law [REDACTED] dismissal of C. Richmond's federal claims under [REDACTED]. | $425.00 | $2,507.50 |
| 11/06/20 | Kozaczuk | 1.4 | Review case law regarding application of the [REDACTED], and other district court decisions applying [REDACTED] and addressing persuasive holdings of other circuits; prepare discussion regarding pertinent legal authority in memorandum [REDACTED]. | $425.00 | $595.00 |
| 11/09/20 | Kozaczuk | 4.7 | Analyze case law addressing stay or dismissal [REDACTED], and cases addressing [REDACTED]; prepare discussion in memorandum applying pertinent case law to claims at bar in the federal action and consider next steps re: pleading challenges. | $425.00 | $1,997.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 11/10/20 | Kozaczuk | 5 | Analysis of pertinent case law regarding [REDACTED] for purposes of raising preclusion defenses in client's motion to dismiss, and prepare memorandum analyzing relevant legal authority; extensive analysis of [REDACTED]; review [REDACTED], and other federal cases applying [REDACTED]; review California federal and state court cases analyzing [REDACTED]. | $425.00 | $2,125.00 |
| 11/10/20 | Kozaczuk | 2.6 | Review legal authority relevant to seeking [REDACTED]; analyze district and circuit court decisions applying [REDACTED]; continue preparation of memorandum analysing potential issue and [REDACTED] and germane legal authority in preparation for motion to dismiss. | $425.00 | $1,105.00 |
| 11/11/20 | Kozaczuk | 0.1 | Confer with P. Tyrell regarding C. Richmond's failure to verify the federal complaint. | $425.00 | $42.50 |
| 11/11/20 | Kozaczuk | 1.4 | Confer with R. Caplan regarding challenges to C. Richmond's federal complaint including discussion of [REDACTED]. | $425.00 | $595.00 |
| 11/11/20 | Kozaczuk | 4.6 | Continue preparation of client's motion to dismiss; analyze [REDACTED] and subsequent cases addressing Ninth Circuit [REDACTED]; analyze case law regarding [REDACTED]; review [REDACTED] and other cases addressing pleadings [REDACTED], and continue preparation of memorandum addressing pertinent legal authority for motion to dismiss pursuant to Rule 12(b)(6). | $425.00 | $1,955.00 |
| 11/11/20 | Kozaczuk | 1.9 | Evaluate plaintiff's compliance with pleading requirements under [REDACTED]; analysis of [REDACTED] and its progeny regarding [REDACTED] and appropriate remedits; consider next steps and prepare discussion regarding same in client's motion to dismiss. | $425.00 | $807.50 |
| 11/16/20 | Kozaczuk | 0.2 | Correspondence with P. Tyrell re: moving for sanctions under Rule 11. | $425.00 | $85.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 11/17/20 | Kozaczuk | 0.3 | Review of file and Rule 23.1 in preparation for meet and confer with opposing counsel; call with plaintiff's counsel to discuss unverified complaint. | $425.00 | $127.50 |
| 11/18/20 | Kozaczuk | 6.3 | Continue preparation of motion to dismiss Richmond's derivative shareholder claims. | $425.00 | $2,677.50 |
| 11/25/20 | Kozaczuk | 0.1 | Call with plaintiff's counsel regarding filing of amended complaint. | $425.00 | $42.50 |
| 11/30/20 | Kozaczuk | 0.2 | Confer with R. Caplan regarding Richmnond's [REDACTED] and potential [REDACTED]. | $425.00 | $85.00 |
| 11/30/20 | Kozaczuk | 9.3 | Continue preparation of motion to dismiss the federal complaint including discussion regarding res judicata effect of the anti-SLAPP order and application of the primary rights theory; review [REDACTED] and related cases regarding [REDACTED], and prepare discussion in client's motion to dismiss regarding prior litigation of pertinent elements and alleged issues in the state action. | $425.00 | $3,952.50 |
| 11/30/20 | Kozaczuk | 0.1 | Review and reply to correspondence from plaintiff's counsel regarding filing of the amended complaint; interoffice correspondence regarding the same. | $425.00 | $42.50 |
| 12/01/20 | Kozaczuk | 5.2 | Continue preparation of motion to dismiss derivative suit; analyze [REDACTED] and other case law regarding [REDACTED]. | $425.00 | $2,210.00 |
| 12/01/20 | Kozaczuk | 1.5 | Analysis of [REDACTED] and its progeny and evaluate filing [REDACTED] in the federal action; review case law regarding [REDACTED]. | $425.00 | $637.50 |
| 12/02/20 | Kozaczuk | 0.5 | Review verified first amended complaint and cross-reference with original complaint; review legal authority addressing sufficiency of [REDACTED]. | $425.00 | $212.50 |
| 12/02/20 | Kozaczuk | 5.6 | Review of file and identify pleadings relevant to responsive motions for client's request for judicial notice; continue preparation of memorandum of points and authorities in support of client's motion to dismiss the C. Richmond's derivative claims. | $425.00 | $2,380.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 12/03/20 | Kozaczuk | 4.8 | Continue preparation of motion to dismiss C. Richmond's shareholder derivative claims. | $425.00 | $2,040.00 |
| 12/12/20 | Kozaczuk | 2.8 | Prepare client's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1. | $425.00 | $1,190.00 |
| 12/13/20 | Kozaczuk | 8.4 | Continue preparation of motino to dismiss the First Amended Complaint; analyze case law [REDACTED] for procedural and substantive aspects of [REDACTED] analysis; review case law addressing [REDACTED] and prepare discussion regarding the same in the memorandum of points and authorities. | $425.00 | $3,570.00 |
| 12/14/20 | Kozaczuk | 1.6 | Analyze case law regarding [REDACTED] prepare memorandum addressing the same in anticipation of opposition arguments from plaintiff. | $425.00 | $680.00 |
| 12/14/20 | Kozaczuk | 7.7 | Analyze case law regarding [REDACTED] including [REDACTED]; continue preparation of memorandum of points and authorities in support of motion to dismiss including discussion of inadequate representation and application of res judicata to derivative shareholder claims. | $425.00 | $3,272.50 |
| 12/15/20 | Kozaczuk | 1.4 | Call with counsel regarding motions to dismiss the C. Richmond's federal claims; coordinate and discusss arguments and supporting legal authority. | $425.00 | $595.00 |
| 12/15/20 | Kozaczuk | 0.4 | Confer with R. Caplan regarding motion to dismiss and potential requests for stay of action. | $425.00 | $170.00 |
| 12/15/20 | Kozaczuk | 7.1 | Continue preparation of motion to dismiss [REDACTED]; review of file and identify pertinent records for judicial notice in support of motion to dismiss. | $425.00 | $3,017.50 |
| 12/16/20 | Kozaczuk | 0.8 | Call with counsel to discuss overlapping legal arguments and authority for motions to dismiss the federal claims. | $425.00 | $340.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 12/16/20 | Kozaczuk | 6.9 | Prepare request for judicial notice; continue review of file for identification of pertinent records for judicial notice in support of preclusion, demand futility, and inadequate representation arguments; review legal authority addressing use of judicial notice to establish re judicata and demand futility for purposes of citing the same in request for judicial notice; revise and finalize motion to dismiss the First Amended Complaint. | $425.00 | $2,932.50 |
| 12/17/20 | Kozaczuk | 0.1 | Call with department clerk regarding motion to dismiss and hearing date. | $425.00 | $42.50 |
| 12/17/20 | Kozaczuk | 0.5 | Review [REDACTED], and related cases [REDACTED] regarding [REDACTED] of Rule 11 motions in connection with dispositive motions; interoffice correspondence regarding the same for purposes of preparing Rule 11 motion seeking sanctions. | $425.00 | $212.50 |
| 12/21/20 | Kozaczuk | 0.3 | Call with counsel regarding motions to dismiss and anticipated reply briefs. | $425.00 | $127.50 |
| 12/23/20 | Kozaczuk | 7.5 | Prepare Rule 11 motion for sanctions; review [REDACTED], and other California, Ninth Circuit, and out-of-district decisions imposing sanctions under Rule 11 [REDACTED] for purposes of referencing the same in memorandum of points and authorities. | $425.00 | $3,187.50 |
| 12/27/20 | Kozaczuk | 4.1 | Continue preparation of memorandum of points and authorities in support of request for sanctions pursuant to Rule 11; analyze federal cases addressing requests for sanctions in shareholder derivative suits. | $425.00 | $1,742.50 |
| 12/28/20 | Kozaczuk | 0.4 | Call with counsel regarding motions for sanctions. | $425.00 | $170.00 |
| 12/28/20 | Kozaczuk | 4.3 | Continue preparation of motion for sanctions pursuant to Federal Rule of Civil Procedure 11 including discussion of Mr. Hrutkay's knowledge or presumed knowledge over Rule 11 violations, and review of file regarding records evidencing the same. | $425.00 | $1,827.50 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 12/29/20 | Kozaczuk | 0.3 | Confer with R. Caplan regarding Rule 11 motion for sanctions. | $425.00 | $127.50 |
