FILED

NOV 22 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DAVID MIKKELSON, an individual; et al., <br><br> Defendants-Appellees. | No. 21-56211 <br><br> D.C. No. 3:20-cv-01925-W-KSC <br> Southern District of California, San Diego <br><br> ORDER |
| CHRISTOPHER RICHMOND, an individual, <br><br> Plaintiff, <br><br> and <br><br> MATTHEW J. HRUTKAY, Plaintiff's Counsel, <br><br> Appellant, <br><br> v. <br><br> DAVID MIKKELSON, an individual; et al., <br><br> Defendants-Appellees. | No. 21-56212 <br><br> D.C. No. 3:20-cv-01925-W-KSC |

Appellants' unopposed motions (Docket Entry No. 4 in No. 21-56211 and Docket Entry No. 4 in No. 21-56212) to consolidate are granted. Nos. 21-56211 and 21-56212 are consolidated.

11/15/2021/Pro Mo

Appellants' unopposed motions (included in Docket Entry No. 4 in No. 21-56211 and Docket Entry No. 4 in No. 21-56212) to stay appellate proceedings are granted. The previously established briefing schedules are vacated.

Appellate proceedings are stayed until February 10, 2022. If no motion for further relief is filed before this date, the consolidated briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7