UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DAVID MIKKELSON, an individual; et al., <br><br> Defendants-Appellees. | No. 21-56211 <br><br> D.C. No. 3:20-cv-01925-W-KSC <br> Southern District of California, <br> San Diego <br><br> ORDER |
| CHRISTOPHER RICHMOND, an individual, <br><br> Plaintiff, <br><br> and <br><br> MATTHEW J. HRUTKAY, Plaintiff's Counsel, <br><br> Appellant, <br><br> v. <br><br> DAVID MIKKELSON, an individual; et al., <br><br> Defendants-Appellees. | No. 21-56212 <br><br> D.C. No. 3:20-cv-01925-W-KSC |

Appellants' unopposed motions (Docket Entry Nos. 9 and 10) to further stay appellate proceedings are granted.

Appellate proceedings are stayed until March 14, 2022. If no motion for

1/31/2022/Pro Mo

further relief is filed before this date, the consolidated briefing schedule will be

reset in a future order.

                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT


                                        By: Lorela Bragado-Sevillena
                                        Deputy Clerk
                                        Ninth Circuit Rule 27-7