UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER RICHMOND, an individual, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DAVID MIKKELSON, an individual; et al., <br><br> Defendants-Appellees. | No.   21-56211 <br><br> D.C. No. 3:20-cv-01925-W-KSC <br> Southern District of California, San Diego <br><br> ORDER |
| CHRISTOPHER RICHMOND, an individual, <br><br> Plaintiff, <br><br> and <br><br> MATTHEW J. HRUTKAY, Plaintiff's Counsel, <br><br> Appellant, <br><br> v. <br><br> DAVID MIKKELSON, an individual; et al., <br><br> Defendants-Appellees. | No.   21-56212 <br><br> D.C. No. 3:20-cv-01925-W-KSC |

Appellants' unopposed motion (Docket Entry No. 17) to lift the stay of appellate proceedings is granted.

The stay of appellate proceedings is terminated.

5/9/2022/Pro Mo

Appellants' request (included in Docket Entry No. 17) to modify the briefing schedule is granted.

The consolidated opening brief is due September 30, 2022.  The consolidated answering briefs are due January 30, 2023.  The optional consolidated reply brief is due March 20, 2023.

In light of the modified briefing schedule, no streamlined extensions of time to file briefs will be approved.  Any written motions for extensions of time to file briefs under Ninth Circuit Rule 31-2.2(b) must include a proposed briefing schedule and state whether any separately represented party objects.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7