|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 12 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHRISTOPHER RICHMOND, an individual,

        Plaintiff-Appellant,

 v.

DAVID MIKKELSON, an individual; et al.,

        Defendants-Appellees.

No. 21-56211

D.C. No. 3:20-cv-01925-W-KSC
Southern District of California,
San Diego

ORDER

---

CHRISTOPHER RICHMOND, an individual,

        Plaintiff,

 and

MATTHEW J. HRUTKAY, Plaintiff's Counsel,

        Appellant,

 v.

DAVID MIKKELSON, an individual; et al.,

        Defendants-Appellees.

No. 21-56212

D.C. No. 3:20-cv-01925-W-KSC

---

    Appellants' motion (Docket Entry No. 22) for voluntary dismissal is granted.  These consolidated appeals are dismissed.  Fed. R. App. P. 42(b).

    Costs and fees shall be allocated pursuant to the parties' agreement.

26SEPT2022/Pro Mo

This order served on the district court acts as the mandate of this court as to these consolidated appeals.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7