| 12/29/20 | Kozaczuk | 4 | Continue preparation of memorandum of points and authorities in support of Rule 11 motion; review case law regarding [REDACTED] for purposes of citing same in moving papers. | $425.00 | $1,700.00 |
| 12/30/20 | Kozaczuk | 6.3 | Prepare motion for sanctions pursuant to Rule 11; review of file regarding pertinent background for Rule 11 motion and identify relevant records for judicial notice; prepare request for judicial notice. | $425.00 | $2,677.50 |
| 12/31/20 | Kozaczuk | 0.3 | Confer with R. Caplan regarding service of Rule 11 motion and next steps. | $425.00 | $127.50 |
| 12/31/20 | Kozaczuk | 4.6 | prepare and revise moving papers seeking Rule 11 sanctions; review revisions by R. Caplan and continue preparation of memorandum of points and authorities; analyze [REDACTED] and its progeny regarding [REDACTED], for purposes of seeking sanctions against C. Richmond in the motion for sanctions. | $425.00 | $1,955.00 |
| 12/31/20 | Kozaczuk | 0.2 | Review newly published decision [REDACTED] for potential impact on pending motion to dismiss. | $425.00 | $85.00 |
| 12/31/20 | Kozaczuk | 0.3 | Confer with R. Caplan regarding arguments in Rule 11 motion, including seeking sanctions as to C. Richmond and asserting Rule 11 violations for lack of evidentiary support. | $425.00 | $127.50 |
| 01/01/21 | Kozaczuk | 4.3 | Prepare attorney declaration and finalize motion for sanctions and supporting papers; correspondence with R. Caplan regarding revisions to moving papers; prepare correspondence to counsel serving motion for sanctions pursuant to Federal Rule of Civil Procedure Rule 11. | $460.00 | $1,978.00 |
| 01/05/21 | Kozaczuk | 0.3 | Review Mikkelson and Werstbrook's motion for sanctions. | $460.00 | $138.00 |
| 0/12/21 | Kozaczuk | 0.4 | Call with counsel to discuss opposition papers and plaintiff's anticipated ex parte application. | $460.00 | $184.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/12/21 | Kozaczuk | 1.8 | Initial review of opposition papers to the motions to dismiss Richmond's claims; confer with R. Caplan regarding same in preparation for reply. | $460.00 | $828.00 |
| 01/13/21 | Kozaczuk | 0.3 | Confer with counsel regarding arguments raised in plaintiff's opposition to the motions to dismiss; review of file in connection with the same. | $460.00 | $138.00 |
| 01/13/21 | Kozaczuk | 0.1 | Review plaintiff's ex parte application and supporting declaration. | $460.00 | $46.00 |
| 01/15/21 | Kozaczuk | 0.2 | Telephone conference with counsel regarding reply briefs in support of motions to dismiss. | $460.00 | $92.00 |
| 01/17/21 | Kozaczuk | 4.2 | Preparation of reply brief in support of motion to dismiss derivative claims; analyze cases addressing [REDACTED], and prepare analysis regarding the same for purposes of rebutting arguments raised in plaintiff's opposition papers. | $460.00 | $1,932.00 |
| 01/19/21 | Kozaczuk | 10.6 | Prepare and finalize reply brief in support of motion to dismiss C. Richmond's derivative claims; analyze case law cited in plaintiff's opposition papers, review related decisions, and address plaintiff's arguments relating to the same in reply brief with reference to pertinent legal authority; analyze [REDACTED], and prepare discussion addressing same in reply brief. | $460.00 | $4,876.00 |
| 01/22/21 | Kozaczuk | 0.1 | Call with clerk regarding client's motion for sanctions pursuant to Federal Rule of Civil Procedure 11. | $460.00 | $46.00 |
| 01/22/21 | Kozaczuk | 0.3 | Confer with counsel regarding Rule 11 motions seeking sanctions. | $460.00 | $138.00 |
| 01/22/21 | Kozaczuk | 0.3 | Draft correspondence to opposing counsel regarding Rule 11 motion for sanctions; confer with R. Caplan regarding the same. | $460.00 | $138.00 |
| 01/22/21 | Kozaczuk | 0.3 | Review cases addressing [REDACTED] for purposes of timing filing of motion for sanctions. | $460.00 | $138.00 |
| 01/22/21 | Kozaczuk | 1.4 | Review and finalize moving papers and exhibits for motion for sanctions pursuant to Federal Rule of Civil Procedure 11. | $460.00 | $644.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/24/21 | Kozaczuk | 0.3 | Revise supporting exhibits in support of Rule 11 sanctions for filing. | $460.00 | $138.00 |
| 01/25/21 | Kozaczuk | 0.1 | Call with counsel regarding stipulation to extend time to oppose motion for sanctions. | $460.00 | $46.00 |
| 02/01/21 | Kozaczuk | 0.1 | Call with M. Hrutkay regarding joint motionto continue hearings on Rule 11 motions for sanctions. | $460.00 | $46.00 |
| 02/02/21 | Kozaczuk | 0.7 | Prepare and revise joint motion for continuance of motion for sanctions and proposed order. | $460.00 | $322.00 |
| 02/03/21 | Kozaczuk | 0.3 | Review newly-published [REDACTED] decision regarding [REDACTED] for purposes of evaluating potential persuasive authority for pending motion to dismiss; correspondence with R. Caplan regarding the same. | $460.00 | $138.00 |
| 02/05/21 | Kozaczuk | 0.4 | Review correspondence from M. Hrutkay, revise joint stipulation and proposed order, and prepare reply correspondence to M. Hrutkay; review and reply to correspondence from defendants' counsel regarding the same. | $460.00 | $184.00 |
| 02/05/21 | Kozaczuk | 0.3 | Review proposed revisions to joint motion; interoffice correspondence and prepare response to M. Hrutkay regarding the same; provide instruction for filing. | $460.00 | $138.00 |
| 03/22/21 | Kozaczuk | 0.2 | Call with H. Heffner regarding oppositions to the Rule 11 sanctions motions. | $460.00 | $92.00 |
| 03/22/21 | Kozaczuk | 0.2 | Confer with P. Tyrell regarding reply brief in support of motion for sanctions. | $460.00 | $92.00 |
| 03/22/21 | Kozaczuk | 4.7 | Analyze opposition papers filed in response to Snopes' and defendants' motions for sanctions, including supporting declarations and exhibits, and motions to file under seal; review authorities cited by plaintiff, cross-reference with authority and arguments in underlying motions, and consider appropriate arguments for reply; consider next steps re: opposition to plaintiff's request for sanctions. | $460.00 | $2,162.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 03/23/21 | Kozaczuk | 2.7 | Prepare reply brief re: Rule 11 motion for sanctions; analyze opposition arguments regarding [REDACTED] required under Rule 11 including [REDACTED] review case law including [REDACTED]. | $460.00 | $1,242.00 |
| 03/23/21 | Kozaczuk | 6.5 | Begin preparation of reply brief in support of sanctions motion; analyze case law [REDACTED] including analysis of [REDACTED] and related cases addressing [REDACTED] analysis; review legal authority [REDACTED] and additional legal theories [REDACTED], and prepare discussion regarding the same in reply brief. | $460.00 | $2,990.00 |
| 03/24/21 | Kozaczuk | 0.6 | Call with H. Heffner regarding opposition papers and reply briefs for pending motions for Rule 11 sanctions. | $460.00 | $276.00 |
| 03/24/21 | Kozaczuk | 10.4 | Continue preparation of reply to plaintiff's opposition to sanctions motion; analyze [REDACTED] including federal cases addressing the same for purposes of rebutting plaintiff's arguments [REDACTED]; prepare discussion addressing [REDACTED], including discussion regarding [REDACTED]; review authority addressing plaintiff's argument re: [REDACTED]. | $460.00 | $4,784.00 |
| 03/25/21 | Kozaczuk | 0.2 | Call with H. Heffner re: arguments raised in plaintiff's opposition papers to the Rule 11 motions. | $460.00 | $92.00 |
| 03/25/21 | Kozaczuk | 0.4 | Call with H. Heffner regarding legal authority relevant to reply briefs and evidence submitted in opposition to the Rule 11 motions | $460.00 | $184.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 03/25/21 | Kozaczuk | 7.9 | Further preparation of reply brief re: Rule 11 sanctions; prepare discussion regarding timing and appropriateness of motion with reference to supporting authority; consider [REDACTED] submitted in opposition to sanctions motions; review of file regarding evidence [REDACTED]; prepare discussoin regarding Snopes right to challenge derivative claims and discussion analyzing and applying objective standard for assessing frivolous filing and claims filed for an improper purposes. | $460.00 | $3,634.00 |
| 03/25/21 | Kozaczuk | 3.4 | Revise and finalize reply brief in support of motion for Rule 11 sanctions against plaintiff and his counsel. | $460.00 | $1,564.00 |
| 03/26/21 | Kozaczuk | 0.3 | Review defendants' objections and reply briefs in support of Rule 11 sanctions. | $460.00 | $138.00 |
| TOTALS | | 257.7 | | | $111,773.00 |

EXHIBIT 11

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 10/05/20 | Heffner | 0.3 | Action on opening matter and calendaring responsive pleading deadline; confer with attorney Sybert re attorney handling | $550.00 | $165.00 |
| 10/30/20 | Heffner | 1.1 | Draft demand to SMG for indemnification and/or advancement of litigation fees and costs | $550.00 | $605.00 |
| 11/03/20 | Heffner | 0.2 | Review waiver of service; action on calendar and file | $550.00 | $110.00 |
| 11/23/20 | Heffner | 0.7 | Review docket and proof of service of complaint on Westbrook; review local rules relative to extending responsive pleading deadline and confer with attorney Sybert; correspond with plaintiff's counsel re stipulation | $550.00 | $385.00 |
| 11/23/20 | Heffner | 0.8 | Prepare legal service agreement and conflict waiver | $550.00 | $440.00 |
| 11/24/20 | Heffner | 0.2 | Correspond with plaintiff's counsel re Westbrook responsive pleading | $550.00 | $110.00 |
| 11/28/20 | Heffner | 3.7 | Review draft motion to dismiss; revise and further draft; identify issues for further development and confer with attorney Ren re same | $550.00 | $2,035.00 |
| 11/30/20 | Heffner | 0.3 | Correspond with plaintiff's counsel re first amended complaint and responsive pleading | $550.00 | $165.00 |
| 12/01/20 | Heffner | 0.2 | Correspond with Procopio re anticipated first amended complaint | $550.00 | $110.00 |
| 12/02/20 | Heffner | 0.8 | Status and strategy re pleading challenges and anticipated first amended complaint; confer with attorneys Sybert and Ren re same | $550.00 | $440.00 |
| 12/09/20 | Heffner | 0.2 | Review correspondence and certificate of service from plaintiff's counsel; ation on file and calendar; confer with attorney Sybert | $550.00 | $110.00 |
| 12/09/20 | Heffner | 1.2 | Analyze derivative claims for additional pleading challenges including review of SMG and client demurrers in state court action and order on same, Dunn's state court complaint and demurrer thereto | $550.00 | $660.00 |
| 12/10/20 | Heffner | 0.7 | Initial analysis of merits of plaintiff's allegations relative to SMG's characterization of fee advancements as business expenses for tax purposes | $550.00 | $385.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 12/10/20 | Heffner | 2.1 | Analyze plaintiff's fraud, negligent misrepresentation, unjust enrichment claims for 12(b)(6) challenges; develop arguments and outline same | $550.00 | $1,155.00 |
| 12/11/20 | Heffner | 2.7 | Analyze and further develop res judicata and collateral estoppel challenges to plaintiff's fraud, negligent misrepresentation, unjust enrichment claims; develop and draft motion to dismiss | $550.00 | $1,485.00 |
| 12/13/20 | Heffner | 2.3 | Review and further draft request for judicial notice supporting motion to dismiss and identify 36 supporting exhibits preparatory to filing; augment motion to reflect same | $550.00 | $1,265.00 |
| 12/14/20 | Heffner | 4.3 | Review revised motion to dismiss; analyse issues and continued research relative to demand futility, standing, and direct (non derivative) claims; further draft | $550.00 | $2,365.00 |
| 12/15/20 | Heffner | 1.8 | Status and strategy re claims and pleading challenges; conference with SMG counsel re same; subsequent correspondences with same via phone and e-mail | $550.00 | $990.00 |
| 12/15/20 | Heffner | 3.4 | Reviewed revised motion to dismiss; further analyze and develop issues relative to diversity jurisdiction and request for discovery re same; further draft | $550.00 | $1,870.00 |
| 12/16/20 | Heffner | 1.4 | Further status and strategy on pleading challenges; correspond with SMG's counsel re same via phone and e-mail | $550.00 | $770.00 |
| 12/16/20 | Heffner | 6.7 | Continue preparation of motion to dismiss | $550.00 | $3,685.00 |
| 12/16/20 | Heffner | 1.2 | Calls and e-mails with SMG counsel re motion to dismiss | $550.00 | $660.00 |
| 12/17/20 | Heffner | 0.3 | Review SMG's motion to dismiss | $550.00 | $165.00 |
| 12/18/20 | Heffner | 0.5 | Draft proposed order granting motion to dismiss | $550.00 | $275.00 |
| 12/18/20 | Heffner | 0.2 | Review truncated deadline for motion to dismiss reply briefing due to court holiday; call to counsel for SMG | $550.00 | $110.00 |
| 12/21/20 | Heffner | 0.4 | Call with SMG counsel re strategy for motion to dismiss reply breiefing and potential Rule 11 motion | $550.00 | $220.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 12/22/20 | Heffner | 1.3 | Consider sanctions motion and timing of same including review of Rule 11 and decisional authority; confer with attorneys Sybert and Brown | $550.00 | $715.00 |
| 12/23/20 | Heffner | 1.1 | Review attorney Brown's summary and authority re [REDACTED] analyze and confer internally re application including [REDACTED] | $550.00 | $605.00 |
| 12/23/20 | Heffner | 0.5 | [REDACTED] | $550.00 | $275.00 |
| 12/28/20 | Heffner | 3.4 | Continue analysis and research relative to sanctions motion and further develop strategy; calls with counsel for SMG (.4) and attorney Brown (.3); outline grounds for motion | $550.00 | $1,870.00 |
| 12/30/20 | Heffner | 3.9 | Review draft Rule 11 memorandum; analysis and continue drafting same | $550.00 | $2,145.00 |
| 12/31/20 | Heffner | 5.4 | Continue preparation of Rule 11 memorandum and supporting documents | $550.00 | $2,970.00 |
| 01/01/21 | Heffner | 1.3 | Review SMG's Rule 11 correspondence to plaintiff's counsel and enclosed motion | $550.00 | $715.00 |
| 01/04/21 | Heffner | 3.5 | Review and continue drafting notice of motion and memorandum supporting Rule 11 sanctions; draft attorney declaration and correspondence to plaintiff's counsel serving same | $550.00 | $1,925.00 |
| 01/05/21 | Heffner | 0.2 | Review client correspondence re timing of motions to dismiss and for sanctions; draft response re anticipated sequencing | $550.00 | $110.00 |
| 01/05/21 | Heffner | 0.3 | Correspond with client and plaintiff's counsel re revision to sanctions motion | $550.00 | $165.00 |
| 01/12/21 | Heffner | 0.9 | Review correspondences from plaintiff's counsel and SMG re late opposition filing and stipulation to continue briefing schedule; call with SMG counsel re same; review ex parte application | $550.00 | $495.00 |
| 01/12/21 | Heffner | 1.9 | Review and analyze plaintiff's opposition to motion to dismiss preparatory to drafting reply, strategy with attorneys Sybert and Ren | $550.00 | $1,045.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 01/12/21 | Heffner | 3.4 | Review plaintiff's authority cited in opposition to motion to dismiss direct claim for breach of fiduciary duty; research and review 20+ opinions; analysis re application of Jones v. H.F. Ahmanson & Co and potential effect of allegations re majority voting bloc | $550.00 | $1,870.00 |
| 01/13/21 | Heffner | 2.1 | Review plaintiff's arguments in opposition to motion to dismiss that business judgment rule inapplicable at pleading stage; research and develop arguments in reply | $550.00 | $1,155.00 |
| 01/13/21 | Heffner | 0.5 | Research application of the business judgment rule to officers in California | $550.00 | $275.00 |
| 01/13/21 | Heffner | 0.3 | Call and e-mail with counsel for SMG re plaintiff's allegations and underlying letter exchange relative to tax return issue | $550.00 | $165.00 |
| 01/13/21 | Heffner | 0.9 | Draft reply in support of motion to dismiss | $550.00 | $495.00 |
| 01/13/21 | Heffner | 1.1 | Further analyze and develop counterarguments in reply to plaintiff's opposition to motion to dismiss breach of fiduciary duty claim | $550.00 | $605.00 |
| 01/14/21 | Heffner | 3.4 | Continue to analysis and strategy in response to plaintiff's motion to dismiss opposition including continued review of first amended complaint, correspondences between parties and pleadings in underlying state court action | $550.00 | $1,870.00 |
| 01/14/21 | Heffner | 1.2 | Review and analyze plaintiff's 68-page objectoin to requests for judicial notice; review Evidence Code and decisional authority relative to same | $550.00 | $660.00 |
| 01/15/21 | Heffner | 0.3 | Correspond with court clerk re pending ex parte application to revise dispositive motion briefing schedule; review notice of entry of order granting same | $550.00 | $165.00 |
| 01/15/21 | Heffner | 0.6 | Research whether damages allegations sufficient under CA law | $550.00 | $330.00 |
| 01/15/21 | Heffner | 0.2 | Call with SMG counsel re status and strategy of reply supporting motion to dismiss | $550.00 | $110.00 |
| 01/15/21 | Heffner | 5.9 | Draft reply supporting motion to dismiss | $550.00 | $3,245.00 |
| 01/16/21 | Heffner | 3.6 | Continue drafting reply supporting motion to dismiss | $550.00 | $1,980.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 01/17/21 | Heffner | 0.2 | Status and strategy call with SMG's counsel re reply briefing supporting motion to dismiss | $550.00 | $110.00 |
| 01/19/21 | Heffner | 3.3 | Review and continue preparation of response to plaintiff's objections to request for judicial notice | $550.00 | $1,815.00 |
| 01/20/21 | Heffner | 0.2 | Correspond with client re analysis of fraud claim | $550.00 | $110.00 |
| 01/20/21 | Heffner | 0.2 | Correspond with counsel for SMG re motion to dismiss and Rule 11 briefing | $550.00 | $110.00 |
| 01/20/21 | Heffner | 0.3 | Review SMG's reply in support of motion to dismiss | $550.00 | $165.00 |
| 01/21/21 | Heffner | 0.8 | Review and finalize Rule 11 motion including notice, memorandum of points and authorities, and attorney declaration; call with clerk re hearing date for same | $550.00 | $440.00 |
| 01/21/21 | Heffner | 0.9 | Further draft demand for SMG indemnification and/or advancement of litigation fees and costs; confer with attorneys Howatt and Sybert re same | $550.00 | $495.00 |
| 01/22/21 | Heffner | 0.4 | Review message from counsel for SMG; call with sme re demand for legal fee advancements; confer with attorney Sybert re issue relative to same | $550.00 | $220.00 |
| 01/22/21 | Heffner | 0.4 | Calls and e-mails with SMG counsel re Rule 11 motions and hearing on same | $550.00 | $220.00 |
| 01/25/21 | Heffner | 0.7 | Review and respond to client questions re motion to dismiss briefing including review of respondent's brief relative to Cal. Corp. Code 317(f) analysis under Delaware decisional authority | $550.00 | $385.00 |
| 01/25/21 | Heffner | 0.7 | Correspond with SMG and plaintiff's counsel re Hrutkay request to continue Rule 11 briefing in light of accident and hospital stay; confer with attorneys Sybert and Howatt re strategy | $550.00 | $385.00 |
| 01/25/21 | Heffner | 0.2 | Correspond with client re motion to dismiss and sanctions motion | $550.00 | $110.00 |
| 01/26/21 | Heffner | 0.5 | Finalize and execute Rule 11 motion; action on filing | $550.00 | $275.00 |
| 01/29/21 | Heffner | 0.2 | Call with SMG's counsel re joint motion relative to Rule 11 briefing schedule and demand on Board for legal fee advancements | $550.00 | $110.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 02/05/21 | Heffner | 0.7 | Correspond with counsel for plaintiff and SMG re Rule 11 briefing and joint motion relative to same; review multiple iterations; approve motion and draft response | $550.00 | $385.00 |
| 02/08/21 | Heffner | 0.3 | Review correspondences between counsel re motion to amend Rule 11 briefing schedule and filing of same | $550.00 | $165.00 |
| 02/16/21 | Heffner | 0.1 | Review order granting joint motion to amend briefing schedule for Rule 11 snactions motions; action on calendar | $550.00 | $55.00 |
| 02/23/21 | Heffner | 0.3 | Review status re correspondences with Westbrook relative to [REDACTED]; confer with attorney Sybert | $550.00 | $165.00 |
| 03/19/21 | Heffner | 0.2 | Confer re strategy for Rule 11 reply brief | $550.00 | $110.00 |
| 03/22/21 | Heffner | 4.1 | Review and analyze plaintiff's opposition to clients' Rule 11 motion and the opposition to Snopes's Rule 11 motion; further review of prior briefing including Rule 11 moving papers and motion to dismiss papers; outline issues | $550.00 | $2,255.00 |
| 03/22/21 | Heffner | 0.3 | Call with Snopes' counsel re Rule 11 opposition and strategy | $550.00 | $165.00 |
| 03/23/21 | Heffner | 3.8 | Review draft Rule 11 reply brief and cited authorities; identify issues for further research and development and confer with attorney Brown re same; continue drafting | $550.00 | $2,090.00 |
| 03/24/21 | Heffner | 5.6 | Continue analysis and drafting of Rule 11 reply brief | $550.00 | $3,080.00 |
| 03/24/21 | Heffner | 0.3 | Develop strategy for objections to evidence; confer with attorney Brown re same | $550.00 | $165.00 |
| 03/24/21 | Heffner | 0.7 | Calls with counsel for Snopes re Rule 11 briefing | $550.00 | $385.00 |
| 03/25/21 | Heffner | 0.7 | Further strategy calls with Snopes's counsel | $550.00 | $385.00 |
| 03/25/21 | Heffner | 0.2 | Review tentative ruling on demurrer to Dunn's lawsuit relative to Richmond matter; confer with attorney Sybert re same | $550.00 | $110.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 03/25/21 | Heffner | 4.1 | Review draft objections to evidence; analyze, including review of Hrutkay, Tencer, and Richmond declarations, exhibits thereto, request for judicial notice, and motion to seal; further draft objections and augment reply brief to reflect same | $550.00 | $2,255.00 |
| 03/25/21 | Heffner | 2.9 | Further develop Rule 11 briefing strategy including conference with attorney Sybert; review revisions and comments from same and continue drafting | $550.00 | $1,595.00 |
| 04/22/21 | Heffner | 0.2 | Status and strategy with attorneys Sybert and Howatt re [REDACTED] | $550.00 | $110.00 |
| 04/26/21 | Heffner | 0.2 | Review status; client update including Rule 11 sanctions briefing | $550.00 | $110.00 |
| TOTALS | | 118.6 | | | $65,230.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 11/17/20 | Ren | 3.9 | Review and analyze the complaint in the federal action and relevant pleadings in the state court proceeding to prepare drafting the motion to dismiss | $350.00 | $1,365.00 |
| 11/18/20 | Ren | 1.5 | Draft the legal standard for motion to dismiss under 12(b)(1) and 12(b)(6) | $350.00 | $525.00 |
| 11/18/20 | Ren | 2.5 | Draft the factual and proedural background for the motion to dismiss | $350.00 | $875.00 |
| 11/18/20 | Ren | 0.8 | Draft the notice to motion to dismiss and motion to dismiss | $350.00 | $280.00 |
| 11/18/20 | Ren | 2.5 | Research and investigate Plaintiff's state citizenship information in public record database to help form arguments regarding diversity jurisdiction | $350.00 | $875.00 |
| 11/19/20 | Ren | 1.5 | Continued drafting the factual and procedural background | $350.00 | $525.00 |
| 11/19/20 | Ren | 2 | Review and analyze legal authorities regarding the res judicata and collateral estoppel to help form arguments in the motion to dismiss | $350.00 | $700.00 |
| 11/20/20 | Ren | 2.2 | Review and analyze legal authorities regarding the court's [REDACTED] | $350.00 | $770.00 |
| 11/20/20 | Ren | 2.6 | Draft the arguments regarding the res judicata and collateral estoppel for the motion to dismiss | $350.00 | $910.00 |
| 11/21/20 | Ren | 2.9 | Draft the arguments regarding [REDACTED] for the motion to dismiss | $350.00 | $1,015.00 |
| 11/21/20 | Ren | 1.5 | Review and analyze legal authorities regarding establishing diversity jurisdiction | $350.00 | $525.00 |
| 11/21/20 | Ren | 1.8 | Draft the arguments regarding the lack of diversity jurisdiction | $350.00 | $630.00 |
| 11/23/20 | Ren | 3 | Review and analyze legal authorities regarding [REDACTED] to determine whether it applies to the motion, revise the MPA in support of the motion to dismiss | $350.00 | $1,050.00 |
| 11/30/20 | Ren | 1.5 | Revise the factual and proedural background in the motion to dismiss | $350.00 | $525.00 |
| 11/30/20 | Ren | 1.9 | Review and analyze legal authorities regarding the finality of a judgment on the merit when the appeal is pending | $350.00 | $665.00 |
| 12/01/20 | Ren | 2 | Make further revisions to the MPA in support of the motion to dismiss Plaintiff's complaint | $350.00 | $700.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|---|---|---|---|---|---|
| 12/02/20 | Ren | 0.3 | Receive and review the first amended complaint, determine the responsive due date to the amended complaint with opposing counsel's email | $350.00 | $105.00 |
| 12/02/20 | Ren | 1.1 | Revise the MPA in support of the motion to dismiss the complaint | $350.00 | $385.00 |
| 12/07/20 | Ren | 0.8 | Draft and revise Defendant's motion to dismiss and MPA in support of the motion to dismiss plaintiff's First Amended Complaint | $350.00 | $280.00 |
| 12/08/20 | Ren | 0.9 | Draft and revise the request for judicial notice in support of the motion to dismiss Plaintiff's first amended complaint | $350.00 | $315.00 |
| 12/15/20 | Ren | 1.5 | Review documents and case files in the state court case and prepare exhibits for the motion to dismiss the first amended complaint in the federal court case | $350.00 | $525.00 |
| 12/16/20 | Ren | 0.5 | Review and confirm Plaintiff's public available record in Puerto Rico for the purpose of rebutting the diversity citiaenship jurisdiction | $350.00 | $175.00 |
| 01/12/21 | Ren | 2 | Review and analyze the objection to the request for judicial notice to prepare drafting the reply | $350.00 | $700.00 |
| 01/13/21 | Ren | 5 | Start drafting the reply to Plaintiff's 40+ page long objections to the request for judicial notice | $350.00 | $1,750.00 |
| 01/14/21 | Ren | 4.7 | Review and analyze legal authorities distringuishing permitted request for judicial notice and improper judicial notice, draft arguments rebut Plaintiff's arguments in objection to the request for judicial notice | $350.00 | $1,645.00 |
| 01/15/21 | Ren | 8 | Continue drafting reply to Plaintiff's objection to each exhibit requested in the request for judicial notice | $350.00 | $2,800.00 |
| 01/16/21 | Ren | 3 | Continue drafting the reply to Plaintiff's objection to each individual exhibit requested in the request for judicial noticee | $350.00 | $1,050.00 |
| 01/19/21 | Ren | 0.3 | Revise and finalize the reply to Plaintiff's objection to the Request for Judicial Notice | $350.00 | $105.00 |
| TOTALS | | 62.2 | | | $21,770.00 |

| Date | Person | Hours | Description | Hourly rate | Total Cost |
|------|--------|-------|-------------|-------------|------------|
| 12/23/20 | Brown | 1 | Conduct and summarize legal research on [REDACTED] and review emails on same | $350.00 | $350.00 |
| 12/26/20 | Brown | 1.4 | Conduct and analyze legal research on sanctions for purposes of preparing motion | $350.00 | $490.00 |
| 12/26/20 | Brown | 1.3 | Review motions to dismiss and attachments filed with the court for purposes of preparing motion for sanctions | $350.00 | $455.00 |
| 12/28/20 | Brown | 0.4 | Develop strategy and plan for motion for sanctions | $350.00 | $140.00 |
| 12/29/20 | Brown | 1.9 | Draft motion for sanctions | $350.00 | $665.00 |
| 12/29/20 | Brown | 1.7 | Conduct and analyze legal research on basis for sanctions, including Rule 11 and court's inherent power | $350.00 | $595.00 |
| 12/30/20 | Brown | 0.5 | Supplement motion for sanctions with authority on res judicata and standing | $350.00 | $175.00 |
| 12/30/20 | Brown | 1 | Supplement motion for sanctions on types of sanctions a court may issue | $350.00 | $350.00 |
| 12/30/20 | Brown | 0.6 | Continue drafting motion for sanctions | $350.00 | $210.00 |
| 01/03/21 | Brown | 0.2 | Review and analyze Snopes' motion for sanctions | $350.00 | $70.00 |
| 01/04/21 | Brown | 0.3 | Prepare notice of motion for sanctions | $350.00 | $105.00 |
| 03/19/21 | Brown | 0.7 | Review opposition brief in preparation of drafting reply brief | $350.00 | $245.00 |
| 03/21/21 | Brown | 1.1 | Draft reply brief in support of motion for sanctions | $350.00 | $385.00 |
| 03/22/21 | Brown | 2.1 | Continue to draft reply brief in support of motion for sanctions and supplement with further factual analysis and comparison to state court case | $350.00 | $735.00 |
| 03/23/21 | Brown | 0.4 | Supplement reply brief in support of motion for sanctions with further legal authority | $350.00 | $140.00 |
| 03/24/21 | Brown | 0.5 | Conduct legal research on demurrers and motions to dismiss by nominal parties, and analyze as compared to this case | $350.00 | $175.00 |
| 03/25/21 | Brown | 1.6 | Conduct legal research on a draft objections to new evidence raised by plaintiff in opposition | $350.00 | $560.00 |
| 03/25/21 | Brown | 1.1 | Respond to Plaintiff's arguments under Rule 23.1 in reply brief and conduct legal research re: same | $350.00 | $385.00 |
| TOTALS | | 17.8 | | | $6,230.00 |

EXHIBIT 12



# 2020 Real
# Rate Report®

## The Industry's Leading Analysis of Law Firm Rates, Trends, and Practices

 Wolters Kluwer

When you have to be right



**ELM Solutions**

### Report Editor

**Jeffrey Solomon**
Senior Director, Product Management Legal
Analytics, Wolters Kluwer's ELM Solutions

### Lead Data Analysts

**Gary Clark**
Data Engineer
Wolters Kluwer's ELM Solutions

**Pankaj Saha**
Data Engineer
Wolters Kluwer's ELM Solutions

### ELM Solutions Creative

**David Andrews**
Senior Graphic Designer
Wolters Kluwer's ELM Solutions

### Contributing Analysts and Authors

**Joel Surdykowski**
LegalVIEW Product Manager
Wolters Kluwer's ELM Solutions

**Deniece Bushell**
Senior Product Marketing Manager
Wolters Kluwer's ELM Solutions

### Executive Sponsor

**Jonah Paransky**
Executive Vice President and General Manager
Wolters Kluwer's ELM Solutions

© 2004 - 2020 Wolters Kluwer's ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

ELM Solutions, a Wolters Kluwer business
20 Church Street
Hartford, CT 06103 United States
ATTN: Marketing
+1-860-549-8795

### LEGAL CAVEAT

Wolters Kluwer's ELM Solutions has worked to ensure the accuracy of the information in this report; however, Wolters Kluwer's ELM Solutions cannot guarantee the accuracy of the information or analyses in all cases. Wolters Kluwer's ELM Solutions is not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Wolters Kluwer's ELM Solutions is not responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

# Table of Contents - 2020 Real Rate Report

**A Letter to Our Readers • 4**

**How to Use This Report • 5**

**Section I: High-Level Data Cuts • 9**
- Partners, Associates, and Paralegals
- Partners, Associates, and Paralegals by Practice Area and Matter Type
- Partners and Associates by City
- Partners and Associates by City and Matter Type
- Partners by City and Years of Experience
- Associates by City and Years of Experience
- Partners and Associates by Firm Size and Matter Type

**Section II: Industry Analysis • 41**
- Partners, Associates, and Paralegals by Industry Group
- Partners and Associates by Industry Group and Matter Type
- Basic Materials and Utilities
- Consumer Goods
- Consumer Services
- Financials (Excluding Insurance)
- Health Care
- Industrials
- Technology and Telecommunications

**Section III: Practice Area Analysis • 56**
- Bankruptcy and Collections
- Commercial
- Corporate: Mergers, Acquisitions, and Divestitures
- Corporate: Regulatory and Compliance
- Corporate: Other
- Employment and Labor
- Environmental
- Finance and Securities
- General Liability (Litigation Only)
- Insurance Defense (Litigation Only)
- Intellectual Property: Patents
- Intellectual Property: Trademarks
- Intellectual Property: Other
- Real Estate

**Section IV: In-Depth Analysis for Select US Cities • 107**
- Boston, MA
- Chicago, IL
- Los Angeles, CA
- New York, NY
- Philadelphia, PA
- San Francisco, CA
- Washington, DC

**Section V: International Analysis • 126**

**Section VI: Matter Staffing Analysis • 153**

**Appendix: Data Methodology • 158**

# A Letter to Our Readers

**Welcome to the Wolters Kluwer's ELM Solutions Real Rate Report®, the industry's leading data-driven benchmark report for lawyer rates.**

Our Real Rate Report has been a useful data analytics resource to the legal industry since its inception in 2010 and continues to evolve. The Real Rate Report is powered by Wolters Kluwer's ELM Solutions LegalVIEW® data warehouse, the world's largest source of legal performance benchmark data, which has grown to include over $140 billion in anonymized legal data.

The legal services industry relies on internal analytics and the use of external data resources, such as the LegalVIEW® data warehouse, to support legal management strategies. The depth and details of the data in the Real Rate Report enable you to better benchmark and make more informed investment and resourcing decisions for your organization.

As with past Real Rate Reports, all of the data analyzed are from corporations' and law firms' e-billing and time management solutions. We have included lawyer and paralegal rate data filtered by specific practice and sub-practice areas, metropolitan areas, and types of matters to give legal departments and law firms greater ability to pinpoint areas of opportunity.

We strive to make the Real Rate Report a valuable and actionable reference tool for legal departments and law firms. As always, we welcome your comments and suggestions on what information would make this publication more valuable to you. We thank you for making Wolters Kluwer's ELM Solutions your trusted partner for legal industry domain expertise, data, and analytics and look forward to continuing to provide market-leading, expert solutions that deliver the best business outcomes for collaboration among legal departments and law firms.

Sincerely,

**Jonah Paransky**
Executive Vice President and General Manager
Wolters Kluwer's ELM Solutions

# How to Use this Report

## The 2020 Real Rate Report:

- Examines law firm rates over time
- Itemizes rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal)
- Identifies variables that drive rates up or down

All the analyses included in the report derive from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information, along with the ranges of those rates and their changes over time, highlights the role these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals.

Clients might ask whether they are paying the right amount for different types of legal services, while law firm principals might ask whether they are charging the right amount for legal services and whether to modify their pricing approach.

## Some key factors[1] that drive rates[2]:

- **Geographic location** - Lawyers in urban and major metropolitan areas tend to charge more when compared with lawyers in rural areas or small towns.

- **Degree of difficulty** -  The cost of representation will be higher if the case is particularly complex or time-consuming; for example, if there are a large number of documents to review, many witnesses to depose, and numerous procedural steps, the case is likely to cost more (regardless of other factors like the lawyer's level of experience).

- **Experience and reputation** - A more experienced, higher-profile lawyer is often going to charge more, but absorbing this higher cost at the outset may make more sense than hiring a less expensive lawyer who will likely take time and billable hours to come up to speed on unfamiliar legal and procedural issues.

- **Overhead** - The costs associated with the firm's support network (paralegals, clerks, and assistants), document preparation, consultants, research, and other expenses.

Additional analysis was performed to examine the impact of rates on law firm invoices relative to an e-billing providers' business model. It should be noted that there are several industry-standard business models that e-billing providers use to charge law firms and other legal service providers to submit invoices and perform other transactions through their systems. The three main model types are:

- Client pay, where the corporate client pays a subscription for the matter and spend solution
- Law firm pay, where the law firm pays a subscription or usage fee based on the invoices submitted
- Hybrid, which is a combination of a client pay and law firm pay

---

1 **Source:  2018 RRR.**  Factor order validated in multiple analyses since 2010
2 **David Goguen, J.D., University of San Francisco School of Law (2017) Guide to Legal Services Billing** Retrieved from https://www.lawyers.com/legal-info/research/guide-to-legal-services-billing-rates.html

# How to Use this Report

The data shows that the law firm pay model has become normative in the industry – 85%+ of Wolters Kluwer's ELM Solutions clients' law firms participate in a law firm pay or hybrid model. In addition, 99% of the Am Law 200 law firms participate in at least one law firm pay model paying 1% or more on the invoices submitted, and 97% of the Am Law 200 pay 2%.

Additionally, the analysis performed then examined law firm rates from firms who participated in one of those law firm pay/hybrid models versus those who are in a client pay model. The analysis showed no statistical difference in rates, suggesting that the business model that the firm participates in does not impact the rates the firm charges to their corporate client.

Overall, the data in the 2020 Real Rate Report provides corporate counsel with an understanding of the rates they can expect to pay for a given matter type, division, industry, or practice area and offers in-depth analyses on key drivers of rates to help make informed selection decisions. For law firms, it provides a relative benchmark to ensure that pricing for legal services remains competitive.

# Section I:
## High-Level Data Cuts



**2020 Real Rate Report**

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2019 -- Real Rates for Partners and Associates**

**Trend Analysis (Mean)**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2019 | 2018 | 2017 |
|------|-------------|------|---|----------------|--------|----------------|------|------|------|
| Rochester NY | Litigation | Partner | 16 | $253 | $345 | $380 | $341 | $342 | $318 |
| | Non-Litigation | Partner | 11 | $295 | $356 | $430 | $374 | $318 | $312 |
| | | Associate | 14 | $208 | $260 | $348 | $281 | $256 | $229 |
| Sacramento CA | Non-Litigation | Partner | 12 | $300 | $382 | $493 | $472 | $550 | $488 |
| Salt Lake City UT | Litigation | Partner | 22 | $246 | $395 | $442 | $373 | $359 | $364 |
| | | Associate | 12 | $195 | $235 | $245 | $222 | $190 | $262 |
| | Non-Litigation | Partner | 38 | $285 | $400 | $419 | $383 | $393 | $355 |
| | | Associate | 16 | $200 | $210 | $238 | $226 | $216 | $214 |
| San Diego CA | Litigation | Partner | 64 | $200 | $370 | $605 | $468 | $494 | $458 |
| | | Associate | 75 | $170 | $225 | $295 | $269 | $292 | $298 |
| | Non-Litigation | Partner | 94 | $320 | $650 | $1,028 | $674 | $625 | $571 |
| | | Associate | 67 | $195 | $250 | $475 | $335 | $341 | $328 |
| San Francisco CA | Litigation | Partner | 201 | $395 | $641 | $943 | $681 | $656 | $633 |
| | | Associate | 153 | $300 | $396 | $558 | $450 | $443 | $432 |
| | Non-Litigation | Partner | 320 | $496 | $675 | $926 | $721 | $743 | $705 |
| | | Associate | 233 | $336 | $425 | $625 | $493 | $470 | $471 |
| San Jose CA | Litigation | Partner | 57 | $589 | $762 | $978 | $784 | $732 | $762 |
| | | Associate | 35 | $349 | $380 | $559 | $466 | $444 | $491 |
| | Non-Litigation | Partner | 104 | $608 | $850 | $1,035 | $852 | $793 | $791 |
| | | Associate | 80 | $375 | $500 | $695 | $561 | $545 | $506 |
| San Juan PR | Litigation | Partner | 11 | $196 | $215 | $225 | $215 | $212 | $213 |
| | Non-Litigation | Partner | 15 | $223 | $255 | $280 | $264 | $241 | $245 |
| Seattle WA | Litigation | Partner | 83 | $400 | $463 | $588 | $500 | $512 | $483 |
| | | Associate | 88 | $299 | $415 | $470 | $405 | $409 | $331 |
| | Non-Litigation | Partner | 206 | $400 | $520 | $655 | $539 | $550 | $501 |
| | | Associate | 142 | $298 | $367 | $470 | $386 | $398 | $341 |
| St. Louis MO | Litigation | Partner | 72 | $250 | $356 | $448 | $381 | $368 | $323 |
| | | Associate | 40 | $190 | $225 | $250 | $230 | $217 | $206 |
| | Non-Litigation | Partner | 88 | $340 | $436 | $548 | $453 | $387 | $392 |
| | | Associate | 24 | $224 | $265 | $299 | $266 | $243 | $228 |
| Syracuse NY | Non-Litigation | Partner | 12 | $264 | $295 | $359 | $310 | $311 | $307 |
| Tallahassee FL | Non-Litigation | Partner | 18 | $378 | $450 | $563 | $467 | $418 | $376 |

# Appendix:
## Data Methodology



**2020 Real Rate Report**

# Appendix: Data Methodology

## Invoice Information

Data in Wolters Kluwer's ELM Solutions reference database and in the 2020 Real Rate Report were taken from invoice line item entries contained in invoices received and approved by participating companies.

Invoice data were received in the Legal Electronic Data Exchange Standard (LEDES) format (LEDES. org). The following information was extracted from those invoices and their line items:

- Law firm (which exists as a random number in the ELM Solutions reference database)

- Timekeeper ID (which exists as a random number in the ELM Solutions reference database)

- Matter ID (which exists as a random number in the ELM Solutions reference database)

- Timekeeper's position (role) within the law firm (partner, associate, paralegal, etc.)

- Uniform Task-Based Management System Code Set, Task Codes, and Activity Codes (UTBMS. com)

- Date of service

- Hours billed

- Hourly rate billed

- Fees billed

## Non-Invoice Information

To capture practice area details, the matter ID within each invoice was associated with matter profiles containing areas of work in the systems of each company. The areas of work were then systematically categorized into legal practice areas. Normalization of practice areas was done based on company mappings to system-level practice areas available in the ELM Solutions system and by naming convention.

The majority of analyses included in this report have been mapped to one of 12 practice areas, further divided into sub-areas and litigation/non-litigation (for more information on practice areas and sub-areas, please refer to pages 164-166).

To capture location and jurisdiction details, law firms and timekeepers were systematically mapped to the existing profiles within ELM Solutions systems, as well as with publicly available data sources for further validation and normalization. Where city location information is provided, it includes any address within that city's defined Core-Based Statistical Area (CBSA) as defined by the Office of Management and Budget (OMB). The CBSAs are urban centers with populations of 10,000 or more and include all adjacent counties that are economically integrated with that urban center.

Where the analyses focus on partners, associates, and paralegals, the underlying data occasionally included some sub-roles, such as "senior partner" or "junior associate." In such instances, those timekeeper sub-roles were placed within the broader partner, associate, and paralegal segments.

Demographics regarding law firm size, location, and lawyer years of experience were augmented by incorporating publicly available information.

# Appendix: Data Methodology

## A Note on US Cities

Throughout the report, we have used city names to refer to CBSA and consistently used the principal city in the CBSA to refer to the entire area. The following are the shorthand city names used in this report and the corresponding CBSA designations, as defined by the OMB.

| Principal City | CBSA Name |
| --- | --- |
| Akron, OH | Akron, OH |
| Albany, NY | Albany-Schenectady-Troy, NY |
| Albuquerque, NM | Albuquerque, NM |
| Atlanta, GA | Atlanta-Sandy Springs-Alpharetta, GA |
| Atlantic City, NJ | Atlantic City-Hammonton, NJ |
| Austin, TX | Austin-Round Rock-Georgetown, TX |
| Baltimore, MD | Baltimore-Columbia-Towson, MD |
| Baton Rouge, LA | Baton Rouge, LA |
| Birmingham, AL | Birmingham-Hoover, AL |
| Boise City, ID | Boise City, ID |
| Boston, MA | Boston-Cambridge-Newton, MA-NH |
| Bridgeport, CT | Bridgeport-Stamford-Norwalk, CT |
| Buffalo, NY | Buffalo-Cheektowaga, NY |
| Burlington, VT | Burlington-South Burlington, VT |
| Charleston, SC | Charleston-North Charleston, SC |
| Charleston, WV | Charleston, WV |
| Charlotte, NC | Charlotte-Concord-Gastonia, NC-SC |
| Chicago, IL | Chicago-Naperville-Elgin, IL-IN-WI |
| Cincinnati, OH | Cincinnati, OH-KY-IN |
| Cleveland, OH | Cleveland-Elyria, OH |
| Columbia, SC | Columbia, SC |
| Columbus, OH | Columbus, OH |
| Dallas, TX | Dallas-Fort Worth-Arlington, TX |
| Dayton, OH | Dayton-Kettering, OH |
| Denver, CO | Denver-Aurora-Lakewood, CO |
| Des Moines, IA | Des Moines-West Des Moines, IA |
| Detroit, MI | Detroit-Warren-Dearborn, MI |
| Fresno, CA | Fresno, CA |
| Grand Rapids, MI | Grand Rapids-Kentwood, MI |
| Greenville, SC | Greenville-Anderson, SC |
| Harrisburg, PA | Harrisburg-Carlisle, PA |
| Hartford, CT | Hartford-East Hartford-Middletown, CT |

# Appendix: Data Methodology

## A Note on US Cities

| Principal City | CBSA Name |
| --- | --- |
| Honolulu, HI | Urban Honolulu HI |
| Houston, TX | Houston-The Woodlands-Sugar Land, TX |
| Indianapolis, IN | Indianapolis-Carmel-Anderson, IN |
| Jackson, MS | Jackson, MS |
| Jacksonville, FL | Jacksonville, FL |
| Kansas City, MO | Kansas City, MO-KS |
| Knoxville, TN | Knoxville, TN |
| Lafayette, LA | Lafayette, LA |
| Las Vegas, NV | Las Vegas-Henderson-Paradise, NV |
| Lexington, KY | Lexington-Fayette, KY |
| Little Rock, AR | Little Rock-North Little Rock-Conway, AR |
| Los Angeles, CA | Los Angeles-Long Beach-Anaheim, CA |
| Louisville, KY | Louisville/Jefferson County, KY-IN |
| Madison, WI | Madison, WI |
| Miami, FL | Miami-Fort Lauderdale-Pompano Beach, FL |
| Milwaukee, WI | Milwaukee-Waukesha, WI |
| Minneapolis, MN | Minneapolis-St. Paul-Bloomington, MN-WI |
| Nashville, TN | Nashville-Davidson-Murfreesboro-Franklin, TN |
| New Haven, CT | New Haven-Milford, CT |
| New Orleans, LA | New Orleans-Metairie, LA |
| New York, NY | New York-Newark-Jersey City, NY-NJ-PA |
| Oklahoma City, OK | Oklahoma City, OK |
| Omaha, NE | Omaha-Council Bluffs, NE-IA |
| Orlando, FL | Orlando-Kissimmee-Sanford, FL |
| Philadelphia, PA | Philadelphia-Camden-Wilmington, PA-NJ-DE-MD |
| Phoenix, AZ | Phoenix-Mesa-Chandler, AZ |
| Pittsburgh, PA | Pittsburgh, PA |
| Portland, ME | Portland-South Portland, ME |
| Portland, OR | Portland-Vancouver-Hillsboro, OR-WA |
| Providence, RI | Providence-Warwick, RI-MA |
| Raleigh, NC | Raleigh-Cary, NC |
| Richmond, VA | Richmond, VA |
| Rochester, NY | Rochester, NY |
| Sacramento, CA | Sacramento-Roseville-Folsom, CA |

# Appendix: Data Methodology

## A Note on US Cities

| Principal City | CBSA Name |
|---|---|
| Salt Lake City, UT | Salt Lake City, UT |
| San Diego, CA | San Diego-Chula Vista-Carlsbad, CA |
| San Francisco, CA | San Francisco-Oakland-Berkeley, CA |
| San Jose, CA | San Jose-Sunnyvale-Santa Clara, CA |
| San Juan, PR | San Juan-Bayamon-Caguas, PR |
| Savannah, GA | Savannah, GA |
| Seattle, WA | Seattle-Tacoma-Bellevue, WA |
| St. Louis, MO | St. Louis, MO-IL |
| Syracuse, NY | Syracuse, NY |
| Tallahassee, FL | Tallahassee, FL |
| Tampa, FL | Tampa-St. Petersburg-Clearwater, FL |
| Toledo, OH | Toledo, OH |
| Trenton, NJ | Trenton-Princeton, NJ |
| Tulsa, OK | Tulsa, OK |
| Virginia Beach, VA | Virginia Beach-Norfolk-Newport News, VA-NC |
| Washington, DC | Washington-Arlington-Alexandria, DC-VA-MD-WV |
| Wheeling, WV | Wheeling, WV-OH |

# Appendix: Data Methodology

## Anonymization of the Dataset

Prior to inclusion in the ELM Solutions reference database, we systematically scrubbed the data of any information that would identify a particular matter, company, law firm, invoice, or timekeeper (individual). To ensure relationships necessary for analysis, those variables were assigned randomly generated numbers. To maintain data integrity and allow for proper analysis, these numbers are linked across data tables to enforce their associations.

To further ensure anonymity and confidentiality:

- The information is published in such a manner as to make it reasonably impervious to reverse analysis should some attempt be made to determine what data might pertain to any company, law firm, timekeeper, invoice, or matter;

- The 2020 Real Rate Report will not reveal which ELM Solutions client or clients are included or excluded in its analyses;

- Clients are not and will not be informed as to whether their data are included within a particular facet of analysis; and

- No textual description of any legal work performed by any individual exists in the ELM Solutions reference database.

## A Note on Insurance Litigation

Our aim is to provide a point of comparison for companies purchasing law firm services. To improve comparability, we removed data related to insurance company defense litigation for all analyses unless noted otherwise. Insurance litigation tends to be less expensive than other types of litigation, as it is typically more repetitive and less complex.

## "Real Rate" Definition

The information in this report consists of data taken from client invoices submitted by law firms for work performed from 1/1/2017 through 12/31/2019. All Invoices were submitted through the ELM billing systems.

The analyses contained in this report are derived from aggregating hours, fees, and rates submitted as line items on those invoices. For a line item to qualify for inclusion in this report, it had to undergo multiple and rigorous testing processes to ensure its validity.

For example, for a rate to be loaded to the ELM Solutions reference database and used in this report, it must have been part of an invoice line entry in which all of the following items were included:

- Name of the biller
- Role of the biller
- Date of activity
- Hourly rate charged
- Time charged
- UTBMS code associated with the time charged
- Total amount charged for the activity

In addition, each line item's hourly rate was validated against its "real rate" (calculated by dividing the total amount charged for the activity by the time charged). Any line items with an hourly rate that did not align closely with the real rate were not loaded to the reference database.

Real Rate = Line Item Total/Line Item Hours (Units) Example: $4,000/10 Hours = Real Rate of $400

Adjustments the client made to line item amounts subsequent to submission are not factored into the dataset. These types of adjustments may impact the effective rate paid by the client to the law firm but do not reflect the real rate billed.

# Appendix: Data Methodology

In short, the real rate is the rate appearing on an approved invoice at the invoice line item level.

Aggregations of data taken from millions of these line item–level invoice entries are the core of the information analyzed.

## A Note on Negotiated Rates and Billing

Practices law firms can generally follow vary for submitting "negotiated" rates on invoices. Firms may submit the negotiated rate as the hourly rate identified on the invoice line item, insert a vendor line item adjustment to ensure compliance, or provide a vendor invoice level adjustment to bring the total amount of the fees into compliance with agreed-on discounts. Although the former two are considered part of the real rate calculation, the latter can be problematic. It is not directly linked to a line item, and therefore, for the purposes of determining the rate, it should not be assumed that the adjustment is related to a specific line item. Invoice-level adjustments may represent a credit or some other type of adjustment placed on the invoice. To ensure these types of adjustments would not adversely impact the analysis contained within the 2020 Real Rate Report, the team reviewed the population of invoices and line items to determine what the deviation of the real rate might be based on inclusion or exclusion. The analysis demonstrated that the variance was not significant (less than 1%).

As such, we decided not to include the vendor-level adjustments in the report.

## Types of Matters Included in the Analysis

Matters within the ELM Solutions system are associated with areas of work described and defined by ELM Solutions clients. Those areas of work were analyzed and systematically categorized into legal practice areas. Normalization of practice areas was supported by mappings to system-level practice areas available in the ELM Solutions system and by naming convention.

All data included within this report have been mapped to a corresponding practice area. The majority of our analyses focus on the following 12 practice areas:

- Bankruptcy and Collections
- Commercial
- Corporate
- Employment and Labor
- Environmental
- Finance and Securities
- General Liability
- Government Relations
- Insurance Defense
- Intellectual Property
- Marketing and Advertising
- Real Estate

Within each client's areas of work, sub-areas are often identified. The lists that follow identify client areas of work and, within those areas, the sub-areas underneath each practice area. Often, the same sub-area appears within different practice areas.  For example, the sub-area "General/Other" when listed under "Commercial and Contracts" refers to general work provided regarding Commercial and Contracts matters. When listed under the "Employment and Labor" practice area, the same sub-area refers to work provided on Employment and Labor. Where applicable and practicable, each area and sub-area has been further subdivided into litigation and non- litigation work for the purposes of granular analysis.

## Bankruptcy and Collections

Chapter 11
Collections
General/Other
Workouts and Restructuring

# Appendix: Data Methodology

## Commercial (Commercial Transactions and Agreements)

Contract Breach or Dispute
General, Drafting, and Review
General/Other

## Corporate[1]

Antitrust and Competition
Corporate Development
General/Other
Governance
Information and Technology
Mergers, Acquisitions, and Divestitures

Partnerships and Joint Ventures
Regulatory and Compliance
Strategic Asset Management
Tax
Treasury
White Collar/Fraud/Abuse

## Employment and Labor

ADA
Agreements
Compensation and Benefits
Discrimination, Retaliation, and Harassment/EEO
Employee Dishonesty/Misconduct
ERISA

General/Other
Immigration
OFCCP
Union Relations and Negotiations/NLRB
Wages, Tips, and Overtime
Wrongful Termination

## Environmental

General/Other
Health and Safety
Permits
Superfund
Waste/Remediation

## Finance and Securities

Commercial Loans and Financing
Debt/Equity Offerings
Fiduciary Services
General/Other

Investments and Other Financial Instruments
Loans and Financing
SEC Filings and Financial Reporting
Securities and Banking Regulations

## General Liability

Asbestos/Mesothelioma
Auto and Transportation
Consumer Related Claims
Crime, Dishonesty and Fraud
General/Other

Personal Injury/Wrongful Death
Premises
Product and Product Liability
Property Damage
Toxic Tort

## Government Relations

General/Other
Lobbying and Relations

---

[1] All references to "Corporate: General/Other" in the 2020 Real Rate Report are the aggregation of all Corporate subareas excluding the Mergers, Acquisitions, and Divestitures sub-area and the Regulatory and Compliance sub-area.

wkelmsolutions.com

# Appendix: Data Methodology

## Insurance Defense

Asbestos/Mesothelioma
Auto and Transportation
Errors and Omissions
General/Other
Personal Injury/Wrongful Death
Product and Product Liability
Professional Liability
Property Damage
Toxic Tort

## Intellectual Property[2]

Copyrights
General/Other
Licensing
Patents
Trademarks

## Marketing and Advertising

General/Other

## Real Estate

Commercial
Construction/Development
Easement and Right of Way
General/Other
Land Use/Zoning/Restrictive Covenants
Landlord/Tenant Issues
Leasing
Property/Land Acquisition or Disposition
Titles

---

2 All references to "Intellectual Property: General/Other" in the 2020 Real Rate Report are the aggregation of all Intellectual Property sub-areas excluding the Patents and Trademarks sub-areas.



# About Wolters Kluwer's ELM Solutions

Wolters Kluwer's ELM Solutions is the market-leading global provider of enterprise legal spend and matter management, contract lifecycle management, and legal analytics solutions. We provide a comprehensive suite of tools that address the growing needs of corporate legal operations departments to increase operational efficiency and reduce costs. Corporate legal and insurance claims departments trust our innovative technology and end-to-end customer experience to drive world-class business outcomes. Wolters Kluwer's ELM Solutions was named a leader in both the IDC MarketScape: Worldwide Enterprise Legal Spend Management 2020 Vendor Assessment and IDC MarketScape: Worldwide Enterprise Matter Management 2020 Vendor Assessment. The award-winning products include Passport®, the highest-rated ELM solution in the latest Hyperion MarketView™ Legal Market Intelligence Report; TyMetrix® 360°, the industry's leading SaaS-based e-billing and matter management solution; CLM Matrix, named a "strong performer" in the 2019 Q1 CLM Forrester Wave report; and the LegalVIEW® portfolio of legal analytics solutions based upon the industry's largest and most comprehensive legal spend database, with more than $140 billion in invoices.